AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00145 |
| Matthew Ryan Miller | ) Assigned to: Judge Zia M. Faruqui |
|  | ) Assign Date: 1/21/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| **Date of Birth:** XXXXXXX | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _January 6, 2021_ in the county of _____ in the _____ in the District of _Columbia_, the defendant(s) violated:

*Code Section*                                  *Offense Description*

18 U.S.C. 1752(a)(1) and (b)(1)(A) (Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, with a Dangerous Weapon);
18 U.S.C. 1752(a)(2) and (b)(1)(A) (Knowingly Engages in Disorderly or Disruptive Conduct in any Restricted Building or Grounds, with a Dangerous Weapon);
40 U.S.C. 5104(d) (Injuring Erection or Architectural Feature in the Capitol Grounds);
40 U.S.C. 5104(e)(2)(D) and (F) (Violent Entry and Disorderly Conduct on Capitol Grounds)

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Jared T. Horan, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/21/2021

*Judge's signature*

City and state: Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*