AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-145M |
| MATTHEW MILLER | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MATTHEW MILLER

Date: 1/25/21

*Attorney's signature*

A. EDUARDO BALAREZO; DC BAR # 462659
*Printed name and bar number*

400 SEVENTH STREET, NW
SUITE 306
WASHINGTON, DC 20004

*Address*

AEB@BALAREZOLAW.COM
*E-mail address*

202-639-0999
*Telephone number*

202-639-0899
*FAX number*