UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| *v.* | : | |
| | : | Crim. No. 21-CR-0075(RDM) |
| **MATTHEW RYAN MILLER,** | : | |
| | : | |
| *Defendant.* | : | |

**SUPPLEMENT TO DEFENDANT'S AMENDED MOTION FOR
MODIFICATION OF PRETRIAL DETENTION ORDER AND
<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>**

Defendant Matthew Ryan Miller ("Miller"), by and though undersigned counsel, hereby submits the attached Supplement to his Amended Motion for Modification of Pretrial Detention Order and respectfully moves this Honorable Court to consider the Supplement when ruling upon his Motion.

**Dated**: Washington, DC
February 14, 2021              **BALAREZO LAW**

                        /s/
By: _____
A. Eduardo Balarezo, Esq.
D.C. Bar # 462659
400 Seventh Street, NW
Suite 306
Washington, DC  20004
Tel. 202-639-0999
Fax. 202-639-0899

*Counsel for Defendant Matthew Miller*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of February 2021, I caused a true and correct copy of the foregoing Supplement to Defendant's Amended Motion for Modification of Pre-Trial Detention Order and Memorandum of Points and Authorities in Support Thereof to be delivered to the parties in this matter via Electronic Case Filing (ECF).

/s/
_____
A. Eduardo Balarezo