## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| *v.* | : |
| | :   **Crim. No. 21-0075 (RDM)** |
| **MATTHEW MILLER,** | : |
| | : |
| *Defendant.* | : |

## NOTICE

Defendant Matthew Miller, by and through undersigned counsel, respectfully notifies this Honorable Court that he does not object to the government's Request for Certain Conditions of Release.

Dated: Washington, DC
February 18, 2021                     Respectfully submitted,

**BALAREZO LAW**

By:   /s/
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
A. Eduardo Balarezo
DC Bar # 462659
400 Seventh Street, NW
Suite 306
Washington, DC  20004
Tel. (202) 639-0999
Fax. (202) 639-0899
E-mail: aeb@balarezolaw.com

*Counsel for Matthew Miller*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of February 2021 I caused a true and correct copy of the foregoing Defendant's Notice to be delivered via Electronic Case Filing to the Parties in this case.

/s/
_____
A. Eduardo Balarezo