UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MATTHEW RYAN MILLER,<br><br>*Defendant*. | Criminal Action No. 21-75 (RDM) |

**ORDER**

For the reasons stated on the record, *see* Minute Entry (Feb. 16, 2021), it is hereby **ORDERED** that Defendant's motion for release, Dkt. 12, pursuant to 18 U.S.C. §§ 3145(b) and 3142(e) is **GRANTED**. It is further **ORDERED** that the government's motion to request certain conditions of release, Dkt. 19, is **GRANTED**. And it is further **ORDERED** that Defendant shall be released pending trial or further order of the Court, subject to the following conditions:

1. Upon release, Defendant shall immediately report to Pretrial Services at 633 Indiana Ave. NW, 9th floor, to be placed on a type of electronic monitoring device to be determined by the agency. If Defendant is released from custody after 4:00 p.m., he shall report to pretrial services at 10:00 a.m. the next business day to be placed on electronic monitoring. He is required to maintain and charge the monitoring device properly each day. Any attempt to tamper with or mask the device's monitoring capability may result in revocation of his release and/or additional criminal charges or a finding of contempt.

2. Defendant shall stay out of the District of Columbia except for Court or Pretrial Services business or to meet with his attorney.

3. Upon release, Defendant shall remain on home incarceration at Michele Miller's residence and may not change his residence or telephone number without prior

notification to, and approval of, the Court or Pretrial Services. Defendant may travel from his mother's home for work and for such other purposes as Pretrial Services approves. Defendant shall comply with a curfew and must remain in his mother's home from 9 p.m. to 6 a.m.

4. Defendant shall notify Pretrial Services of any travel outside his home jurisdiction and may not travel outside the continental United States without prior approval of the Court.

5. Defendant shall abide by any instructions he receives from pretrial services concerning his release.

6. Defendant must not violate federal, state, or local law while on release.

7. Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

8. Defendant must submit to testing for a prohibited substance if required by the Pretrial Services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

9.  Defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

10. Defendant shall not possess any firearm, destructive device or other dangerous weapon.

11. Defendant shall avoid all contact, direct or indirect, with any person who is or may be a victim or witness in the investigation or prosecution.

12. Defendant shall surrender any passport to Pretrial Services.

13. Any violation of this Order by the Defendant may be treated as criminal contempt.

Case 1:21-cr-00075-RDM   Document 22   Filed 02/19/21   Page 3 of 3

3

**SO ORDERED**.

                                                /s/ Randolph D. Moss
                                                RANDOLPH D. MOSS
                                                United States District Judge

Date:  February 19, 2021