# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 21-cr-75 (RDM) |
| **MATTHEW RYAN MILLER,** | : |
| Defendant. | : |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and A. Eduardo Balarezo, counsel for Matthew Ryan Miller ("the defendant"), hereby submit the following Joint Status Report:

Pursuant to the Court's July 1, 2021 Minute Order, the parties conferred and submit the following:

1. On or about June 14, 2021, the government extended a plea offer to the defendant in this case.

2. The plea offer remains outstanding and the defendant needs an additional two weeks to further consider the offer.

3. The parties request to submit a follow-up Joint Status Report in approximately 2 weeks.

4. For the reasons outlined in the Court's March 17, 2021 Order (ECF No. 29), May 17, 2021 Minute Order, July 1, 2021 Minute Order, and the government's July 12, 2021 Notice of Status of Discovery (ECF No. 36), the parties further believe it is in the interest of justice to toll the Speedy Trial Act while the government continues to provide discovery and the parties discuss a potential pre-trial disposition of this matter.

The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i), (ii), and (iv), as well as 18 U.S.C. § 3161(h)(1)(G). Therefore, the parties request an exclusion of time under the Speedy Trial Act from July 15, 2021, through the next scheduled status date.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By:          /s/                                    /s/
Kaitlin A. Vaillancourt                        A. Eduardo Balarezo
Assistant United States Attorney      Counsel for Matthew Miller
D.C. Bar No. 1027737                         BALAREZO LAW
555 Fourth Street, N.W., Room 4207    400 Seventh Street, N.W., Suite 306
Washington, D.C. 20530                    Washington, D.C. 20004
202-252-2421                                        (202) 639-0999
kaitlin.vaillancourt@usdoj.gov         filings@balarezolaw.com