UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-75 (RDM) |
| : | |
| MATTHEW RYAN MILLER, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and A. Eduardo Balarezo, counsel for Matthew Ryan Miller ("the defendant"), hereby submit the following Joint Status Report:

1. On November 10, 2021, the government obtained a superseding indictment (ECF No. 47). As a result, the defendant was arraigned on December 3, 2021.

2. At the December 3, 2021 arraignment, the government articulated the previously offered plea on the record.

3. Since that time, the defendant indicated he would like to accept the government's plea offer.

4. A status conference is currently scheduled for February 9, 2022.

5. With the Court's permission, the parties would like to convert the February 9, 2022 status conference to a change of plea hearing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:     /s/
Jacqueline Schesnol
AZ Bar No. 016742
Capitol Riot Detailee
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449
(602) 514-7500
jacqueline.schesnol@usdoj.gov

    /s/
A. Eduardo Balarezo
Counsel for Matthew Miller
BALAREZO LAW
400 Seventh Street, N.W., Suite 306
Washington, D.C. 20004
(202) 639-0999
filings@balarezolaw.com