UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

MATTHEW RYAN MILLER,

Defendant.

No. 21-cr-75 (RDM)

## ORDER

It is hereby **ORDERED** that Defendant Matthew Ryan Miller shall self-surrender to the U.S. Marshal Service, located at 333 Constitution Avenue, N.W. (using the 3rd Street entrance), Washington D.C., 20001, by no later than 2:00 p.m. on February 23, 2022. It is further **ORDERED** that the Defendant shall arrive at the courthouse with a photo I.D. and a copy of this Order. Defendant shall not bring any personal belongings.

**SO ORDERED.**

RANDOLPH D. MOSS
United States District Judge

Date: February 9, 2022