UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | Case No. 21-cr-75 (RDM) |
| | : | |
| MATTHEW RYAN MILLER, | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter.

The following video and photographic evidence available to the Court electronically:

| Exhibit Number | File Name | Source | Description |
|---|---|---|---|
| 1 | Exb 1. Open-Source Rendering of Capitol Building and Grounds as they appeared on January 6, 2021.png | Open Source Twitter users @ne0ndistraction and @sansastark525 | Open-Source Rendering of Capitol Building and Grounds as they appeared on January 6, 2021 |
| 2 | Exb 2A-D. Still from USCP security footage of the West Lawn | USCP security footage | Stills from USCP security footage showing the progression of the crowd, from the outer barricades (2A), to the first manned police barricade (2B), to engaging with USCP at the second manned police barricade (2C), and beginning to fill the Lower West Plaza (2D). |
| 3 | Exb 3A-D. West Plaza Breach on Jan 6.jpg | USCP security footage | The breach of the West Plaza barricades (3A) was followed by the formation of a USCP officer wall (3B) |

| | | | |
|---|---|---|---|
| | | | until MPD officers arrived with bike rack barriers for a defensive line at the top of the West Plaza stairs (3C). In the photo of the nearly completed bicycle rack barrier line as of 1:39 pm, a large Trump billboard which would later be used against the police line like a battering ram is visible (3D). |
| 4 | Exb 4A-C. Breach of Police Line on West Plaza | USCP security footage | Breakthroughs in the defensive line on both the left and right flanks (4A) caused the entire police line to collapse and individual officers were swallowed by the crowd (4B) and many officers were assaulted as they waited in a group to retreat through doors and stairwells up onto the inaugural stage (4C). |
| 5 | Exhibit 5. Inauguration at the U.S. Capitol.jpg | Architect of the Capitol, https://www.aoc.gov/what-we-do/programs-ceremonies/inauguration | West Front of the Capitol on Inauguration Day. |
| 6 | Exb 6 video. Miller encouraging people over the wall.mp4 | Open-Source Video Titled, "My DC Experience - Capitol" found at https://www.youtube.com/watch?v=tNl8-SKNrPA&t=276s | 26-second segment of video from "My DC Experience - Capitol" where Miller can be seen encouraging people over a wall. |
| 6A | Exb 6A. Wall 1.png | "My DC Experience - Capitol" | Still from Exhibit 6 |
| 6B | Exb 6B. Wall 2.png | "My DC Experience - Capitol" | Still from Exhibit 6 |
| 6C | Exb 6C. Wall 3.png | "My DC Experience - Capitol" | Still from Exhibit 6 |

| | | | |
|---|---|---|---|
| 6D | Exb 6D. Wall 4.png | "My DC Experience - Capitol" | Still from Exhibit 6 |
| 7 | Exb 7. Miller Throwing Something While Wearing Conf Flag.MOV | Open-Source Video Titled, "My DC Experience - Capitol" found at https://www.youtube.com/watch?v=tNl8-SKNrPA&t=276s | 15 second segment of video from "My DC Experience - Capitol" where Miller can be seen throwing something in the direction of the Capitol. |
| 7A | Exb 7A. Throwing Object Wearing Confederate Flag 1.png | Open Source | Still from Exhibit 7 |
| 7B | Exb 7B. Throwing Object Wearing Confederate Flag 2.png | YouTube - Mark Swedberg (swedy13) My DC Experience – Capitol https://www.youtube.com/watch?v=tNl8-SKNrPA&t=276 | Still from Exhibit 7 at 4:45 into video |
| 7C | Exb 7C. Throwing Object Wearing Confederate Flag 3.png | YouTube - Mark Swedberg (swedy13) My DC Experience – Capitol https://www.youtube.com/watch?v=tNl8-SKNrPA&t=276 | Still from Exhibit 7 at 4:45 into video |
| 7D | Exb 7D. Throwing Object Wearing Confederate Flag 4png | YouTube - Mark Swedberg (swedy13) My DC Experience – Capitol https://www.youtube.com/watch?v=tNl8-SKNrPA&t=276 | Still from Exhibit 7 at 4:45 into video |
| 8 | Exb 8. Miller helping move board and then uses barrier as a ladder.MOV | Open-Source Video, found at https://archive.org/details/RtmsDNqrfyvMzceKF | Approximately 15 second video of Miller using a barrier as a ladder. |
| 8A | Exb 8A. Using Barrier to Climb Wall 1 | Open-Source Video, found at https://archive.org/details/RtmsDNqrfyvMzceKF | Still from Exhibit 8 |
| 8B | Exb 8B. Using Barrier to Climb Wall 2 | Open-Source Video, found at | Still from Exhibit 8 |

