EXHIBIT 1.1

The Honorable District Judge Randolph D. Moss
District Judge of the U.S. District Court for the District of Columbia
333 Constitution Ave NW Washington D.C. 20001

Dear Judge Moss,

As background, my name is Kenneth Miller. I am the father of Matthew R. Miller, defendant in the 6 January Capitol Hill event. With all due respect, I am writing this letter in earnest with a humble request to please be lenient with my son's sentencing.
Matthew is my youngest son and by all accounts, has been a great son and a fine young man with a promising future. There are no words to describe the fatherly love and respect I have for him. As you would expect, I am deeply protective of him. Despite a bitter divorce, I have worked hard to support and instill a strong work ethic, and helped him develop confidence and positive self-esteem. He was raised with Christian values, learned the importance of being both a leader and a team player, and to treat everyone with respect and dignity.
  I have had many conversations with Matthew since the Capitol event and truly believe that he deeply regrets his actions on 6 January 2021. I believe he now sees that what he did was wrong in the eyes of the law, and desperately wants to put all of this behind him. For the record, Matthew served approximately a month in the DC prison after his arrest and after being released has worn an ankle monitoring device for over 1-year without a single violation. Prior to being re-incarcerated as part of his plea on Feb 23rd Matthew had held a full-time job while on release, worked hard every day and helped support his elderly Grandmother and Mother. Additionally, he has complied fully with all of his court appointed attorney and Parole Officer's requests. Judge Moss, my son is a great and typical young man who had big dreams for the future and made a terrible mistake along the way.
 This experience has been, and continues to be hugely stressful for Matthew and his extended family. Please understand that up to now, he has never been arrested or even had a parking ticket. Contrary to some of the language used describing my son, I believe he is not a hostile threat to our nation writ large. Facing serious time behind bars is terrifying for both him and me. My health is not good, and Matthew has always been there when I needed him. I fear that if he is incarcerated, I may never see him again. As a father, knowing this is very devastating to me.
 I am begging the court to please be merciful and lenient when it comes to Matthew's sentencing. Again, he is hugely remorseful and sincerely regrets his actions. Matthew is one of the youngest defendants and I ask the you please take this into consideration.

I thank you for your time and consideration.

Respectfully,


Ken Miller

EXHIBIT 1.2

May 3, 2022

Honorable Randolph D. Moss
United States District Court,
District of Columbia
333 Constitution Ave. NW,
Washington, DC 20001

RE: Matthew Miller

Honorable Randolph D. Moss,

My name is Michele Miller, I have worked for the school system for over 12 years. I am writing this letter with deep sorrow as I could never have imagined that my youngest son Mathew would be standing here before you. Let me start by saying that I am extremely close to my son and would like to share with you the good that I see in him. Matthew is a generous, heartwarming, and sincere individual who is a benefit to our family and community. He attended the local church and participated in many youth programs growing up. He also participated in many sports over the years and has established and maintained strong relationships with teammates and their families.

When Matthew was 10 years old his father and I separated. This was particularly difficult for him given his young age coupled with the financial strain it had on the family. As he got older this strain increased his responsibilities not only financially, but I also depended on him to assist as a caregiver for my mother. He has been an incredibly hard and dedicated worker all his life. Mathew has consistently been employed since the age of 15 years old.

These circumstances are heart-wrenching as my son is only 23 years old and has never been in trouble. Though he has made a grave error in judgment, I know he will never make the same mistake again. Since he was initially arrested, he was released back out to our family home on house arrest for a year. During this time Matthew maintained working and focusing on bettering himself. On house arrest, he has worked full-time at a physical labor job. In addition, he has sought other opportunities to make money and stay productive such as shoveling snow on the weekends. He has spent the last 3 months in jail since pleading guilty reflecting and taking accountability for his actions on that day. Please, your honor, I beg you to consider Mathew's age, and I hope you will look at my boy for who he truly is. Matthew has a bright and promising future ahead of him. I respectfully request that you consider all this when determining the outcome.

Sincerely,
Michele Miller

EXHIBIT 1.3

May 7, 2022

The Honorable Randolph D. Moss
United States District Court
333 Constitutional Ave. NW,
Washington, DC 20001

Honorable Randolph Moss,

    My name is Michael Miller, and I am a Director of Finance. I have known Matthew his entire life as he is my younger brother. We are nearly 5 years apart and have lived together most of our lives where I have experienced growing up and watched him turn into a young adult. In my life I have not only been fortunate enough to have him as a brother, but also a best friend. I am writing this letter to you so that you might consider my insight and experiences with Matthew.