| | | https://archive.org/details/RtmsDNqrfyvMzceKF | |
|---|---|---|---|
| 8C | Exb 8C. Helping move a board | Open-Source Video, found at https://archive.org/details/RtmsDNqrfyvMzceKF | Still from Exhibit 8 |
| 9 | Exb 9. Miller on the Lower West Terrace | Open-source video found at https://archive.org/download/qJkwSv4NDuuY7k9MB/qJkwSv4NDuuY7k9MB.mpeg4 | Still from video found at https://archive.org/download/qJkwSv4NDuuY7k9MB/qJkwSv4NDuuY7k9MB.mpeg4 at timestamp 9:39 |
| 10 | Exb 10. Miller near opening of tunnel circled in blue.png | Open-source | Photograph |
| 11 | Exb 11. Miller 123Push GreenSquare.from FULL FOOTAGE.mp4 | Open-source video titled, "FULL FOOTAGE: Patriots STORM U.S. Capitol" (4K60fps) | 1 minute 20 second video segment from FULL FOOTAGE |
| 11A | Exb 11A. 123 push at tunnel from FULL FOOTAGE.png | FULL FOOTAGE: Patriots STORM U.S. Capitol (4K60fps) | Still from Exhibit 11 |
| 11B | Exb 11B. 123 push at tunnel from FULL FOOTAGE.png | FULL FOOTAGE: Patriots STORM U.S. Capitol (4K60fps) | Still from Exhibit 11 |
| 12 | Exb 12. Video of Miller throwing Batteries | YouTube - ABQ RAW (rawabq) People Storm the US Capitol on January 6th, 2021!!! https://www.youtube.com/watch?v=cRCEMN-lq_o&t=810 | YouTube - ABQ RAW (rawabq) People Storm the US Capitol on January 6th, 2021!!! at13:29 |
| 12A | Exb 12A. Miller throwing Batteries into LWT Tunnel | YouTube - ABQ RAW (rawabq) People Storm the US Capitol on January 6th, 2021!!! https://www.youtube | Still from Exhibit 12 at 13:29 |

| | | .com/watch?v=cRC EMN-lq_o&t=810 | |
|---|---|---|---|
| 12B | Exb 12B. Miller throwing Batteries into LWT Tunnel | YouTube - ABQ RAW (rawabq) People Storm the US Capitol on January 6th, 2021!!! https://www.youtube.com/watch?v=cRC EMN-lq_o&t=810 | Still from Exhibit 12 at 13:29 |
| 12C | Exb 12C. Miller throwing Batteries into LWT Tunnel | YouTube - ABQ RAW (rawabq) People Storm the US Capitol on January 6th, 2021!!! https://www.youtube.com/watch?v=cRC EMN-lq_o&t=810 | Still from Exhibit 12 at 13:29 |
| 13 | Exb 13.Miller spraying fire extinguisher.MOV | Video obtained from the contents of defendant Jacob Lang phone. | 32 second video of Miller spraying fire extinguisher. |
| 13A | Exb 13A. Miller spraying Fire Extinguisher from Getty Image.jpg | Open-Source Getty Image | Still of Miller using Fire Extinguisher |
| 14 | Exb 14. BWC Miller sprays fire extinguisher at 4.55pm BWC J.Park.mp4 | BWC MPD Officer J. Park | BWC video |
| 14A | Exb 14A. officers just before Miller uses fire extinguisher from BWC.png | BWC MPD officer J. Park | Still from Exhibit 14 |
| 14B | Exb 14B. fire extinguisher spray into tunnel from BWC vantage at 4.55.14pm.png | BWC MPD officer J. Park | Still from Exhibit 14 |
| 15A | Exb 15A. USCP Helmet 1 | U.S. Capitol Police Officer J. Collins | U.S. Capitol Police Officer J. Collins Helmet Post-Riot |
| 15B | Exb 15B. USCP Helmet 2 | U.S. Capitol Police Officer J. Collins | U.S. Capitol Police Officer J. Collins Helmet Post-Riot |

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:      /s/ *Jacqueline Schesnol*
Jacqueline Schesnol
AZ Bar No. 016742
Capitol Riot Detailee
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449
(602) 514-7500
jacqueline.schesnol@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 11th day of May, 2022, a copy of the foregoing was served on counsel of

record for the defendant via the Court's Electronic Filing System.

/s/*Jacqueline Schesnol*
Jacqueline Schesnol
Assistant United States Attorney