    When I first learned of his actions that day my heart dropped. I was shocked, worried, and deeply saddened. His behavior painted a complete opposite representation of who he is. In our entire time, even back to growing up, I have never seen Matthew become physical with another being. He avoids conflict, and if it does present itself, he does everything in his power to defuse the situation. He is a kindhearted, and generous individual who would give all his time or last dollar to someone in need. He is a hard worker who is both dedicated and reliable. He contributes to our family not only financially, but also a great deal of his time as he assists as a caregiver to our elderly grandmother. Matthew has always been a person to bring friends and family together. During holidays over the years he's made sure to extend invitation to friends who may not have family or a place to celebrate. He cares deeply about the people around him and he is cared about by so many.

    Friends, family, and people of the community have reached out with concern in their disbelief not only initially, but over the last 16 months. We have spent a considerable amount of time together during the past year. With that we have had many deep conversations as I am someone he will open to. He has conveyed great remorse, embarrassment, and a definitive willingness to take responsibility. He always asked, "How can I make this right?". He wishes to restore his character by any means and not allow his actions that day to define it. He recognizes his actions contributed to a dark day in American history which he is ashamed to be a part of. I know my brother to never intend to bring harm to others. I wholeheartedly believe his lapse of judgement and serious actions are something he has absolute capacity to overcome.

    In his time at home since that day he has worked full-time and early hours at a physical labor job. He was always abiding and conscious of his set curfew. His goal is to get back to being a contributing member of society and generate any necessary finances to provide restitution for his actions. He has expressed no matter the outcome he would give anything for the opportunity to work again. He wishes to further his education and acquire a trade skill. He has also worked many hours on business plans with hopes to open his own business someday. He's continued to build on his passion for cooking and I've seen the joy that outlet of providing for others gives him. I will always continue to support Matthew the best way I can and hope you please consider my words in rendering decision.

Sincerely,

Michael Miller

May 9, 2022                                                                                      **EXHIBIT 1.4**
Honorable Judge Randolph Moss
United Sates District Court
District of Columbia
333 Constitution Avenue, NW
Washington, DC 2001


RE: Matthew Ryan Miller

Dear Honorable Judge Randolph Moss:

I am writing to ask for leniency in sentencing for my nephew, Matthew Miller. I have been a registered nurse for Johns Hopkins Hospital for over 25 years. And I have known Matt since he was a toddler. At the time, I was actually dating his uncle and now we have been married for over 20 years. Matthew didn't even speak yet when I first met him at Christmas dinner 2000.
But once he started talking, he never stopped. He was comfortable talking to his peers, their parents, family, older ones, and neighbors. I was always amazed at how comfortable he was socializing with his peers' parents and other older ones. He could just be himself and he had a real interest in others. I also admired his desire to spend quality time with his grandparents. He was always so respectful and gentle with them. He was family-oriented at such a young age.
So, it was very hard for Matt when his parents divorced over 15 years ago. He primarily lived with his mother and grandmother. He felt the need to be the man of the family at a young age. If anything needed to be fixed or assembled Matthew took care of it. He went around with his mother helping her to fill out job applications as she sought employment as a new family head. You easily forgot he was the youngest member of the family.
He still feels the need to care for his mother and grandmother. Currently his mother is the primary caregiver for her elderly mother. When his mother is working, Matthew will cook his grandmother's meals, make sure she takes her medications, and watch her beloved Orioles' games with her. He has been employed full-time since he graduated from high school. And will assist his family financially as needed.
I know Matthew is also sad that he disappointed so many family and friends that depended on him. He regrets his actions on January 6, 2021. Unfortunately, he was not aware of the gravity of his actions. However, now that he does, he is ready to take full responsibility and take decisive steps to ensure he never conducts himself that way again.
It is my sincere hope the court takes this letter into consideration when sentencing Matthew. Please show leniency in his sentencing so that Matthew can resume his life again. It is my hope that Matthew can show his family, friends, and society his repentance by staying a hard-worker, dependable, gentle, and a loving member of the community and our family.

Sincerely,
Sonja O Vozniak

The Honorable District Judge Randolph D. Moss
District Judge of the U.S. District Court for the District of Columbia
333 Constitution Ave NW
Washington D.C. 20001

EXHIBIT 1.5

Dear Judge Moss,

   I am writing to share my sincere confidence in Matthew Miller's morale character and integrity. I first met Matthew this past spring in 2021 following his release from the D.C. prison where he served time for his alleged involvement in the January 6 Capitol Hill event. By all accounts, I consider Matthew to be a solid young man with many fine qualities. We have since bonded over the challenges he is facing, and are strategizing about a productive way forward.

Our introduction was through a mutual family friend, and I have since had the privilege of getting to know Matthew on a number of levels. As a retired ███████ I have mentored countless ███████ over the years. I can categorically state that Matthew possesses many of the same qualities and traits exhibited by our "best and brightest".

Specifically, Matthew has a keen intellect, strong emotional intelligence, well developed people skills, honesty and integrity, and empathy. Through a number of informal meetings with Matthew these past months I have learned first-hand about his checkered family past, his love of nature, his strong work ethic, and his genuine desire to make a positive difference in the world.

Despite numerous challenges, Matthew has to date partially completed his Associates Degree in Business Administration, held a job with significant administrative responsibilities, supported his elderly Grandmother's increasingly complex long term health care needs, and is presently in a committed relationship with a young woman attending college.

Additionally, Matthew has consistently helped friends in need, and more recently cared for his dad when released from the hospital following a life-threatening diagnosis. Growing up, Matthew played baseball and football, and was considered by one and all to be "a great kid". He is the type of person who on his own shovels your driveway without seeking compensation; and is the first on the scene to lend a hand when there is work to be done.

I ask if not beg of you to have mercy on Matthew when you consider his case. This is a young man with a bright future. With guidance from strong role models and mentors (which I and others will happily provide) he can, and will become a highly productive member of society. Forgive me for being so bold and taking liberties, but it is my honest assessment that sentencing Matthew to a lengthy prison term will serve no one well over time.

One of Matthew's greatest fears is not for himself, but for his dad who has multiple and significant health problems. Matthew has always been there for his dad, and the thought of him possibly passing away while incarcerated weighs heavy on his mind.

In sum, I can assure you that Matthew is highly remorseful for his actions on 6 January. We have talked at length about that day's events, and Matthew now sees the errors of his ways. As a young 20-something, Matthew went to the Capitol that day to protest thinking it would be a "cool" thing to do after being in Covid-19 lock-down for months. He was totally unaware of how the day would play out. A gentle, and by all accounts inexperienced young man, Matthew did not to mean harm anyone that day, nor did he enter the Capitol at any time.

In closing, I am again begging you as a ███████ to consider Matthew's youthful spirit, character and boundless potential. He is an upstanding young man who is scared to death for his future. Prior to 6th Jan. he has never been in trouble, and has not even had a speeding ticket.

Please understand that as a ███████, I am putting my personal and professional reputation on the line by writing to you. I plan to remain in Matthew's life going forward, and will mentor and encourage him to finish college and enter into some type of service profession (service before self). We have talked at length about the importance of giving back to society, and Matthew is excited about this career path.

 We respectfully put the life and safety of our beloved Matthew in your skilled hands. Given your deep and defining legal expertise serving on one of this nation's highest courts, I am confident that you will make a fair and just decision. I greatly appreciate your time and willingness to allow me to express my deepest concern and adoration for Matthew in the days ahead.

Respectfully Yours,


Nancy ███████

███████

EXHIBIT 1.6

Matt Miller Character Reference Letter

May 5th, 2022

From Luke Harris

Dear Your Honor,

    Matt Miller was the first friend I had in my life. We met on the first day of kindergarten at Lisbon Elementary in 2003. Ever since then, Matt and I have been best friends, we have always done everything together, we were raised by each other's families, were always on the same baseball teams, a lot of people say we are like brothers. Matt has always been respectful of authority, when it came to his baseball coaches, he was always very respected for his attitude and compassion for working hard and conquering the day. Matt took that same passion for working hard to the construction industry. I personally worked with Matt for 2 years at the same company and never once was he written up in any way. The opposite happened. He was admired for always working hard and known for thinking outside of the box to fix problems that we faced. Matt is someone who you can go to with bad news and good news, he will never try to "one up" your situation, he will genuinely listen and help you through the bad days and help make the good days better. He is truly someone who people want to be around. I realize the seriousness of his actions and ask for leniency when he is sentenced. Matt is a good man and a great friend, and I miss him very much.

Sincerely,

Luke Harris

May 3, 2022

EXHIBIT 1.7

Honorable Randolph D. Moss
United States District Court,
District of Columbia
333 Constitution Ave. NW,
Washington, DC 20001

RE: Matthew Miller

Dear Judge Moss,

My name is Donna Vozniak, I retired from the Federal Bureau of Investigation (FBI) in 1999 after serving over 25 years as a secretary. My grandson Mathew has lived with me since he was 8 years old. I assisted in raising Matthew during grade school and in my later years of life, the situation reversed. During High School, Matthew began to help care for me. He cooks meals for me and makes sure that I've taken my medication. He has always been there for me and others with a helping hand. After graduating high school, he got a full-time job and has continued to help support the family financially. This situation that my grandson has found himself in breaks my heart. I think about Matthew every day and worry about him and his future. Matthew is a very understanding and caring person who loves to help others.

Matthew fully understands the seriousness of his actions and has taken the steps to ensure that he does not make the same mistake again. Matthew has a bright future ahead of him as he is very intelligent. I hope that you include my insight when determining the outcome for my grandson.

Sincerely,
Donna Vozniak

EXHIBIT 1.8

Dear Judge Moss,

My name is Julianne Wagoner and I am Matthew Miller's girlfriend. I am 19-years old and enrolled in college with a major in Nursing. More than anything else, I want you to know that Matthew is a caring and respectful young man who would I trust with my life.

We have been together for about 6-months, and during that time we have gotten to know each other on a number of levels. He is my best friend, my confidant, and I am lucky to have in my life.

While we aren't necessarily like other couples our age, we do enjoy spending time together and enjoying the simple things in life. Matthew is an excellent cook and sometimes we talk all night about our future hopes and dreams.

We both had a challenging time growing up, so we can relate to each other's past. He is in a word unlike anyone I have ever met.

I can share the following - Matthew deeply regrets his actions on 6 January and would do anything to erase this day from his life. We don't know what the future holds for us, but God willing we will be safe and secure.

I am begging you to be lenient when you sentence Matthew. He knows that what he did was wrong, and I pray that we will be together someday soon. I know the you are a powerful and important man, and I would just ask that you help Matthew at this important time in his life.

Sincerely,

Julianne Wagoner



EXHIBIT 1.9

*Glenelg Construction Inc. * Electrical Contractor * National Electrical Contractors Association*

February 11th, 2021

Michael Harris Jr
Glenelg Construction, Inc.
7410 Coca Cola Dr, Suite 211
Hanover, MD, 21076

To: The Honorable Randolph Moss

Re: Matthew Miller – Letter of Support

To Judge Moss,

I am a Vice President with Glenelg Construction Inc. where Matthew Miller was employed from March 2019 until January 2021.

Matt always contributed to a positive work environment. He brought an optimistic attitude to difficult situations, encouraged and empathized with stressed-out employees, was selfless with his time and his money, and was always offering to help. Matt was conscientious and diligent in performing his duties. I could rely on Matt to be on-time, to complete projects correctly, and to tell the truth.

We do work at night at BWI Airport and there have been times I needed help at the last minute. While most people won't arrive without getting notice, Matt always jumped at the opportunity to assist the company and get us through hard times. He has worked day and night consecutively without complaint. He will write a computer memo in the morning, then dig a trench in 100 degree heat in the afternoon. Matt's priorities were aligned with those of Glenelg Construction.

Although Glenelg terminated his employment due to the January 6th events, I feel Matt has immense potential for future success at Work and in the Community. For that reason, it was heartbreaking to hear of his current situation. The allegations and the media depictions of Matt completely contradict all my experiences with him. He is kind-hearted and respectful of authority.

I hope this letter of support will assist with any possible leniency during judgement.

Thankyou for your consideration.

Sincerely,


Michael Harris Jr
Vice President
Glenelg Construction, Inc.



**Maple Valley Landscaping, Inc.**

Exceeding Our Clients Expectation The First Time

410-465-7902

EXHIBIT 1.10

Dear Judge,

   This letter is in reference to Matt Millers employment with Maple Valley Landscaping, Inc. Matt has been employed with the company since April 2021. Matt came to us for a job at the time of his interview he was honest with us about the legal situation that he is in. Matt stated that he wanted us to hear it from him instead of finding out about it later. We have been in business for 35 years and it is exceedingly rare that you find someone who is that honest and upfront about their personal life. From the first day of employment Matt was willing and eager to learn any part of the job. Matt has been a loyal and reliable employee to our company. He was hired as a laborer and has moved up in the company to more of a foreman position. During the past year we have received positive reviews from our customers about the work Matt has performed at their properties. The customers have stated that he is a hard worker, very polite, and does a fantastic job.

   Matt Miller's employment has been very positive for our company. Matt has expressed on many occasions how the legal situation he is in has had a negative impact on his life and how he has a great deal of remorese for his decisions in this matter. We try to express to all of our employees the importance about their decision making and do not excuse or make excusses for their actions. Matt Miller has come along way in the past year and has become a very valuable employee to our company. As an employer we would be left without a trusted employee if Matt were to go to jail. The company could suffer from lossing key employee. Causing us to hire another employee to train and be able to fill the position that Matt has with us. If Matt were to be granted work release Maple Valley Landscaping, Inc. will hold a position for him for full time or part time employment.

   If you have any questions or need any assistance from us please feel free to contact us at the office number 410-465-7902 or by email at maplevalleylandscapinginc.com You may speak to myself or Victoria Kues concerning this matter.

Thank You,

*D. K.*

Dean Kues, President

P.O. Box 6697
Ellicott City, MD. 21042

www.maplevalleylandscapinginc.com