```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2

 3    UNITED STATES OF AMERICA,
                                           Criminal Action
 4               Plaintiff,                No. 1:21-cr-0075

 5          vs.                            Washington, DC
                                           May 23, 2022
 6    MATTHEW RYAN MILLER,
                                           2:16 p.m.
 7               Defendant.
      _____/
 8

 9

10                   TRANSCRIPT OF SENTENCING
              BEFORE THE HONORABLE RANDOLPH D. MOSS
11                 UNITED STATES DISTRICT JUDGE

12
      APPEARANCES:
13
      For the Government:     JACQUELINE SCHESNOL
14                              U.S. Attorney's Office
                                40 North Central Avenue, Suite 1800
15                              Phoenix, AZ 85004

16
      For the Defendant:      EDUARDO BALAREZO
17                              Balarezo Law
                                400 Seventh Street, NW, Suite 306
18                              Washington, DC 20004

19

20

21

22

      Court Reporter:         JEFF M. HOOK
23                              Official Court Reporter
                                U.S. District & Bankruptcy Courts
24                              333 Constitution Avenue, NW
                                Room 4700-C
25                              Washington, DC 20001
```

1              **P R O C E E D I N G S**

2         **DEPUTY CLERK:**  This is criminal action 21-75, the

3    United States of America v. Matthew Ryan Miller.  The

4    defendant is present and in the courtroom.  Counsel,

5    starting with the Government, followed by defendant and

6    followed by probation, please approach the podium and

7    identify yourself for the record.

8         **MS. SCHESNOL:**  Good afternoon, Your Honor.  Good

9    to see you in person.  Jacqueline Schesnol representing the

10   United States.  For the record, with me at counsel table is

11   Assistant United States Attorney Troy Edwards, and FBI

12   Special Agent Tang.

13        **THE COURT:**  Welcome.

14        **MR. BALAREZO:**  Good morning, Your Honor.  Eduardo

15   Balarezo on behalf of Matthew Miller.

16        **THE COURT:**  Good afternoon.

17        **MS. MOSES-GREGORY:**  Good afternoon, Your Honor.

18   Renee Moses-Gregory on behalf of probation.

19        **THE COURT:**  Thank you for being here.  So we're

20   here for the sentencing this afternoon of Matthew Ryan

21   Miller who has pleaded guilty to count two of the

22   superseding indictment, obstruction of an official

23   proceeding and aiding and abetting in violation of 18 U.S.C.

24   section 1512(c)(2) and 2; and the lesser included offense of

25   count three of the superseding indictment, which is

1   assaulting, resisting or impeding certain officers during --

2   using a dangerous weapon in violation of 18 U.S.C. section

3   111(a)(1).

4           I have received and reviewed the presentence

5   report and the sentencing recommendation from the probation

6   office; the sentencing memoranda from -- memorandum from the

7   Government; the sentencing memorandum from the defendant;

8   the various letters submitted on the defendant's behalf; the

9   exhibits submitted by the Government.  I've reviewed all of

10  the videos and looked at each of the still photographs that

11  were submitted.

12          Let me start by asking whether the Government has

13  any other documents or materials they would request that I

14  consider today?

15          MS. SCHESNOL:  Your Honor, when the Government

16  orally make its sentencing recommendation, I do have 14

17  exhibits.  They are from the sentencing memorandum that you

18  have indicated you've already reviewed.  I will be very

19  brief with those so they are not additional.  But I will be

20  using those in court with Your Honor's permission.

21          THE COURT:  That's fine, you're welcome to do

22  that.

23          MS. SCHESNOL:  Thank you.

24          THE COURT:  And Mr. Balarezo, anything further

25  that you're going to ask me to review today?

1      **MR. BALAREZO:**  Your Honor, beyond what we included

2   in the sentencing memorandum, there will be no further

3   exhibits.  However, I wanted to ask the Court's indulgence

4   for a brief bench conference electronically before we get

5   started.

6      **THE COURT:**  Okay.

7      (Sidebar bench conference placed under separate cover)

8      **THE COURT:**  Mr. Balarezo, anything other than what

9   we just discussed that you would want to present?

10      **MR. BALAREZO:**  No, Your Honor.

11      **THE COURT:**  So Mr. Miller, the sentencing

12   proceeding today is going to proceed in four steps.  I know

13   you're anxious just to get to the bottom line, but it's

14   important that we get -- we go through this process, because

15   I need to make sure that we have agreement about everything.

16   And if there's not agreement, I need to know where there's

17   disagreement so I can resolve those disagreements before I

18   actually impose the sentence today.

19      So the first step for today's hearing is for me to

20   determine whether you've reviewed the presentence report,

21   and resolve any objections that may exist with respect to

22   the presentence report.  The second step is to determine the

23   guidelines that are applicable in your case based on your

24   criminal history, and considering any mitigating or

25   aggravating factors.  The third step is for me to hear from

1    the Government, to hear from your counsel, to hear from you,

2    if you'd like to address the Court, and to hear from anyone

3    else you want me to hear from.  And then the final step is

4    for the Court to fashion a just and fair sentence in light

5    of the factors Congress has specified in a statute, which is

6    18 U.S.C. section 3553(a).  And as part of that last step,

7    the Court will actually impose the sentence along with any

8    other required consequences.

9              So let's start with the presentence report.  I

10   received the final presentence report and sentencing

11   recommendation from the probation office in this matter on

12   July 6th, 2022 (sic).

13             Ms. Schesnol, does the Government have any

14   objections to any of the factual materials set forth in the

15   presentence report?

16        **MS. SCHESNOL:**  No.

17        **THE COURT:**  I know there's an issue with respect

18   to the guidelines, but anything with respect to the factual

19   material?

20        **MS. SCHESNOL:**  Nothing with respect to the factual

21   basis.

22        **THE COURT:**  Mr. Balarezo, does the defense have

23   any objections with respect to any of the factual materials

24   set forth in the presentence report?

25        **MR. BALAREZO:**  Your Honor, not factual.  We did

1   have --

2           **THE COURT:**  You can come to the podium.

3           **MR. BALAREZO:**  I apologize.  Your Honor, we had an

4   objection to the final presentence report when there was an

5   indication of Mr. Miller's affiliation with the Proud Boys.

6   As the presentence report itself indicates, there's no

7   evidence that -- the Government doesn't have any evidence

8   that Mr. Miller engaged in the activities that he did on

9   January 6th, 2021 as part of the Proud Boys.  And therefore,

10  we don't even believe it's part of the relevant conduct and

11  should not be included in the presentence report.

12          **THE COURT:**  Do you dispute the factual accuracy of

13  the assertion?

14          **MR. BALAREZO:**  We do not.

15          **THE COURT:**  So it strikes me as something that

16  doesn't need to be stricken from the presentence report if

17  you're not challenging the factual accuracy of it.  I'm

18  happy to hear from you or the Government with respect to

19  whether it's anything that I should consider in sentencing.

20  I don't believe the Government has featured it or mentioned

21  it at all.

22          **MR. BALAREZO:**  That's correct, the Government has

23  not.  The reason we would like it to be removed from the

24  presentence report is that it may affect his classification

25  once he gets to the BOP, if he is alleged to have been a --

1    I don't want to say a gang, but a member of some kind of

2    organization that is involved in nefarious activities.

3    That's the reason why.  And especially since it has nothing

4    to do with his conduct on the day in question.

5        **THE COURT:**  But isn't that in fact the sort of

6    thing that is not inappropriate for the Bureau of Prisons to

7    know?  And I'm not saying that I have a view that it should

8    affect his security classification.  But it may be that it's

9    valuable information, and that they might not want to

10   incarcerate him somewhere where there may be people who are

11   antagonistic to the Proud Boys in ways that could lead to

12   conflicts.

13       **MR. BALAREZO:**  Your Honor, Mr. Miller's

14   association was limited and tangential.  And as I said, the

15   issue that we have is the relevance of it to his sentencing

16   today.  We understand that the Court may not take it into

17   account, because even the Government agrees that it's not

18   part of his conduct.  But we're just concerned, again, that

19   it may increase a classification level for him.

20       **THE COURT:**  I don't think it's part of his

21   conduct, but I guess I'm wondering -- and I'd like to hear

22   from the Government about it.  I'm not sure I would reach

23   the conclusion that it's utterly irrelevant.  And the reason

24   I say that is that -- and I don't think this is going to

25   happen, but if Mr. Miller were to stand up in front of me

1    today and say:  Look, I was just a curious 21-year-old who

2    just wanted to go downtown and observe the events that were

3    going on.  I just got swept up by a crowd, when I had never

4    participated in anything like that in my life, and had no

5    views, anything like that.  Basically, I was a tourist who

6    was downtown.  And as a tourist who was downtown, I got -- I

7    was overcome by what happened down there in a way that was

8    completely spur of the moment and had nothing to do with who

9    I am.

10          It strikes me as having attended Proud Boys events

11   in the past is not hugely relevant to that perhaps, but it

12   may not be utterly irrelevant to that.

13          **MR. BALAREZO:**  Very well.

14          **THE COURT:**  What's the Government's view with

15   respect to whether the Court should strike that from the

16   presentence report?

17          **MS. SCHESNOL:**  As Your Honor noted, while the

18   Government is not making a point of it being relevant

19   conduct, it's not totally irrelevant.  And certainly, BOP

20   should be able to consider it in the classification.

21   Mr. Miller did have several images on his phone of other

22   Proud Boys.  He was near other Proud Boys the night before

23   the -- before January 6th.  He attended other Proud Boys

24   rallies in the past in November and December of 2020.  Other

25   Proud Boys were certainly near him during some of his

1    conduct at the Capitol.

2         Because the Government has no evidence, such as

3    text messages or phone exchanges or other things like that,

4    showing any kind of coordination, we did not feel it

5    appropriate to suggest that it was part of some pre-planned

6    conduct.  But as Your Honor noted, it's not entirely

7    irrelevant.

8         **THE COURT:**  All right, thank you.  So I'm going to

9    deny the request to strike that from the presentence report.

10   As I said, it's not something that I am likely to place much

11   weight on for purposes of sentencing.  But I don't think

12   it's utterly irrelevant, and I also don't think it's

13   inaccurate.

14        Mr. Balarezo, is there anything else that you

15   object to in the presentence report, in the factual aspects

16   of it?

17        **MR. BALAREZO:**  No, Your Honor.

18        **THE COURT:**  Mr. Miller, are you fully satisfied

19   with the assistance of your lawyer in this case?  You can

20   pull the microphone towards you if you like.

21        **THE DEFENDANT:**  Yes, Your Honor, I am.

22        **THE COURT:**  Have you had enough time to review the

23   presentence report with him?

24        **THE DEFENDANT:**  Yes, Your Honor.

25        **THE COURT:**  Did you have enough time to talk with

1      him about it?

2              THE DEFENDANT:  Yes, Your Honor.

3              THE COURT:  So I'm going to then accept the facts

4      as stated in the presentence report as my findings of fact

5      for purposes of the sentencing today.  The presentence

6      report lays out the probation office's calculation of the

7      advisory guidelines range that applies in this case.  I'll

8      summarize what's there.  I know there is one issue that I do

9      need to resolve.

10              The Court first separately calculates the offense

11     levels corresponding to each count to which Mr. Miller has

12     pleaded guilty.  With respect to count two, before turning

13     to the guidelines, Congress has imposed a statutory maximum

14     sentence for obstruction of an official proceeding in

15     violation of 18 U.S.C. section 1512(c)(2), and that maximum

16     is 20 years imprisonment.  As part of Mr. Miller's plea

17     agreement, the parties have agreed that under section

18     2J1.2A, the base offense level for obstruction of an

19     official proceeding in violation of 18 U.S.C. section

20     1512(c)(2) is 14.  And the PSR also indicates that the base

21     offense level is 14.  The parties agree that the offense

22     involved causing, or threatening to cause, physical injury

23     to a person or property in order to obstruct the

24     administration of justice, and that an eight-level

25     enhancement is appropriate for that reason.

1          And then there's a dispute with respect to whether

2    the enhancement should apply, because Mr. Miller has pleaded

3    guilty to an offense that resulted in substantial

4    interference with the administration of justice which would

5    lead to a three-level increase under section 2J1.2B2 of the

6    guidelines.  And according to the presentence report, the

7    probation office did not apply that three-level enhancement

8    because the record lacks justification as to how the

9    defendant's personal conduct caused a premature or improper

10   termination of a felony investigation, an indictment,

11   verdict or any judicial recommendation based upon perjury,

12   false testimony or other false evidence, or the unnecessary

13   expenditure of substantial governmental or court resources.

14          Mr. Miller argues in his sentencing memorandum

15   that that enhancement ought not apply.  The Government

16   argues in its sentencing memorandum that the enhancement

17   should apply.  And I note that the plea agreement includes

18   the enhancement, and the parties agreed to including that

19   term in the plea agreement itself.  So if the Government is

20   right on this one, the total adjusted offense level for

21   count two is 25.  And if the defense is right, then the

22   adjusted offense level is 22.

23          Both parties agree that Mr. Miller is entitled to

24   a two-level reduction for acceptance of responsibility, and

25   an additional one-level reduction for timely notifying the

1    authorities of his intention to plead guilty.  So if the

2    Government is right, then the total offense level is 22,

3    which would include the enhancement for substantial

4    interference.  And if the defense is right, then the total

5    offense level is 19 without that enhancement.  The parties

6    agree that Mr. Miller has no applicable criminal history

7    points, and so he is in criminal history category one.  That

8    all means that if the Government is right, that the offense

9    level is 22 and the guidelines range is between 41 and 51

10   months.  And if the defense is right, the total offense

11   level is 19, and the guidelines range is between 30 and 37

12   months.

13           I'm happy to hear from the parties now, so why

14   don't we go ahead and start with Ms. Schesnol.

15           **MS. SCHESNOL:**  Thank you, Your Honor.  To begin --

16   and I will apologize in advance to Mr. Balarezo if I

17   misspeak on his behalf.  But it is my understanding that the

18   parties do not have a dispute as to whether or not the

19   three-level enhancement applies.  I believe in his

20   sentencing memorandum, Mr. Balarezo lays out the guidelines

21   as calculated by the probation officer.  And because the

22   parties did agree in the plea agreement to those guidelines,

23   if that is not the agreement, then the Government would

24   consider that a breach of the plea agreement.

25           So it is the Government's position that the

1   parties have no dispute, it is the calculation as done by

2   the probation office.  And the Government does believe that

3   the three-level enhancement pursuant to 2J1.2B2 does apply.

4   While the probation officer certainly has a very difficult

5   job, especially in these cases, the likes of which we have

6   not seen before, the lack of the three-level enhancement

7   recommendation is inconsistent with the position that the

8   probation department has taken in similarly situated cases.

9           As pointed out in both my objection as well as my

10  sentencing memorandum, the probation department recommended

11  the three-level enhancement pursuant to 2J1.2B2 in the

12  Rubenacker case, Fairlamb, Chansley, Wilson and Hodgkins.

13  And the citations to all of those are in my sentencing

14  memorandum.  And the Court applied the three-level

15  enhancement in every one of those cases with the exception

16  of Mr. Rubenacker, only because Mr. Rubenacker has not yet

17  been sentenced.  He's due to be sentenced this Thursday,

18  May 26th.

19          **THE COURT:**  Although was this question argued in

20  any of those cases or addressed?  I didn't address it in

21  Hodgkins because no one presented the issue to me.

22          **MS. SCHESNOL:**  Correct, I was going to point out

23  that Your Honor did find that it applied in Hodgkins.  I do

24  not believe it was argued in any of those cases, because the

25  parties had agreed to it and the probation department had

1    recommended it.  So there was nothing to recommend -- to

2    argue in those instances.

3           Furthermore, the Government submits that for the

4    probation department to recommend the eight-level

5    enhancement pursuant to 2J1.2B1B, but not the three-level

6    enhancement, defies logic.

7           **THE COURT:**  It's inconsistent, I understand that.

8           **MS. SCHESNOL:**  We believe it is inconsistent.

9    Namely, because B1B has the extra requirement of causing, or

10   threatening to cause, physical injury to a person or

11   property.  So we could see an instance, such as in Hodgkins,

12   where the three-level enhancement applied but the

13   eight-level enhancement did not apply.  It is the

14   Government's position that the three-level enhancement is

15   essentially subsumed by the eight-level enhancement if, if

16   pursuant to application note one -- which defines

17   substantial interference with the administration of justice,

18   there is an unnecessary expenditure of substantial

19   government or court resources.

20          And it is the Government's position -- and again,

21   we believe it's the defense's position, that there was an

22   unnecessary expenditure of substantial government resources.

23   Namely, the certification of the electoral college votes was

24   delayed approximately six hours, and to date, the damage to

25   the Capitol is in excess of $2.7 million.

1   So for all those reasons -- and I can answer any

2   questions if Your Honor has any, the Government does believe

3   that the three-level enhancement under 2J1.2B2 does apply.

4   And again, I apologize if I am misstating the defense's

5   position, but I believe that is the defense's position as

6   well.

7   **THE COURT:**  All right.  Let me hear from

8   Mr. Balarezo, then.

9   **MR. BALAREZO:**  Your Honor, I hate to say that the

10  Government is right, but in this situation, because of the

11  plea agreement where Mr. Miller agreed that the enhancement

12  applied, we're in a position where we could only submit on

13  what the probation office has calculated and rely on their

14  expertise for the calculation.

15  **THE COURT:**  All right, thank you.  I don't know if

16  the probation office wants to be heard or if probation has

17  said everything it has to say on the issue in its

18  submission.

19  **MS. MOSES-GREGORY:**  Your Honor, we will rely on

20  our response to the objection.

21  **THE COURT:**  All right, thank you.

22  **MS. MOSES-GREGORY:**  Thank you.

23  **THE COURT:**  So I've given this question some

24  thought.  First off, I accept the parties' representations

25  that this is a term of the plea agreement.  And to the

1    extent that it's a close question, I think that it's the

2    sort of thing that the parties can stipulate to in a plea

3    agreement.  I accept the parties' representations in the

4    plea agreement, but I do have an independent responsibility

5    to determine the proper guidelines calculation.

6            My view is, although a close question, that the

7    enhancement does apply.  The question is really less of what

8    the commentary note -- or application note one says than

9    just what the meaning of the phrase administration of

10   justice is.  If one is -- if you're reading the guidelines

11   perhaps in the way that one would read a statute, you might

12   say that there is some uncertainty as to what the -- whether

13   the term administration of justice applies to the Congress'

14   certification of the election results.

15           If one looks at Webster's Third New International

16   Dictionary, administration in this sense means to mete out,

17   and justice means fair treatment.  And you can argue it

18   either way, I think, with respect to whether what Congress

19   was doing was meting out fair treatment.  One could say that

20   the Congress was sitting in an adjudicative role, and that

21   it was adjudicating in some very, very limited sense,

22   subject to very substantial constraints, the results of the

23   election.

24           My opinion in the Montgomery case does include

25   some language and discussion of how the proceedings before

1    the Congress are analogous to the administration of justice.

2    In that way, Judge Friedrich I think reached the same

3    conclusion in one of her cases.  As well, I believe Judge

4    Bates has said the same thing.

5           Black's Law Dictionary refers to administration as

6    the proper functioning and integrity of a court or other

7    tribunal in proceedings before it in accordance with the

8    rights guaranteed to the parties.  And, again, there I think

9    it's not entirely clear how that fits in this context.

10   Although, as I said, I think that a portion of my analysis

11   in Montgomery supports the view that what was occurring

12   before the Congress and that was obstructed falls within

13   that definition.

14          But I also think that one can't quite read the

15   guidelines precisely the way one would read a statute, with

16   parsing words with that same level of detail.  Because this

17   entire part of the guidelines, part J, is offenses involving

18   the administration of justice.  The sentencing commission

19   decided to include in part J -- which applies to offenses

20   involving the administration of justice, obstruction of

21   Congress.  And given the fact that the sentencing commission

22   concluded that that provision appropriately fell within part

23   J, I think it's fair to read the phrase administration of

24   justice for purposes of the enhancement broadly enough to

25   cover the statutory provision that the sentencing commission

1    decided to include in part J.

2           Which then just leaves the question of whether the

3    interference was substantial or not.  And there, the

4    application note says that substantial interference with the

5    administration of justice includes a premature or improper

6    termination of a felony investigation, not present here; an

7    indictment, verdict or any judicial determination based upon

8    perjury, false testimony or other false evidence, not

9    present here; or the unnecessary expenditure of substantial

10   governmental or court resources.  And I'm not sure that I

11   would be prepared to categorize any damage to -- or all the

12   damage to the Capitol complex on that day as necessarily

13   falling within that context.  Because I think there does

14   need to be a nexus between the expenditure and the

15   interference with the administration of justice.

16           But I think the fact that the proceedings

17   certifying the presidential election were delayed by several

18   hours; and that the entire United States Congress sat until

19   after midnight -- and I believe it was 1:00 o'clock in the

20   morning, proceeding; and all the attendant costs that come

21   with the entire Congress sitting in this extraordinary

22   session, along with the enormous law enforcement presence

23   that was required to allow them to do that, I think amply

24   supports the finding that the interference here was

25   substantial.  So that is my finding.

1           I guess the other thing I just would add is I do

2    agree with the Government's comment that if one were to

3    conclude that the interference here was not with the

4    administration of justice for purposes of the B2

5    enhancement, then I think the same reasoning would apply

6    with respect to the B1B enhancement, which is that

7    eight-point enhancement which no one has raised as an issue.

8    So I do conclude that the enhancement applies here.  It's

9    not to say that the Court would not, and will not, consider

10   a variance for various reasons in this case.  But I do

11   conclude the enhancement applies.  Therefore, it's the

12   Court's conclusion that the total offense level is 22, and

13   that the guidelines applicable here are between 41 and 51

14   months.

15           Under 18 U.S.C. section 3583, the Court may also

16   impose a term of supervised release of up to three years.

17   And under section 5D1.2A2 of the guidelines, the recommended

18   term of supervised release is between one and three years.

19   Under 18 U.S.C. section 3561(c)(1), the defendant is

20   eligible for one to five years of probation because count

21   two is a class C felony, and count three is a class D

22   felony.

23           I should say, I skipped fairly quickly over the

24   guidelines calculation with respect to count three.  And I

25   did so simply because of the way the grouping provisions

1    work under the guidelines, that the Court takes the higher

2    guidelines range.  And that's the one that applies with

3    respect to count two.

4            Under section B -- 5B1.1 of the guidelines,

5    Mr. Miller is not eligible for probation.  But of course,

6    that is an advisory provision, it's not binding on the

7    Court.  The maximum fine for each offense is $250,000.  The

8    guidelines recommend a fine of between $15,000 and $150,000.

9    As part of the plea agreement, Mr. Miller has agreed to pay

10   restitution to the Architect of the Capitol in the amount of

11   $2,000.  There's also a mandatory special assessment of $100

12   for each count.

13           Ms. Schesnol, anything else you want me to add or

14   to clarify with respect to the criteria?

15           **MS. SCHESNOL:**  No, Your Honor.

16           **THE COURT:**  Mr. Balarezo?

17           **MR. BALAREZO:**  No, Your Honor.

18           **THE COURT:**  So before I discuss the particular

19   sentencing factors in this case, I just want to put on the

20   record that the probation office has recommended a sentence

21   of 12 months and a day imprisonment, two years of supervised

22   release, no fine, $2,000 in restitution and $100 special

23   assessment for each count.  That recommendation is based

24   solely on the information that is set forth in the

25   presentence report, and it does propose a downward variance.

1    That variance, though, I should note, is from the guidelines

2    range that was as the probation office calculated it, which

3    would have been a range of between 30 and 37 months.

4    Although it's still a fairly substantial variance that the

5    probation office is recommending.

6           I now must consider the factors that Congress has

7    set forth in 18 U.S.C. section 3553(a).  And I have to

8    ensure that the Court imposes a sentence that's sufficient,

9    but not greater than necessary, to comply with the purposes

10   of sentencing.  Those purposes include the need for the

11   sentence imposed to reflect the seriousness of the offense,

12   to promote respect for the law and to provide just

13   punishment for the offense.  The sentence should also afford

14   adequate deterrence to criminal conduct, protect the public

15   from future crimes of the defendant and promote

16   rehabilitation.  In addition to the guidelines and policy

17   statements, I must consider the nature and circumstances of

18   the offense; the history and characteristics of the

19   defendant; the need for the sentence imposed; the guidelines

20   range; the need to avoid unwarranted sentence disparities

21   among defendants with similar records who have been found

22   guilty of similar conduct; and the types of sentences

23   available.

24          So would the Government like to be heard with

25   respect to the section 3553(a) factors, and more generally

1    with respect to sentencing?

2           **MS. SCHESNOL:**  Yes, Your Honor.  So if the Court

3    will bear with me while I get my technology up and running,

4    the Government does have 14 exhibits.  As I mentioned

5    earlier, all of these exhibits have already been provided to

6    the Court and defense counsel previously.  And it is my

7    understanding that the defense has no objection to the

8    administration of these exhibits.  So with the Court's

9    permission, I will proceed.

10          On January 6th, 2021, as brave members of the

11   Metropolitan and Capitol Police, just steps from where we

12   sit here today, protected the Capitol, what did Mr. Miller

13   do?  While already on restricted grounds, he encouraged

14   others to get closer to the Capitol building.  This is a

15   video, and it does have sound.  I apologize, we practiced

16   this twice, Your Honor.

17          **THE COURT:**  No worries.

18          **MS. SCHESNOL:**  I do apologize, Your Honor, we

19   tested this twice.

20          **THE COURT:**  It's okay.

21      (Video played)

22          **MS. SCHESNOL:**  So as you can see, Your Honor --

23   and that was Exhibit 6 from the Government's sentencing

24   memo, while on restricted grounds, Mr. Miller is standing on

25   a wall waving his arms saying, "Come on," over and over.

1    And as police began their hand-to-hand combat, what did

2    Mr. Miller do?  He hurled a full beer can approximately

3    30 yards in the direction of police.

4         (Video played)

5         **MS. SCHESNOL:**  As police continued to shield the

6    building that housed our lawmakers and their staff, what did

7    Mr. Miller do?  He used a barrier that was intended to keep

8    people away from the Capitol building, and he used that as a

9    ladder to climb up and get ever closer to the Capitol

10   building.

11        (Video played)

12        **THE COURT:**  Do you have any idea what that plank

13   that they passed up was used for?

14        **MS. SCHESNOL:**  I do not know, Your Honor.  And

15   then Mr. Miller was able to actually get himself onto the

16   Lower West Terrace.  As Your Honor can see here, there's a

17   yellow square around Mr. Miller.  And that's the Lower West

18   Terrace of the Capitol building.

19        And as the day wore on and police, who were vastly

20   outnumbered by rioters, were being crushed in the Lower West

21   Terrace tunnel, what did Mr. Miller do?

22        (Video played)

23        **MS. SCHESNOL:**  Inside that tunnel is where law

24   enforcement, police officers were protecting the doors into

25   the Capitol.  And Mr. Miller, for at least two minutes, was

1   encouraging people, putting up his hand in the air, "One,

2   two, three, push."  The crowd began to chant heave-ho.

3   They're literally pushing against the police officers trying

4   to protect that entrance of the Capitol.  The Court can see

5   Mr. Miller is circled in blue, how close he is to the

6   threshold of the Lower West Terrace tunnel.

7           And what else did Mr. Miller do as the day went

8   on?  He decided to throw batteries into the tunnel at police

9   officers.  And then from his very closest point to the

10  tunnel where the medieval battery had been raging for hours

11  at that point, he unleashed the contents of a fire

12  extinguisher directly onto the police in the Lower West

13  Terrace tunnel.

14      (Video played)

15      MS. SCHESNOL:  I'm going to back that up and play

16  it again, Your Honor.

17      (Video played)

18      MS. SCHESNOL:  And as Your Honor noted, you've

19  watched that video in full, and I will make a reference to

20  it again later without playing it.  Here's a still frame

21  shot showing Mr. Miller unleashing the contents of that fire

22  extinguisher directly onto the police guarding the tunnel.

23  As Your Honor can see, moments before the fire extinguisher

24  is unleashed, Your Honor can see the police in the Lower

25  West Terrace tunnel before the fire extinguisher is

1   deployed, and then the plume of fire extinguisher chemical

2   that washes over the police guarding the Capitol.  Officers

3   who were in the Lower West Terrace tunnel described the

4   attack as, quote, nothing short of brutal.  This is in the

5   Government's sentencing memorandum at page 11, quotes from

6   Officers Gonell, Fanone, Dunn and Hodges.  Many officers

7   were injured, bleeding and fatigued, but they continued to

8   hold the line.

9            Today we deal with a crime of violence and a crime

10  against law enforcement officers and the democracy they

11  risked their lives to protect on January 6th.  A crime of

12  this magnitude demands an equally serious sentence for

13  Defendant Miller, and the Government submits there is no

14  reason to vary outside of the applicable guidelines.  A

15  sentence of 51 months reflects the nature of the offense,

16  the characteristics of the defendant, the seriousness of the

17  offense and promotes respect for law.  The sentence will

18  provide both specific as well as general deterrence, and

19  will avoid unwarranted sentencing disparities.

20           With regard to the nature of the offense, the

21  events of January 6th are unprecedented, barely imaginable,

22  the likes of which we would expect to see in a third world

23  banana republic.  We watched our TVs in dismay as thousands

24  descended onto the Capitol.  And we watched in great horror

25  as we learned of the brutality that hundreds and hundreds of

1    police officers endured that day.  Defendant Miller was in

2    the thick of it all working his way closer and closer to the

3    Capitol, growing increasingly more violent as the day went

4    on, and agitating others to do the same.  And the

5    defendant's attacks were not made in isolation.  He

6    assaulted officers along with other rioters attacking from

7    all sides.  And every one of the defendant's attacks made it

8    harder for officers to defend themselves, and increased the

9    chance that one of the other rioters' attacks would succeed.

10          Also as described in the sentencing memo provided

11   by the Government on page 14, Sergeant Gonell describes,

12   quote, the officers were subjected to a medieval battle

13   fighting hand-to-hand, inch-by-inch to prevent an invasion

14   of the Capitol.  Even though Defendant Miller didn't go

15   inside the Capitol, his attack on the officers in the Lower

16   West Terrace tunnel deprived those officers the ability to

17   go inside the Capitol to help stop the rioters who did get

18   inside the building, who went onto the Senate floor, into

19   Speaker Pelosi's office and others.  Because those officers

20   were fighting outside at the Lower West Terrace tunnel door

21   to keep Miller and others in the mob from getting in, they

22   could not go inside and help.

23          As Your Honor noted when sentencing Defendant

24   Hodgkins, quote, because of the defendant's actions and

25   others that day, the members of the United States Congress

1    were forced to flee their respective chambers, an

2    extraordinary event under any circumstances.  The mob's

3    objective to was to stop the constitutional and statutory

4    duty to declare the person elected president.  They, the

5    mob, were prepared to break the law to prevent Congress from

6    performing its constitutional duty.  As Your Honor went on

7    to state, democracy requires cooperation of the governed.

8    The damage caused by the defendant and others goes way

9    beyond the several-hour delay of the certification.  It is

10   damage that will persist in this country for decades.  The

11   gravity of this offense, of Mr. Miller's conduct, should be

12   met with the imposition of a 51-month sentence.

13         To discuss the characteristics of the defendant,

14   Defendant Miller positions himself in his sentencing memo as

15   a young man whose, quote, prefrontal cortex of his brain was

16   not fully formed on January 6th, 2021.  It was noted in the

17   presentence report that Mr. Miller was 21 at the time of

18   offense.  I believe he was 22.  If they noted his birthday

19   correct, being born in November 1998, he would have been 22

20   in November of 2020.  So he was approximately six weeks into

21   being the age of 22.

22         And 22 is not a child.  As a society, we have

23   collectively decided that 22 is old enough to drive a car;

24   it's old enough to rent a hotel room, as Mr. Miller did the

25   night of January 5th.  It's old enough to be treated as an

1    adult in our criminal justice system.  Twenty-two is old

2    enough to serve on jury duty.  It's old enough to hold local

3    public office.  In many states, 22 is old enough to buy a

4    gun.  Twenty-two is certainly old enough to vote.  And 22 is

5    old enough to lay down one's life in military service.  In

6    our --

7              THE COURT:  All of that is true, but there is a

8    difference between a 22-year-old and a 30-year-old or a

9    40-year-old committing a crime.  And there is some truth to

10   the materials that the defense points to with respect to the

11   development of the frontal cortex and the development of

12   judgment.  And I think we've all known 22 year olds, we've

13   all been -- or most of us have been 22.  I think probably

14   everyone in this courtroom has been 22 at some point in

15   time.  And people's judgment is just not as good at 22 as it

16   is at 30 years of age.

17              The defense also says that Mr. Miller was quite

18   drunk.  And I realize that's not a grounds for a departure

19   under the guidelines, and it's not an excuse that would

20   absolve one of criminal liability.  But I do wonder in my

21   mind, as I think about this case, how I compare a drunk

22   22-year-old to some of these other folks who were stone

23   sober, in their 40s, who knew perhaps a lot better than

24   Mr. Miller did; and were perhaps less impressionable, less

25   likely to be moved by a crowd, less likely to be moved by

1    inflammatory and false rhetoric of the president of the

2    United States.

3            So I do wonder whether Mr. Miller's young age and

4    perhaps drunkenness at the time are factors that I should at

5    least consider in sentencing.

6            **MS. SCHESNOL:**  Certainly Your Honor can consider

7    anything deemed appropriate.  May I submit that many of us

8    in this courtroom at the age of 22 were going off to law

9    school, joining the FBI academy, engaging in their

10   profession.

11           **THE COURT:**  No, no, I understand that.  I also

12   understand that we have 22-year-olds who are laying their

13   life on the line to protect our nation, and all of the other

14   things that you referred to.  But just the truth of the

15   matter, though, is that somebody who is 22 is more capable

16   of doing something that is just -- I'm trying to choose my

17   words carefully here, but dumb and highly regrettable; and

18   just really doing something that they, one would hope, will

19   look back on later in their life and say that was one of the

20   stupidest things I've ever done.  Whereas it's harder to say

21   that of somebody who is 40.

22           And I'm not saying that it absolves Mr. Miller of

23   responsibility for his actions that day, because he was an

24   adult and he was responsible for his actions.  I'm just

25   saying and asking you to respond -- because this is

1   something that's on my mind, I just want to be transparent

2   with you, that I'm dealing with somebody here who is younger

3   than most of the defendants in these cases; was more perhaps

4   impressionable; was more prone to get carried away by

5   rhetoric, false statements, the emotions of a crowd who was

6   around him, and too many cans of beer beforehand.

7          I'm interested in your reaction, because it does

8   strike me that that is something that is relevant to my

9   thinking about the sentencing.  Quite frankly, if Mr. Miller

10  was older and perhaps had not been drinking -- although the

11  age is more important to my mind I think, the numbers that

12  come to my mind would be higher under those circumstances.

13         **MS. SCHESNOL:**  Sure.  I appreciate the Court's

14  candidness and allowing me a chance to respond.  As the

15  Court noted, while Mr. Miller was younger than many of the

16  people who were at the Capitol on January 6th, all those

17  people engaged in the same conduct as well.  And again, our

18  criminal justice system has made the determination that we

19  treat people who are 22 at the time of their crime as an

20  adult.

21         Furthermore, the Government submits that

22  Mr. Miller wasn't so much getting swept up in the crowd as

23  that he was -- he was one of the agitators in the crowd on

24  two occasions.  One on that low wall where he was

25  encouraging everyone to come over, and then second when he

1    was up on the Lower West Terrace encouraging everyone to

2    push.  So the Government submits that he was having other

3    people caught up in his rhetoric as opposed to the other way

4    around.

5         The other thing I will note for the Court is that

6    when we had the opportunity to chat with Mr. Miller last

7    week in preparation for sentencing, as agreed to in the plea

8    agreement, it was noted that Mr. Miller did not go to the

9    rally on the Ellipse.  So I don't know how much Mr. Miller

10   was caught up in statements made by elected officials.

11        **THE COURT:**  So I was confused by that, I'm glad

12   you brought that up.  I'll be interested to hear what

13   Mr. Balarezo has to say about this.  I thought there were

14   conflicting things said about that in the various sentencing

15   memoranda.  There were some statements that said he did go

16   to the rally, and some statements I think that suggested

17   that he did not.  So I would be interested in knowing

18   whether he attended the rally or not.

19        But also, I'm not talking about just the rhetoric

20   at the rally, I'm talking about the rhetoric that took place

21   for weeks in advance of the rally as well.

22        **MS. SCHESNOL:**  Sure.  The Government finds the

23   rhetoric that went on for months very problematic, indeed.

24   That being said, there were tens of thousands of people who

25   did go to the rally.  Again, we thought Mr. Miller had, but

1    based on our discussions with him, it appears he didn't.

2    And of those tens of thousands of people who went to the

3    rally on the Ellipse, they didn't all go to the Capitol.

4    And of the thousands that did go to the Capitol, they did

5    not all engage in violence.

6          So while that -- the rhetoric was out there for

7    all of the public for months and months and months, not

8    everyone was susceptible to it.  And with --

9          **THE COURT:**  And I'm not disagreeing with you at

10   all about that.  Mr. Miller has already gone to jail, he's

11   going to jail.  The question really is just how long he

12   should go to jail considering all the factors that Congress

13   has specified and the balancing the Court has to engage in.

14   It does just strike me -- and I'll hear from the defense,

15   and I'll give you a chance to come back if you'd like to.

16   But it does strike me that his relatively young age compared

17   to the others involved in this is one factor that I need to

18   take into consideration that may suggest to me that there

19   may be reasons why the guidelines -- or why a variance would

20   be appropriate in his case because of his age and perhaps

21   because of the drinking.

22         And another thing I guess, just for the sake of

23   transparency in putting this out there so you can respond to

24   all of this, is Mr. Miller's conduct while on pretrial

25   release was exemplary as far as I can tell.  He did

1    everything that he should do.  He went to work, he worked

2    hard, he contributed and got very glowing reviews from those

3    who he was working for in a way in which it was a valuable

4    opportunity for him to be on pretrial release.  Because he

5    could then show to the Court that he's someone who is

6    capable of being a contributing member of society.

7              MS. SCHESNOL:  And again, I do appreciate your

8    candidness.  I actually have plans to address all of that.

9              THE COURT:  Great.

10             MS. SCHESNOL:  Of course, Your Honor will sentence

11   Mr. Miller as Your Honor deems appropriate after hearing and

12   considering everything.  Even taking everything into

13   consideration Your Honor has stated, the Government does

14   still believe that 51 months is appropriate.  I will

15   continue to do my best to attempt to convince you.

16             THE COURT:  Please do.  And I should say -- I

17   don't mean to cut you off, and also, I don't mean to suggest

18   in any way that any of the conduct that occurred that day is

19   in any way excusable, that it was anything short of

20   repugnant.  And when I watched those videos and saw those

21   law enforcement officers who were in that tunnel, fighting

22   for their lives I suspect is what they thought -- and they

23   may well have been fighting for their lives.  And when I saw

24   the crowds outside doing the heave-ho against those law

25   enforcement officers -- who were doing their best to protect

1    the Capitol of the United States from attack, and saw the

2    heave-ho and saw Mr. Miller leading in that heave-ho to

3    press this massive crowd against these law enforcement

4    officers who were putting their lives on the line to protect

5    their nation, to protect the Capitol, to protect the members

6    of Congress, it was deeply, deeply disturbing.

7         So I'm not -- in raising this, I'm not suggesting

8    at all that I don't think that this was horrific, what

9    happened that day.  And I've spoken before about the assault

10   on democracy that occurred that day, and how utterly mind

11   blowing it is what happened that day.  I'm just trying to

12   put this all in a balance.

13        And as you know, and as the Government knows

14   because it's been making a lot of these judgments itself,

15   there's a very large continuum from people who wandered onto

16   Capitol grounds and did nothing wrong and went home to

17   people who committed ghastly crimes that day.  And I just

18   have to figure out, using my best judgment, where Mr. Miller

19   falls on that continuum.  And I think that his age and

20   perhaps drunkenness may weigh somewhat in that balance.

21        **MS. SCHESNOL:**  And again, I do appreciate your

22   transparency.  I will do -- I will go on to do my best to

23   convince you why the Government's position is the

24   appropriate one.  I'll get back to his age for a moment.  So

25   as Your Honor pointed out, as Mr. Miller points out, he has

1  all the support from family and friends.  That's great.  And

2  he said in his sentencing memo that his parents instilled

3  traditional values in him, such as treating others with

4  respect and giving to those in need.  It's the Government's

5  position that because of that support, because he was taught

6  those values, he knew better.  He knew better than to do

7  what he did on January 6th.  And then he did go on to engage

8  in extraordinarily serious and ghastly crimes on January

9  6th, the likes of which we have never seen.

10              On January 6th, he knew better than to go on

11  restricted grounds of the Capitol, but he did it anyway.

12  And he knew better than to throw projectiles at police, but

13  he did it anyway.  And he knew better than to encourage and

14  lead others into violence, but he did that anyway, at least

15  twice.  He for sure knew better than to spray a fire

16  extinguisher directly on to brutally battled police doing

17  their job -- as the Court noted, protecting the Capitol, the

18  center of our government and democracy.  But he did choose

19  to do those actions even though he had been taught better.

20              To address Mr. Miller's point in his sentencing

21  memo that he has no prior criminal history.  Certainly he

22  doesn't, and that has been accounted for with a criminal

23  history category of one.  He points out that he didn't plan

24  his crimes in advance.  That has also been accounted for in

25  the crimes with which he was charged.  Other people have

1    been charged with conspiracy, and Mr. Miller has not.  So

2    that has already been taken into account by his criminal

3    history and where he ends up in terms of the charges against

4    him and the final offense guidelines.

5            Some supporters of Mr. Miller describe him as,

6    quote, a caring and understanding person, as someone who

7    treats everyone with dignity and respect.  And he wants

8    credit for being that type of person.  But the Government

9    submits that then he can't have it both ways.  He can't say

10   that I'm this wonderful person who treats everyone with

11   dignity and respect at the tender age of 22, yet 22 is so

12   young and easily impressionable and things like that.  The

13   Government submits it's one or the other.  If he is going to

14   get credit for all his good character traits at the tender

15   age of 22, then he does need to also be held responsible for

16   the very egregious conduct and crimes in which he engaged.

17           And I'd like to point out, we've all been doing

18   this long enough that we have seen people in our courtrooms

19   all across the country who essentially never stood a chance;

20   who didn't have good role models; who didn't have people to

21   teach them good values; who didn't have the opportunity for

22   an education and employment.  But Mr. Miller had all those

23   things and yet still chose to repeatedly batter police and

24   attack our democracy.  I don't know what Mr. Miller will

25   come before you and say today.  I presume he will express

1    remorse and regret.  But the Government submits to you that

2    actions actually speak louder than words.

3              What are his actions?  Some people turned

4    themselves in after January 6th.  Mr. Miller did not.  While

5    he did eventually plead guilty and take responsibility --

6    and he is being given credit for that, he didn't plead

7    guilty immediately.  We have seen many other guilty pleas

8    entered prior to Mr. Miller's.  He did not cooperate with

9    the Government pre-plea agreement, as some people did.  And

10   as Your Honor pointed out, he did what was required of him

11   on pretrial release, and he did perform exemplary.  But the

12   Government submits that served to keep him out of custody

13   pretrial.

14             Ultimately, he's trying to minimize his conduct,

15   saying that other people in the crowd were agitators, when

16   he was the agitator.  And he does try to minimize his

17   conduct, blaming it on beer and marijuana.  That's not

18   taking responsibility.  That's not demonstrating real

19   remorse.  That's deflecting responsibility.

20             With regard to the seriousness of the offense and

21   promoting respect for the law, everything about Defendant

22   Miller's actions defied respect for the law on January 6th,

23   2021.  Only a sentence that reflects the gravity of his

24   actions will ultimately promote respect for the law.  While

25   he's been described as a good person and hard working, he

1    didn't demonstrate any of that on January 6th.  Who

2    demonstrated those qualities on January 6th and more?  The

3    lawmakers and their staff who hid for hours as the riot

4    ensued, and yet still had the bravery and courage to

5    reconvene at approximately 8:00 p.m. and work until 3:00 in

6    the morning the next day to count the electoral college

7    vote.

8           Who demonstrated a benefit to the community?  The

9    janitorial staff who cleaned up the mess that the rioters

10   made, and the members of the Architect of the Capitol who

11   worked for the next two weeks to make sure that the Capitol

12   building was ready for the inauguration on January 20th.

13   Who demonstrated a benefit to the community?  The hundreds

14   and hundreds of police officers who were immeasurably

15   outnumbered by the mob that day when they fought for hours

16   on end in a medieval type battle to protect and serve.

17   Those people demonstrated generosity, work ethic, willing to

18   lend a hand in their commitment to the community.

19          As set forth in the sentencing memo, Officer

20   Fanone described MPD Commander Kyle:  "Despite the confusion

21   and stress of the situation, observing the commander's

22   leadership, protecting a place I cared so much about, was

23   the most inspirational moment of my life.  The bravery he

24   and others showed that day are the best examples of duty,

25   honor and service."  In his sentencing memo, Defendant

1   Miller said fortunately he didn't hurt anyone.  First, that

2   certainly wasn't for lack of trying.  And second, it's not

3   entirely accurate.

4            Officers who were in the tunnel at the time that

5   Defendant Miller sprayed the fire extinguishers were all

6   interviewed, and they described that chemical from the fire

7   extinguisher as burning their skin or eyes, and needing to

8   use water to rinse themselves off which took them away from

9   being able to protect the Capitol at the lower west tunnel.

10  And in our sentencing memo we submitted an exhibit, No. 15,

11  that shows one of the Capitol police officer's helmet to

12  show how it was covered in the chemicals.  Mr. Miller's

13  conduct caused the police to let their guard down allowing

14  others to beat and brutalize them.  And we cannot even begin

15  to imagine the psychological trauma inflicted on the

16  workers, both inside and outside the Capitol.

17           I spoke with an MPD officer who was in the tunnel

18  at about 4:10 to 4:15.  I don't believe he was in the tunnel

19  at the time of the fire extinguisher.  But just to give you

20  an idea of what the officers went through, when I was

21  talking to that officer, I said:  "How did you go on?  I

22  mean, physically how did you have the strength to fight for

23  hours on end?"  And his response to me was:  "What choice

24  did we have?"

25           Your Honor, we believe a 51-month sentence

1    promotes respect for the law, and it also will provide both

2    specific and general deterrence.  If Defendant Miller is not

3    sentenced commensurate with the gravity of his crimes, then

4    what message will that send?  What message will that send to

5    Mr. Miller in particular and the public generally?  The

6    message will be that if you have the benefit of a good

7    upbringing and every advantage to succeed, then when you

8    commit serious acts of violence you will only suffer mild

9    consequences.

10    As Your Honor stated when sentencing Defendant

11    Hodgkins, when you quoted President Reagan:  "In the eyes of

12    many in the world, this every four-year ceremony we accept

13    as normal is nothing less than a miracle."  Without a

14    sentence to deter Miller and others, that miracle will be

15    harder and harder to achieve.  That miracle will become more

16    and more tarnished.  As Your Honor said, we are now all

17    fearful about the next attack in a way we never were, and it

18    makes us question whether our democracy is less secure than

19    we had previously believed.  Let's ensure that Mr. Miller,

20    and others like him, are deterred from committing this type

21    of brutality and attack on the democracy we saw January 6th

22    by imposing a 51-month sentence.

23    This sentence would also avoid an unwarranted

24    sentencing disparity.  As I mentioned, tens of thousands of

25    people came into Washington, D.C. on January 6th, but they

1    did not all go to the Capitol.  And for the thousands that
2    did go to the Capitol, they did not all engage in violence.
3    Defendant was wasn't agitated by others, he was the
4    agitator; he sought out the violence.  He encouraged others
5    to do the same.  He watched officers being assaulted in the
6    tunnel, and instead of being horrified and turning away, he
7    chose to draw himself closer.  He tries to draw a
8    distinction between himself and some others who were
9    sentenced along the lines of what the Government asked for
10   here, specifically citing Thompson and Creek.  He says the
11   difference is he didn't enter the Lower West Terrace tunnel
12   or engage in hand-to-hand combat.  Your Honor, what is being
13   called a tunnel is essentially an entrance with an arched
14   ceiling approximately 15 feet long.  To say that he didn't
15   enter the tunnel is essentially a distinction without a
16   difference.

17           As you could see in the exhibits, Mr. Miller was
18   just feet from the threshold, and he threw objects at the
19   police.  He counted one, two, three, push in the heave-ho
20   effort, and ultimately sprayed a fire extinguisher directly
21   into that tunnel.  That's essentially hand-to-hand combat,
22   maybe even worse because of the weapons that he used.  And
23   it allowed other rioters to assault police when the police's
24   defenses were compromised.

25           In the Thompson case, as pointed out in the

1   Government's sentencing memo, Mr. Thompson was sentenced to

2   46 months.  And as noted, that was largely because

3   Mr. Thompson turned himself in, which Mr. Miller did not.

4   And Mr. Thompson provided information at multiple debriefs

5   prior to entering into a plea agreement, which is another

6   thing Mr. Miller did not do.  So it is the Government's

7   position that Mr. Miller's sentence should be greater than

8   Defendant Thompson's.  Also, with regard to Creek, that can

9   also be distinguished from Defendant Miller, because Creek

10  did not use a deadly or dangerous weapon as Mr. Miller did.

11  And Creek was not charged with the 1512 obstruction of an

12  official proceeding.

13       THE COURT:  Although Creek did punch an officer,

14  at least on more than one occasion, knocked the officer to

15  the ground where the officer then was kicked as he tried to

16  get up off the ground.  That was pretty disturbing conduct

17  there as well.

18       MS. SCHESNOL:  Agreed.  Your Honor, the Government

19  does not suggest that any of the conduct of the people who

20  are charged with crimes was anything less than abhorrent.

21  And while --

22       THE COURT:  I guess I have to say, I don't know

23  the answer to whether, if I were a law enforcement officer,

24  I would feel more or less threatened with someone shooting a

25  fire extinguisher and throwing some batteries at me or

**1**    punching me and knocking me to the ground where I'm then

**2**    kicked on the ground by a mob.  But that was a 27-month

**3**    sentence, so I'm trying to get in my mind how one balances

**4**    these and figures out where Mr. Miller fits on the

**5**    continuum.

**6**         **MS. SCHESNOL:**  Yes, and while punching and kicking

**7**    an officer is never acceptable, is certainly not okay,

**8**    ghastly indeed, Mr. Miller did use a dangerous or deadly

**9**    weapon with the fire extinguisher.  So for that reason, we

**10**   do believe that a greater sentence is warranted.

**11**        **THE COURT:**  It's probably fair to call it a

**12**   dangerous weapon than a deadly weapon.  I suppose if you

**13**   like put it directly in someone's face and they couldn't

**14**   breathe, maybe it could kill them.  But as used in this

**15**   fashion, it wasn't a deadly weapon, it was a dangerous

**16**   weapon.

**17**        **MS. SCHESNOL:**  Fair enough, Your Honor, yes.  So

**18**   the Government asked the Court to look to similarly situated

**19**   defendants, Wilson and Palmer.  Defendant Wilson was

**20**   sentenced to 51 months for the exact same charges that

**21**   Mr. Miller has pled to.  Defendant Palmer -- and as Your

**22**   Honor noted, you watched all the videos in their entirety,

**23**   Mr. Palmer can be seen in the video picking up the very fire

**24**   extinguisher that Defendant Miller puts down just seconds

**25**   later, emptying the contents of that fire extinguisher and

1    then throwing it into the tunnel.  Defendant Palmer --

2    that's Exhibit 13 in full.  Defendant Palmer pled to 111(b),

3    which Mr. Miller was charged with and he was able to plead

4    to the 111(a).  Mr. Palmer was sentenced to 63 months.  I

5    will note that is because he did not get the three levels of

6    acceptance of responsibility.  So we are not suggesting that

7    63 months is appropriate.  The Government's recommendation

8    of 51 months is a guideline sentence.  And while it is at --

9         **THE COURT:**  Although Palmer got the bottom end of

10   the guidelines, and you're suggesting the high end of the

11   guidelines, right?  Palmer's guidelines was range was 63 to

12   78 months.

13        **MS. SCHESNOL:**  Because he did not get acceptance

14   of responsibility.  If he had, then his guidelines --

15   Defendant Palmer's guidelines would have been 46 to 57

16   months for the 111(a), which is the midrange of that

17   guideline.  And so that is where the Government comes up

18   with the 51-month sentence.  So while it's the high end of

19   the guidelines, here it would be a midrange under a 111(b).

20   And of course, Your Honor is able to consider the relevant

21   conduct of using the dangerous instrument.  So that is how

22   the Government got to its recommendation.

23        So I will wrap up finally, I will conclude.  On

24   January 6th, 2021, Mr. Miller, a 22-year-old man, made a

25   series of choices -- not one choice, a series.  And at any

1   time he could have stopped his criminal conduct, he could

2   have turned away.  And in each of these choices, he brought

3   himself closer to the Capitol and increasingly violent.

4   Instead of being turned off by what he saw, he chose to

5   purposefully move closer and closer to the chaos.  Instead

6   of leaving, he made the deliberate choice to engage in the

7   medieval battle taking place.  And in the thick of the

8   combat, he made the choice to encourage others to join in

9   the brutality.  He made the deliberate choice to participate

10  in the attack by assaulting police -- most egregiously,

11  ghastly and dangerously assaultive conduct, by picking up a

12  fire extinguisher and spraying the contents from very close

13  range directly into the Lower West Terrace tunnel onto the

14  police officers guarding the Capitol, the police trying to

15  protect the men and woman who work inside the Capitol, and

16  the police defending our democracy.

17          And for those reasons, the Government submits that

18  the appropriate sentence for his -- for Defendant Miller's

19  multiple crimes is 51 months incarceration, three years of

20  supervised release, $2,000 in restitution and the required

21  special assessment.  Thank you for your time and attention.

22          **THE COURT:**  All right, thank you.  Mr. Balarezo.

23          **MR. BALAREZO:**  Thank you, Your Honor.  Matthew

24  Miller completely repudiates his conduct of January 6th,

25  2021.  Prior to that time, within months, he had been

1    following the news.  He had been following the lies that had

2    been coming from President Trump at that time and others and

3    his followers regarding a stolen election.  He had gone down

4    a path where he was associating with some unsavory

5    characters.  He was going down a path where he as alienating

6    himself from family that had always been there for him.

7           On January 6th, he thought it would be cool to be

8    part of history, and he went down there to protest.  He

9    initially did go down towards the rally that was happening

10   on the Ellipse.  However, he did not enter the rally because

11   it was too crowded, and he hovered around the fringes where

12   he could still hear the rhetoric and the lies that were

13   being spewed.  Unfortunately, he also went down to the

14   Ellipse to the Mall high on marijuana and drunk on alcohol.

15   With his judgment distorted, he did follow the crowd.  He

16   was not just a tourist --

17          **THE COURT:**  How much marijuana did he smoke and

18   how many beers did he consume?

19          **MR. BALAREZO:**  Your Honor, we included a picture

20   in the sentencing --

21          **THE COURT:**  I saw there was a case of beer he was

22   carrying, but I have no idea how many beers he gave to other

23   people to drink, how many he threw at the police and how

24   many he actually consumed himself.

25          **MR. BALAREZO:**  My understanding is that he

1    consumed the great amount of that case of beer that he

2    was --

3         THE COURT:  Can you tell me how many beers he

4    consumed?  That makes a difference to me.

5         MR. BALAREZO:  I could ask him specifically.

6         THE COURT:  Yeah, I would like to know how many

7    beers and how much marijuana he consumed.

8         MR. BALAREZO:  Sure, if the Court will give me a

9    moment.

10        THE COURT:  Yes, thank you.

11       (Mr. Balarezo confers with Defendant Miller)

12        MR. BALAREZO:  Your Honor, as I noted, Mr. Miller

13   had been carrying an 18-pack of beer.  He indicates that he

14   drank at least 10 of the beers, had smoked from a joint that

15   was being passed around.  And also, he said that there was

16   liquor and other alcohol that was being passed around

17   amongst the crowd.  So he participated in all of those

18   activities.

19        THE COURT:  Okay.

20        MR. BALAREZO:  Now, with respect to his conduct on

21   that date, he does not recall throwing the batteries.  And

22   he told the Government that when we met with them a couple

23   weeks ago.  He barely recalled throwing the beer can at the

24   police.  He does recall the fire extinguisher.  However,

25   what he does recall specifically about that is when he set

1    it off, something in him clicked.  Something said to him

2    you've crossed the line, you've committed a crime, you're

3    injuring people, and he did put the fire extinguisher down.

4    Which, as the Government has indicated, was subsequently

5    picked up by Mr. Palmer, fully discharged at the officers,

6    and then he used it to assault them by throwing it at them.

7            Your Honor, Matthew Miller is anything but the

8    person who appeared on January 6th.  He admits that the

9    events of January 6th were unparalleled in American history,

10   as the Government has said, and that they were horrific for

11   what it meant as an attack on the very foundations of our

12   system of government.  He is horrified by the videos that he

13   saw here today.  He has seen them before, but seeing them in

14   a courtroom where he's facing prison time has really

15   horrified him.  I spoke with him as the Government was

16   showing these videos, and he described that to me.

17           Now, Matthew Miller is not the Matthew Miller that

18   was seen on January 6th.  With respect to the factors that

19   the Court needs to consider, his history and characteristics

20   I think are the most important here.  He is the second son

21   of Michelle and Kenneth Miller, who instilled in him the

22   traditional values of treating others with respect and

23   giving to those in need.  He should have heeded those

24   teachings on January 6th.  However, because, as I mentioned,

25   he had been going down the wrong path associating with

1    various individuals that he shouldn't have, drinking,

2    smoking, doing things he shouldn't have, he started to stray

3    from those beliefs.  He started to follow the lies on TV.

4    He started to follow the lies of Donald Trump saying that

5    the election was stolen.

6         **THE COURT:**  How do I know that these are his

7    views?  I mean, he hasn't done anything that sort of

8    demonstrates to me that he's seen the light here in some way

9    and realizes that he was led astray.  I understand it's your

10   job as counsel to present the case to me in the light most

11   favorable to your client.  But what evidence do I have to

12   support what you're saying to me, and that he realizes now

13   that he was hanging out with the wrong people, and the

14   alcohol had taken a grip on him, and that he was unduly

15   influenced by watching television and hearing lies on

16   television?  How do I know that that really is how he feels

17   today?

18        I mean, I've certainly had sentencings where

19   people are sincere about that.  I've had sentencings where

20   people go out and say something -- they tell me that, I

21   believe it, and then I read in the newspaper the next day

22   they're saying something that's just the opposite in the

23   newspaper.

24        How do I know in Mr. Miller's case that he really

25   believes what you're telling me?

1       **MR. BALAREZO:** Well, Your Honor, first of all, you

2   will hear from Mr. Miller himself.  And I think you will

3   take his words to heart about how he feels today after

4   January 6th.  Additionally, as the Court already indicated,

5   while he was on supervised release -- excuse me, on pretrial

6   release when the Court allowed him to -- or gave him the

7   benefit of leaving the D.C. jail and being free again, he

8   immediately went back to the Matthew Miller that he was

9   before.  He got a job.  He worked hard.  He stayed home.  He

10  stayed out of trouble.  He stopped drinking.  He stopped

11  smoking marijuana.  That's the evidence that the Court has.

12  I mean, I understand that it's just the words that I'm

13  offering.  But as an officer of the court, and from my

14  conversations with Mr. Miller, I can tell you that that's

15  what he decided to do.  And the reason he decided to do it

16  was because the Matthew Miller of January 6th is not the

17  Matthew Miller who stands before the Court today.

18          Now, as the letters that we have submitted with

19  the Court indicate, Mr. Miller is a good man.  He is a hard

20  worker.  He's there for everyone.  He has always supported

21  other people.  He's always been there lending a helping

22  hand.  The Government indicated that this is not a case

23  where -- cases that normally come before the Court where

24  individuals do not have the benefits that Mr. Miller did and

25  committed crimes.  But again, I think that serves to

1    demonstrate that what happened on January 6th was an

2    aberration in Mr. Miller's life.  He has never been in

3    trouble with the law before, except for one speeding ticket

4    that he received.

5         So notwithstanding the fact that he had the

6    benefits of a good family, of good familial support, the

7    Court can see that what happened there was just a one-off.

8    It's not something that Mr. Miller would repeat.  He has

9    learned his lesson.  He has been sitting in jail now for

10   over four months.  He sits there every night wondering and

11   asking himself why did I act that way, why did I do what I

12   did, why did I throw the batteries, why did I discharge the

13   fire extinguisher.  And perhaps he still has to answer that

14   to himself, but he will -- he is on the road to completely

15   repudiate what he did on January 6th.

16        **THE COURT:**  And I have to say, in the same way I

17   was trying to be as transparent as I could with government

18   counsel, I want to do the same with you.  I think almost as

19   equally troubling to me as the fire extinguisher -- which is

20   pretty troubling when you see those law enforcement officers

21   in that tunnel being gassed as they were stuck in that

22   tunnel, the heave-ho is really troubling to me.  I mean, he

23   was leading a mob of people pushing back and forth to crush

24   these officers who were in this tunnel.  You know, it was

25   not heave-ho against a chain link fence with nobody on the

1    other side of it, it was a heave-ho of a mass of humanity

2    that he was leading that was pressing up against a handful

3    of officers who were protecting the Capitol.  That, to my

4    mind, is almost frankly as troubling as the fire

5    extinguisher.

6         I mean, I try and put myself in everyone's

7    position as a sentencing judge.  And when I try and put

8    myself in the position of those officers against that, I can

9    only imagine that they feared for their lives hearing this

10   crowd going heave-ho.  And they were the only barrier

11   between this mass of people, who were inflamed beyond

12   belief, and the United States Capitol and the members,

13   including members who were a couple dozen feet away inside

14   the Capitol building.  And so that is also deeply, deeply

15   troubling to me.

16        **MR. BALAREZO:**  Your Honor, and it should be.  His

17   conduct overall that day for those specific scenes of him,

18   as the Court said, leading the crowd are completely uncalled

19   for.  I don't even know what the word would be for a

20   situation like that.  But Mr. Miller himself feels even

21   worse, because he was raised to care about law enforcement,

22   to respect law enforcement, to look for them in a time of

23   trouble.  Not to attack them, not to assault them.  So

24   again, his behavior on that day comes as a complete

25   aberration to his regular law abiding life.  I would

1    hesitate to call him a leader.  He was definitely one of the

2    individuals who was stirring up the crowd, at least in that

3    particular video that the Court saw.

4         **THE COURT:**  I think that's fair.  I didn't mean to

5    suggest that he was a leader, but he certainly was coaching

6    the crowd on in the process and doing the one, two, three,

7    heave-ho -- maybe not as the captain of the team, but as an

8    active member who was coordinating the shoving back and

9    forth against the police officers.

10        **MR. BALAREZO:**  I guess you could call him a

11   cheerleader, Your Honor, at that point; not the captain of

12   the team, but as a cheerleader trying to get the crowd to do

13   what he was doing himself.

14        **THE COURT:**  Right.

15        **MR. BALAREZO:**  We would accept that.  We have

16   indicated in our sentencing memorandum that Mr. Miller never

17   set out to act in the way that he did.  He went there merely

18   for the protest.  He did not prepare, as some other

19   defendants did, with knives and with mace and pepper spray

20   and things of that nature.  He went -- based on his

21   inebriated state, his high condition, he acted as he did and

22   followed the crowd.  That does not excuse him in any way.

23   But as the Court is aware of, there have been studies on mob

24   mentality where the crowd starts acting and people just join

25   in because they don't want to be left out, they want to be

1    part of the action.  And that's what happened in this

2    particular case, Your Honor.

3            The family members who have written to the Court

4    almost unanimously note that Matthew is a good person who

5    cares about others.  The Court can see, again, from the

6    number of people here -- his parents are here, friends,

7    family to support him.  They are here to show the Court that

8    Matthew Miller has a support system; that they will do

9    everything in their ability to make sure that he does not

10   repeat his conduct of January 6th.  Matthew Miller has

11   suffered already.  That's not to say that he shouldn't be

12   incarcerated for a period of time.  But he lost his job,

13   which was probably the least of it.  He's lost his

14   reputation.  And more importantly, now he's losing his

15   freedom.

16           **THE COURT:**  With respect to the question of

17   unwarranted sentencing disparity, I understand there are

18   differences between Mr. Miller and some of the others.  And

19   as I've telegraphed already, I think his age is a big part

20   of it, and perhaps his inebriated state.  Although I still

21   don't know over what period of time he was drinking the

22   beers and don't entirely understand that.  But even

23   accepting that, and even accepting, okay, I should consider

24   Mr. Miller's age, and the fact that he doesn't have any

25   significant interaction with the law otherwise, and is hard

1    working, the sentences in these other cases are way higher.

2    It's not just a little bit higher than what you're asking me

3    to impose here.  You're asking me for a year and a day

4    which, with good time, ends up being about 10 months.  With

5    the time that your client has already served, it ends up

6    being maybe another five months.

7         But when you compare that sentence to the

8    sentences in the other cases, I think the lowest sentence in

9    a potentially similar case was the case in Judge

10   Friedrich -- in front of Judge Friedrich which was at 27

11   months.  But it was still a guidelines sentence, and it was

12   actually in the middle of the guidelines.  The Palmer case

13   was 63 months.  I understand that case had some factors that

14   make it worse than this case.  In the Languerand case in

15   front of Judge Bates, he actually varied downward, but he

16   varied downward from 46 months to 44 months.  And then there

17   are a number of cases in front of Judge Lamberth which were

18   in the 40 plus month range.

19        So I guess I'm interested in hearing your thoughts

20   on how, even considering the type of mitigation that you're

21   talking about, I get from similar sentences that are in the

22   40-month range down to a year and a day in this case.

23        **MR. BALAREZO:**  Your Honor, the majority of the

24   cases that the Government cited in their disparity argument,

25   again, involved cases where the individuals acted in a way

1    that I would say is much more -- much worse than Mr. Miller.

2    They actually engaged the police in hand-to-hand combat, as

3    the Court indicated in the Creek case, where he punched the

4    police officer in the face I believe and kicked him while he

5    was down.  And all the other individuals also acted in that

6    particular way.  That's not to minimize in any way

7    Mr. Miller's conduct here with the batteries and the beer

8    can and the fire extinguisher.

9          But in this case, as the Court noted, Mr. Miller

10   is a young man who, perhaps not the most mature at the time

11   in question, made decisions that a normal older individual

12   with more life experience would not have made.  And in his

13   situation, by incarcerating him for a period of 51 months as

14   the Government recommends, it would be a sentence that's

15   much greater than necessary under the guidelines -- or under

16   the sentencing statute.  It would not serve Mr. Miller in

17   any way -- will not make him a better person.  He has

18   already learned his lesson, as you will hear from him

19   directly.  It will not make him not do these things again,

20   because he's already learned.

21         He's indicated to the Court that he's amenable to

22   following the Court's instructions, as he did during his

23   release.  He did everything that was expected of him.  He

24   demonstrates his respect for the law.  And he has not

25   engaged in any conduct that led him to being where he was on

1    January 6th.  So for that reason, I think that the Court can

2    vary downward to a sentence of 12 months and a day.

3            Now, Your Honor, with respect to the seriousness

4    of the offense, there's no doubt that what happened on

5    January 6th was a serious event.  But the Court should

6    consider Mr. Miller's individual actions and not the mob as

7    a whole.  As a whole, the mob acted in a way that was

8    detrimental to our system of government.  It shook the very

9    foundations of government.  Mr. Miller played but a very

10   small part in that.  His respect for the law has been

11   demonstrated -- again, I hate to repeat myself, by his

12   behavior during his release before sentencing, before he

13   pled guilty.

14           Matthew has never been in trouble with the law

15   before, Your Honor.  There's nothing in his past that would

16   indicate that he will repeat his behavior of January 6th.  A

17   federal conviction is always going to follow him.  He's

18   going to have trouble when he applies for jobs.  He's going

19   to have trouble when he applies to school.  He's not going

20   to be able to own any weapons.  He understands that the

21   consequences of his actions have already had a severe impact

22   on him.  Further incarcerating him is just going to be

23   warehousing him without serving any purpose.

24           He also understands that his actions have

25   consequences, and he's been reminded every day while he's

1    been over in Alexandria that his actions were not

2    appropriate.  And he promises the Court -- and I am anxious

3    for the Court to hear him, because he did share with me what

4    he wrote for the Court.  And I think for a 22-year-old man,

5    it is a very well-written letter.  As the PSR noted, Your

6    Honor, there is no perceived benefit to either the defendant

7    or to society to be derived from an extensively punitive

8    sentence.  And that's what we're aiming at:  A long prison

9    sentence for Mr. Miller would not serve any purpose in this

10   particular case.  It's not going to rehabilitate him,

11   because he doesn't need rehabilitation.  What he needs is

12   treatment for his drug addiction and for his alcohol

13   addiction.  And I think if the Court were to address those

14   two particular issues --

15        **THE COURT:**  Does he really have a drug addiction?

16   I think you've told me for the past year or more he hasn't

17   used marijuana.  So does he really have a drug addiction?

18        **MR. BALAREZO:**  Well, Your Honor, I think if he

19   gets treatment, it would make sure that he does not go back

20   to it.  He hasn't, from what I understand, partaken in

21   marijuana, and he stopped drinking as he had been before.

22   So I think if those two issues were addressed while he was

23   in the BOP, that that would be a solution to his problem.

24   Because that's -- again, without making excuses, the fact

25   that he was high and drunk on January 6th was a big part of

1    why he acted the way he did.

2            And with respect to the sentencing disparities,

3    again, Your Honor, we'd just indicate that those individuals

4    acted in ways that were much more culpable than Mr. Miller.

5    There are degrees of assault, if you will.  But being in

6    there in the medieval battle, as the Government called it,

7    hand-to-hand with police officers, you can see where those

8    individuals merit a higher sentence.  Mr. Miller's acts

9    amount to minutes, and his life should not be defined by

10   those particular minutes where he acted that way, Your

11   Honor.  For those reasons, we think a sentence of a year and

12   a day is sufficient, but not greater than necessary.

13           **THE COURT:**  So with respect to the disparity

14   issue, I'm looking at -- I actually went and pulled the

15   sentencing memoranda in several of the cases, and I'm

16   looking at the case involving Mr. Palmer.  The description

17   of Mr. Palmer's actual conduct is he cheered on the

18   violence, at one point raising his arm up in the air in

19   support, as rioters shoved a flagpole into the tunnel.

20   Mr. Palmer was still at the railing watching as one MPD

21   officer was pulled out of the tunnel.  He didn't do it

22   himself, though.

23           **MR. BALAREZO:**  Your Honor --

24           **THE COURT:**  He threw a plank like a spear, and it

25   landed on top of the riot police shields.  Then he sprayed

1    the fire extinguisher that Mr. Miller had dropped.  He then

2    threw the fire extinguisher at the shields that the police

3    officers were holding in front of them.  He was still

4    holding a long piece of scaffolding wrapped in canvas, and

5    shoved it at the legs of the police officers.  So this was

6    underneath the door or underneath the shields he shoved this

7    plank in.  And he was sentenced to 63 months I think.

8         **MR. BALAREZO:**  I believe that's correct, Your

9    Honor.

10        **THE COURT:**  So I may see some slight differences

11   there, but I'm not sure I see huge differences between his

12   conduct and Mr. Miller's conduct.

13        **MR. BALAREZO:**  Your Honor, again, that's an

14   individual who was much older than Mr. Miller.  He, quite

15   frankly, should have known better.  And he also engaged in

16   much more violent conduct with the police.  As I inserted

17   into our sentencing memorandum, he not only threw a wooden

18   plank at the officers, he sprayed the fire extinguisher; he

19   threw the fire extinguisher at the officers; he pepper

20   sprayed -- he was pepper sprayed; and eventually he was shot

21   by probably a rubber bullet, which would indicate the danger

22   with which the police officers found him, that they had to

23   take a shot at him.  He found a 4- to 5-foot pole with which

24   he assaulted a second group of police officers.  So his

25   conduct we do believe is different from Mr. Miller's.  I

1  think the degree to which these individuals who engaged in

2  the hand-to-hand combat is much greater than an individual

3  like Mr. Miller who stood back and fired the extinguisher,

4  not to minimize --

5          **THE COURT:**  That may be right, but the question is

6  whether it's five times worse.

7          **MR. BALAREZO:**  We believe it is some degree more

8  worse than Mr. Miller's, and therefore his sentence should

9  be commensurate with that particular thought in mind, Your

10 Honor.

11         **THE COURT:**  Okay, thank you.

12         **MR. BALAREZO:**  So for those reasons, we ask for

13 the sentence as recommended in the sentencing memorandum,

14 Your Honor.

15         **THE COURT:**  So who would you like me to hear from

16 now?  Would you like me to hear from Mr. Miller?  Are there

17 others you'd like me to hear from?

18         **MR. BALAREZO:**  Well, there are others, but we had

19 that conversation at the bench.  I don't know if the Court

20 has decided.

21         **THE COURT:**  So what I'm inclined to do is let me

22 hear from Mr. Miller.  If there's anything else you all want

23 to raise, I'm happy to hear that.  I'm then going to take a

24 break to think about this.  And maybe I'll ask that everyone

25 step out of the courtroom when we take the break, I'll come

1   back and I can hear from the couple of individuals you'd

2   like me to hear from.  And then I'll invite everyone back in

3   and I can impose sentence.

4           **MR. BALAREZO:**  Thank you, Your Honor.

5           **THE DEFENDANT:**  Good afternoon Your Honor.  As you

6   surely know, every case has various viewpoints and

7   narratives, and mine is no different in that regard.  I

8   stand before you today because for a time, I was weak and

9   terribly misguided.  I was at a point in my life where I was

10  falling down the wrong path and making the wrong decisions.

11  I was drifting away from my family and friends, hanging out

12  with the wrong crowd, and failing due to my own addictions

13  and indulgences.  I'm ashamed to have been so swayed by my

14  shortcomings, beliefs and naivety.

15          Since that day, I've felt an overwhelming sense of

16  guilt.  I put our first responders lives' in danger, and it

17  truly weighs on me.  Being the curious and explorative

18  person I've always been, I found myself near the front line

19  that day.  Sadly, I partook in some idiotic actions that

20  have changed my life forever.  Seeing pictures and videos of

21  my inebriated behaviors that day sends shivers down my

22  spine, and reminds me of the precious lives I put in harm's

23  way on that gloomy January day.  It is not fair for me to

24  blame my actions on drugs, alcohol or the momentum of the

25  crowd.  I have nobody to blame but myself.  My intentions

1    that day were to wear a wild outfit, drink some beers and

2    have a good time.  I never thought things would go the way

3    that they did.

4            I would also like to clarify the flags that I wore

5    that day were meant to be seen as a symbol for states'

6    rights, and protection of the people from government

7    overreach, without any racial connotation.  For anyone that

8    interpreted them as otherwise, I truly apologize as that was

9    not my intentions.  I feel like I will spend the rest of my

10   life striving to make amends with my family, friends and my

11   community.

12           Despite the usual heartaches of incarceration,

13   I've come to realize it as an opportunity to reexamine

14   myself, formulate my goals and find my way back to God.

15   Over the past year, up until my recent re-incarceration, I

16   was constantly working to fix my life and get back on the

17   right path.  I gained control over my past habits.  I've

18   rekindled relationships; complied with my house arrest

19   terms; found a woman to love; and created plans for my

20   future success and responsibilities as a contributing member

21   of society.  Throughout these three months, I've continued

22   to prepare as well.  Whether I am writing notes for a

23   business plan, cooking dinner for my peers at night or

24   helping my bilingual friend study for his GED test, I know

25   that I am back on the track I was meant to be on.  I've had

1   the opportunity to be stripped of everything that I've

2   thought defined me.  I've come to realize I'm not defined by

3   political ideologies or my mistakes, but by the most

4   important things in my life, the friends and family that I

5   love.

6            In hindsight, my political affiliation was

7   shortsighted and baseless.  Finding myself in the position

8   of being a convicted felon, I lost important rights and some

9   great job opportunities.  With this in mind, it has only

10  motivated me to pursue my entrepreneurial dreams and

11  overcome the tragic situation that I've brought upon myself.

12  Upon release, I plan to create my own business, reeducate

13  myself and continue to chase the dreams of my childhood.

14           This experience will continue to shape and guide

15  my life forever.  Whether it is the thoughts and images of

16  the officers' lives I put in danger or the tears that I saw

17  streaming down my mother's face as federal agents took me

18  away, they will at least keep me from making such a mistake

19  ever again.  With these events and consequences in mind, and

20  my parents' constant reminder to do the right thing, I will

21  reestablish my purpose in life and society.  I know God is

22  putting me where I need to be.  All I can do is apologize to

23  my family and my community, and ask for your mercy today.

24  Thank you, Your Honor.

25           THE COURT:  Thank you.  Anything else,

1    Mr. Balarezo?

2              **MR. BALAREZO:**  No, Your Honor.

3              **THE COURT:**  Can I ask counsel to go to the phones,

4    please.

5         (Sidebar bench conference placed under separate cover)

6              **THE COURT:**  Okay, we're going to take a break now.

7         (Off the record at 4:04 p.m.)

8         (Back on the record at 4:37 p.m.)

9              **THE COURT:**  Mr. Balarezo, was there anyone else

10   who you wanted to address the Court?

11             **MR. BALAREZO:**  No, Your Honor.

12             **THE COURT:**  Anything else from anyone further?

13             **MS. SCHESNOL:**  Your Honor, I have a few comments,

14   if you'd be willing to hear them?

15             **THE COURT:**  Yes, you're welcome to.

16             **MS. SCHESNOL:**  Okay, thank you.  I'll do my best

17   to be brief.  With regard to the cheerleader analogy that

18   was made, cheerleaders don't go onto the field, they cheer

19   from the sidelines.  And Defendant Miller, he was on the

20   field.  With regard to the defendant who punched and kicked

21   an officer, definitely terrible, but that's one officer.

22   Defendant Miller unleashing that fire extinguisher affected

23   many officers.  Engaging in the heave-ho affected many

24   officers.

25             With regard to the intoxication, Mr. Miller wasn't

1    so intoxicated that he couldn't throw a beer can 30 yards.

2    He wasn't so intoxicated that he couldn't use a barrier as a

3    ladder and climb up it.  He wasn't too intoxicated to say

4    one, two, three, push over and over.  And he wasn't too

5    intoxicated to press the lever on the fire extinguisher.

6    The Government feels that at 22 years of age, there are many

7    22-year-olds out there who are going to see and hear what

8    sentences are imposed in these cases.  And this should be --

9    the sentence imposed here should serve as a deterrence to

10   those other 22-year-olds.

11            And finally, the Government believes that the

12   guidelines are terribly important, because a sentence

13   shouldn't really rely on whether a defendant is in

14   Washington, D.C. or Phoenix, Arizona or is before a judge in

15   Courtroom 8 or a judge in Courtroom 10.  And for all those

16   reasons, we are asking for the guidelines sentence that we

17   have set forth.  Thank you.

18            **THE COURT:**  Mr. Balarezo, anything further?

19            **MR. BALAREZO:**  No, Your Honor.

20            **THE COURT:**  So I've assessed the particular facts

21   of this case in light of the relevant 3553(a) factors,

22   including the sentencing guidelines, and I want to provide

23   some remarks for the record and for you, Mr. Miller, about

24   my consideration with regard to the proper sentence in this

25   case, and the nature of the offense and your history and

1   characteristics.

2          Let me start with my consideration regarding the

3   nature of the offense.  This was a singular and

4   extraordinarily disturbing event in U.S. history.  And it's

5   not so often in a sentencing when a court talks about the

6   history of the nation in describing a crime.  And I

7   understand that a felony conviction here is something that

8   will be on Mr. Miller's record for the rest of his life.

9   But it's also true that the events that occurred at the

10  Capitol on January 6th will be in the history books that our

11  children read, our children's children read and their

12  children's children read.  It's part of the history of this

13  nation, and it's a stain on the history of this nation.

14         It was not just an assault on law enforcement

15  officers who were there protecting others.  It wasn't just

16  an assault on law enforcement officers who were protecting

17  the United States Capitol.  It was an assault on democracy

18  itself.  It was an assault that was viewed around the world

19  by millions and millions of people who were astounded that

20  in a country that is founded on principles of democracy,

21  that is founded on the notions of peaceful transfer of

22  power, that a mob could engage in the type of conduct that

23  occurred that day.  And so when I say it's a singular event

24  in U.S. history, that is not hyperbole in any respect.

25         Every time I think about the events of that day, I

1    feel sickened by what happened that day.  I listened to the

2    videos that the Government both presented to the Court in

3    advance and played in court today -- and I don't think I

4    heard Mr. Miller doing this, but perhaps he did, but I

5    didn't hear him doing it.  But the crowd was shouting "USA,

6    USA" as they were attacking the United States.  And the word

7    ironic doesn't do enough to capture what that represents.

8    This mob -- and when you look at these pictures, it was a

9    mob that went on and on and on attacking the United States

10   Capitol, attacking democracy, attacking the peaceful

11   transition of power in this country, attacking everything

12   this country stands for.  And they had the nerve to be

13   shouting "USA, USA" as though they were cheering the country

14   on at the moment they were attacking the country.  And it is

15   just shattering that that could occur in this nation.

16           And I understand Mr. Miller's argument to the

17   Court that he was misled by lies that were told to the

18   public about that election.  But lies like that require not

19   only someone who's willing to lie to the American public

20   about something like that, but people who are anxious and

21   willing to hear that lie, because it was so evidently

22   untrue.  And it took people who were so desperate or so

23   wanted to hear that as their answer, that they were willing

24   to put that aside.  And so it's not simply that lies were

25   told to the people who were there that day, but it's that

1    there were people who were hungry for that lie to feed their

2    desires; to put aside, quite frankly, a love of country, a

3    love of democracy in favor of political affiliation and the

4    vote they cast which they thought should have trumped the

5    vote of the majority of the American public.

6           And I was struck by one thing Mr. Miller said in,

7    quite frankly, his moving statement to the Court.  And he

8    said that he no longer regards himself to be defined by

9    political affiliation.  And that is an important point in

10   that I would hope that we all see ourselves defined as

11   Americans first, and not on one team or the other in this

12   country; and that our allegiance is to our nation and to the

13   institutions that make this country so strong.

14          So that's all to say that the nature of the

15   offense here was one of singular damage to our nation.  And

16   although Mr. Miller was not a leader in the sense that he

17   organized others or that he was involved in advanced

18   planning, but he was front and center in that assault.  And

19   I don't think there was any portion of the assault on the

20   Capitol that was as dangerous as the assault that took place

21   on the tunnel on the Lower West Terrace, with the law

22   enforcement officers in that space trying to protect the

23   Capitol from attack.

24          And Mr. Miller, in firing the extinguisher in

25   there, I think as Ms. Schesnol just said a moment ago,

1    didn't attack a single officer, but attacked all the

2    officers who were in there.  And I watched the video, and

3    they were coughing and wheezing and running back and giving

4    up their positions guarding the Capitol because they were

5    attacked.  And you could hear the crowd cheer as Mr. Miller

6    did this with their approval that he had launched his own

7    separate assault on the officers.  And although he did put

8    the extinguisher down at some point, he fired it for a not

9    insignificant period of time.  And he created the example:

10   Someone else then picked it up and fired it, and then threw

11   it at the officers.

12          As I said earlier as well, I'm also perhaps

13   equally disturbed by the heave-ho, and Mr. Miller counting

14   "one, two, three, heave-ho, heave-ho" to press this huge

15   crowd up against these officers, who were doing nothing more

16   than their jobs in trying to protect the Capitol, trying to

17   protect the people who were in the Capitol, trying to

18   protect democracy.  There was also the throwing the

19   batteries, the throwing the beer can, all of which was

20   deeply disturbing.

21          And I understand that Mr. Miller may have been

22   intoxicated.  I do think that it's the defense's burden to

23   prove to me exactly how intoxicated he was.  And I believe

24   that he had some beers to drink.  I'm not sure I'm convinced

25   that he was so intoxicated that he couldn't exercise

1    independent judgment as to what he was doing that day.

2    Undoubtedly it perhaps reduced some of his inhibitions in

3    his behavior, but the intoxication didn't seem to rise to

4    the level of preventing him from actually exercising any

5    form of judgment.

6              Turning to the characteristics of Mr. Miller, much

7    of this weighs in the other direction in this case.

8    Sentencing is never easy, and this is a very, very difficult

9    case to my mind.  As you've probably gathered by my

10   comments, I am moved by Mr. Miller's age.  I accept the

11   defense's argument that he was barely 22 at the time, and

12   that his judgment was still developing.  I would hope and

13   expect that today he has better judgment than he had that

14   day.  He was also somewhat intoxicated that day, which may

15   provide not an excuse, but a partial explanation for his

16   behavior.

17             As I indicated before, I do think that

18   Mr. Miller's exemplary behavior while on pretrial release

19   weighs in his favor.  And this is not just a case in which

20   he abided by the rules.  He went above and beyond abiding by

21   the rules, and he showed himself to be somebody who is

22   looking for the opportunity to put his life back together,

23   and to be a contributing member of society.  And so that

24   weighs in his favor as well.  I'm also impressed by the fact

25   that he's had no other significant interaction with the law.

1  And that is another factor that I think weighs in his favor.

2  The comments from his employers I think are significant.

3         With respect to the types of sentences available,

4  as I've indicated, I agree that the guidelines range in this

5  case is between 41 and 51 months.  The probation office has

6  recommended a sentence of a year and a day, and the defense

7  urges the Court to do the same.  I've spent a lot of time

8  thinking about other cases involving similar conduct.  And

9  of course each and every one of these cases is different,

10  and each and every one has to be weighed on its own merits.

11         But I do think it's also extremely important to

12  public confidence in the Judiciary and to the sentencing

13  process that the courts avoid unwarranted sentencing

14  disparities.  I actually think when one looks at the

15  sentencing decisions that have been made by this Court

16  across many judges, it's remarkable how consistent the

17  sentencing has been; and how, where I see differences, I'm

18  able to go back and look at it, and look at the records in

19  the case and understand the bases for these differences.

20  And as I said, I've gone back and actually read the

21  sentencing memoranda in several of the cases that were

22  cited.

23         I do think that one thing that makes this case

24  different than a number of those is Mr. Miller's age.

25  Although the one thing I will say is that in the Languerand

1    case, which was in front of Judge Bates, he did vary

2    downward a little bit in that case.  And I believe the

3    defendant in that case was 25 years old, so not a lot older,

4    but a little bit older in that case.

5          I do think I also have to think about the victims

6    in the case.  And it's not just the American public that no

7    longer can have the same confidence that tomorrow we will

8    live in a purely democratic society that we had -- that the

9    public had before the events, but it's also the officers who

10   were in that tunnel and who were traumatized by the events

11   that occurred that day.  Their skin was burned, their eyes

12   were burned by the firing of the fire extinguisher.  They

13   were undoubtedly unnerved, if not terrified, by the crowd

14   outside surging at them, and by Mr. Miller's participation

15   in that crowd with the heave-ho and pushing back against

16   them in every way.

17         So I need to take all of these matters into

18   consideration and strike what, to my mind, is a very tough

19   balance between Mr. Miller's young age, lack of judgment at

20   that age, intoxication, otherwise exemplary behavior -- and

21   I do believe the true remorse about his behavior that day.

22   But I also have to consider the magnitude of the events that

23   occurred that day.

24         So what I'm going to do is I'm going to -- in

25   light of Mr. Miller's age, barely 22 at the time of this,

1    intoxication, exemplary record, I am going to vary downward

2    somewhat.  I'm going to vary downward by two levels from a

3    level 22 to a level 20, and I'm going to impose a term of

4    incarceration of 33 months.

5            Pursuant to the Sentencing Reform Act of 1984, and

6    in consideration of the provisions of 18 U.S.C. section

7    3553, as well as the advisory sentencing guidelines, it's

8    the judgment of the Court that you, Matthew Miller, are

9    hereby sentenced to the custody of the Bureau of Prisons for

10   a term of 33 months on counts two and three.  You are

11   further sentenced to serve concurrent terms of 24 months of

12   supervised release on counts two and three.  In addition,

13   you're ordered to pay a special assessment of $200 in

14   accordance with 18 U.S.C. section 3013.

15           While on supervision, you shall abide by the

16   following mandatory conditions, as well as the standard

17   conditions of supervision which are imposed to establish the

18   basic expectations of your conduct while on supervision.

19   The mandatory conditions include you must not commit another

20   federal, state or local crime.  You must not unlawfully

21   possess a controlled substance.  You must refrain from any

22   unlawful use of a controlled substance.  You must submit to

23   one drug test within 15 days of placement on supervision,

24   and at least two periodic drug tests thereafter as

25   determined by the Court.  You must cooperate in the

1    collection of DNA as directed by the probation officer.

2           You must make restitution in accordance with 18

3    U.S.C. sections 3663 and 3663A, and any other statute

4    authorizing a sentence of restitution.  You are ordered to

5    make restitution in the amount of $2,000 to the Architect of

6    the Capitol.  The Court has determined that you don't have

7    the ability to pay interest, and therefore, waives any

8    interest or penalties that may accrue on the balance.

9           Restitution payments shall be made to the Clerk of

10   the Court for the United States District Court, District of

11   Columbia, for disbursement to the following victim:

12   Architect of the Capitol, Office of the Chief Officer,

13   Attention Kathy Sherrill, CPA, Ford House Office Building,

14   Room 52-205B, Washington, D.C. 20515 in the amount of

15   $2,000.

16          You shall also comply with the following special

17   conditions of supervision.  You must pay the balance of any

18   restitution order at a rate of not less than $100 each

19   month.  You must submit to substance abuse testing to

20   determine if you have used a prohibited substance.  You must

21   not attempt to obstruct or tamper with the testing methods.

22   You must complete a hundred hours of community service

23   within 18 months of supervision.  The probation officer will

24   supervise your participation in the program by approving the

25   program.  You must provide written verification of completed

1    hours to the probation officer.  You must provide the

2    probation officer access to any requested financial

3    information, and authorize the release of any financial

4    information.  The probation officer may share financial

5    information with the United States Attorney's Office.  You

6    must not incur new credit charges or open additional lines

7    of credit without the approval of the probation officer.

8            Within 60 days of your release from incarceration

9    or placement on supervision, you'll appear before the Court

10   for a reentry progress hearing.  Prior to the hearing, the

11   probation officer will submit a report summarizing your

12   status and compliance with release conditions.  If you're

13   supervised by a district outside of the Washington, D.C.

14   metropolitan area, the United States Probation Office in

15   that district will submit a progress report to the Court

16   within 60 days of the commencement of supervision.  Upon

17   receipt of the progress report, the Court will determine if

18   your appearance is required.

19           The probation office shall release the presentence

20   investigation report to all appropriate agencies, which

21   include the United States probation office in the approved

22   district of residence, in order to execute the sentence of

23   the Court.  Treatment agencies shall return the presentence

24   report to the probation office upon the defendant's

25   completion or termination from treatment.

1          The Court finds you do not have the ability to pay

2     a fine, and therefore, waives imposition of a fine in this

3     case.   The financial obligations are immediately payable to

4     the Clerk of the Court for the United States District Court

5     at 333 Constitution Avenue, NW, Washington, D.C. 20001.

6     Within 30 days of any change of address, you shall notify

7     the Clerk of the Court of the change until such time as the

8     financial obligation is paid in full.

9          Pursuant to 18 U.S.C. section 3742, you have a

10    right to appeal the sentence imposed by the Court if the

11    period of imprisonment is longer than the statutory maximum

12    or the sentence departs upward from the applicable

13    sentencing guidelines range.   If you choose to appeal, you

14    must file an appeal within 14 days after the Court enters

15    judgment.

16         As defined in 28 U.S.C. section 2255, you also

17    have a right to challenge the conviction entered or sentence

18    imposed if new and currently unavailable information becomes

19    available to you or on a claim that you received ineffective

20    assistance of counsel in entering a plea of guilty to the

21    offense of conviction or in connection with sentencing.   If

22    you're unable to afford the cost of any appeal, you may

23    request permission from the Court to file an appeal without

24    cost to you.

25         Mr. Balarezo, there were two prisons you

1   recommended that I recommend?

2           **MR. BALAREZO:**  Yes, Your Honor, Cumberland or Fort

3   Dix.

4           **THE COURT:**  Any objection from the Government?

5           **MS. SCHESNOL:**  No, Your Honor.

6           **THE COURT:**  So the Court will include a

7   recommendation.  It will be up to the Bureau of Prisons, but

8   I will recommend that Mr. Miller be incarcerated at

9   Cumberland or Fort Dix.  I also will recommend that the

10  defendant, while incarcerated, participate in -- I'm sorry,

11  give me one moment here, the Federal Prison Industries'

12  program and the drug abuse education program.

13          Are there any other conditions the Government

14  would request?

15          **MS. SCHESNOL:**  No, Your Honor.

16          **THE COURT:**  Anything else from probation that you

17  would request or other conditions you would recommend?

18          **MS. MOSES-GREGORY:**  No, Your Honor.

19          **THE COURT:**  Anything else from the defense?

20          **MR. BALAREZO:**  No, Your Honor.

21          **THE COURT:**  Okay.  So pursuant to the D.C.

22  Circuit's decision in United States vs. Hunter, I need to

23  ask whether there are any objections to the sentence imposed

24  that have not already been noted for the record,

25  Mr. Balarezo?

1      **MR. BALAREZO:**  No, Your Honor.

2              **THE COURT:**  Okay.  Government?

3      **MS. SCHESNOL:**  No, Your Honor.

4              **THE COURT:**  Anything else you want to raise today?

5      **MS. SCHESNOL:**  Your Honor, the Government moves to

6    dismiss the outstanding counts of the indictment.

7              **THE COURT:**  That motion is granted.

8              Mr. Balarezo, anything else you want to raise?

9      **MR. BALAREZO:**  Nothing further, Your Honor.

10             **THE COURT:**  Mr. Miller, I know that -- I'm sorry.

11         (Discussion off the record)

12             **THE COURT:**  Yes, the term of incarceration is

13   concurrent on both counts.  Thank you.  Yes, to be clear

14   about that, it is concurrent.

15             Mr. Miller, I know that this is tough medicine.  I

16   do wish you well.  I actually feel as though you are

17   somebody who will make a good contribution to society, and

18   will, when you get out, go out there and work hard and serve

19   your community and serve your family and friends.  This was

20   a rough day for you -- January 6th was a rough day for the

21   nation, today is a rough day for you.  I do hope that you

22   are able to move forward and have a successful life.  So I

23   wish you and your family the best, thank you.

24         (Proceedings adjourned at 5:02 p.m.)

25

1                    **C E R T I F I C A T E**

2

3              I, **Jeff M. Hook, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9    __May 27, 2022__                    _____

10        **DATE**                          **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$100 [3]   20/11 20/22 75/18
$15,000 [1]   20/8
$150,000 [1]   20/8
$2,000 [5]   20/11 20/22 45/20 75/5 75/15
$2.7 [1]   14/25
$2.7 million [1]   14/25
$200 [1]   74/13
$250,000 [1]   20/7

**0**

0075 [1]   1/4

**1**

10 [3]   47/14 55/4 66/15
11 [1]   25/5
111 [5]   3/3 44/2 44/4 44/16 44/19
12 [2]   20/21 57/2
13 [1]   44/2
14 [6]   3/16 10/20 10/21 22/4 26/11 77/14
15 [2]   39/10 74/23
15 feet [1]   41/14
1512 [4]   2/24 10/15 10/20 42/11
18 [13]   2/23 3/2 5/6 10/15 10/19 19/15 19/19 21/7 74/6 74/14 75/2 75/23 77/9
18-pack [1]   47/13
1800 [1]   1/14
19 [2]   12/5 12/11
1984 [1]   74/5
1998 [1]   27/19
1:00 [1]   18/19
1:21-cr-0075 [1]   1/4

**2**

20 [2]   10/16 74/3
20001 [2]   1/25 77/5
20004 [1]   1/18
2020 [2]   8/24 27/20
2021 [6]   6/9 22/10 27/16 37/23 44/24 45/25
2022 [2]   1/5 5/12
20515 [1]   75/14
205B [1]   75/14
20th [1]   38/12
21 [1]   27/17
21-75 [1]   2/2
21-year-old [1]   8/1
22 [25]   11/22 12/2 12/9 19/12 27/18 27/19 27/21 27/22 27/23 28/3 28/4 28/12 28/13 28/14 28/15 29/8 29/15 30/19 36/11 36/11 36/15 66/6 71/11

73/25 74/3
22-year-old [4]   28/8 28/22 44/24 58/4
22-year-olds [3]   29/12 66/7 66/10
2255 [1]   77/16
23 [1]   1/5
24 [1]   74/11
25 [2]   11/21 73/3
26th [1]   13/18
27 [1]   55/10
27-month [1]   43/2
28 [1]   77/16
2:16 [1]   1/6
2J1.2A [1]   10/18
2J1.2B1B [1]   14/5
2J1.2B2 [4]   11/5 13/3 13/11 15/3

**3**

30 [4]   12/11 21/3 28/16 77/6
30 yards [2]   23/3 66/1
30-year-old [1]   28/8
3013 [1]   74/14
306 [1]   1/17
33 [2]   74/4 74/10
333 [2]   1/24 77/5
3553 [5]   5/6 21/7 21/25 66/21 74/7
3561 [1]   19/19
3583 [1]   19/15
3663 [1]   75/3
3663A [1]   75/3
37 [2]   12/11 21/3
3742 [1]   77/9
3:00 in [1]   38/5

**4**

40 [3]   1/14 29/21 55/18
40-month [1]   55/22
40-year-old [1]   28/9
400 [1]   1/17
40s [1]   28/23
41 [3]   12/9 19/13 72/5
44 [1]   55/16
46 [3]   42/2 44/15 55/16
4700-C [1]   1/24
4:04 p.m [1]   65/7
4:10 to [1]   39/18
4:15 [1]   39/18
4:37 p.m [1]   65/8

**5**

5-foot [1]   60/23
51 [9]   12/9 19/13 25/15 33/14 43/20 44/8 45/19 56/13 72/5
51-month [4]   27/12 39/25 40/22 44/18
52-205B [1]   75/14
57 [1]   44/15

5:02 p.m [1]   79/24
5B1.1 [1]   20/4
5D1.2A2 [1]   19/17
5th [1]   27/25

**6**

60 [2]   76/8 76/16
63 [5]   44/4 44/7 44/11 55/13 60/7
6th [35]   5/12 6/9 8/23 22/10 25/11 25/21 27/16 30/16 35/7 35/9 35/10 37/4 37/22 38/1 38/2 40/21 40/25 44/24 45/24 46/7 48/8 48/9 48/18 48/24 50/4 50/16 51/1 51/15 54/10 57/1 57/5 57/16 58/25 67/10 79/20

**7**

75 [1]   2/2
78 [1]   44/12

**8**

85004 [1]   1/15
8:00 p.m [1]   38/5

**A**

aberration [2]   51/2 52/25
abetting [1]   2/23
abhorrent [1]   42/20
abide [1]   74/15
abided [1]   71/20
abiding [2]   52/25 71/20
ability [4]   26/16 54/9 75/7 77/1
able [8]   8/20 23/15 39/9 44/3 44/20 57/20 72/18 79/22
about it [1]   7/22
above [2]   71/20 80/5
above-entitled [1]   80/5
absolve [1]   28/20
absolves [1]   29/22
abuse [2]   75/19 78/12
academy [1]   29/9
accept [6]   10/3 15/24 16/3 40/12 53/15 71/10
acceptable [1]   43/7
acceptance [3]   11/24 44/6 44/13
accepting [2]   54/23 54/23
access [1]   76/2
accordance [3]   17/7 74/14 75/2
according [1]   11/6
account [2]   7/17 36/2
accounted [2]   35/22 35/24

accrue [1]   75/8
accuracy [2]   6/12 6/17
accurate [1]   39/3
achieve [1]   40/15
across [2]   36/19 72/16
act [3]   51/11 53/17 74/5
acted [7]   53/21 55/25 56/5 57/7 59/1 59/4 59/10
acting [1]   53/24
action [3]   1/3 2/2 54/1
actions [14]   26/24 29/23 29/24 35/19 37/2 37/3 37/22 37/24 57/6 57/21 57/24 58/1 62/19 62/24
active [1]   53/8
activities [3]   6/8 7/2 47/18
acts [2]   40/8 59/8
actual [1]   59/17
actually [14]   4/18 5/7 23/15 33/8 37/2 46/24 55/12 55/15 56/2 59/14 71/4 72/14 72/20 79/16
add [2]   19/1 20/13
addiction [4]   58/12 58/13 58/15 58/17
addictions [1]   62/12
addition [2]   21/16 74/12
additional [3]   3/19 11/25 76/6
Additionally [1]   50/4
address [7]   5/2 13/20 33/8 35/20 58/13 65/10 77/6
address those [1]   58/13
addressed [2]   13/20 58/22
adequate [1]   21/14
adjourned [1]   79/24
adjudicating [1]   16/21
adjudicative [1]   16/20
adjusted [2]   11/20 11/22
administration [15]   10/24 11/4 14/17 16/9 16/13 16/16 17/1 17/5 17/18 17/20 17/23 18/5 18/15 19/4 22/8
admits [1]   48/8
adult [3]   28/1 29/24 30/20
advance [4]   12/16 31/21 35/24 68/3
advanced [1]   69/17
advantage [1]   40/7

**A**

advisory [3]   10/7
20/6 74/7
affect [2]   6/24 7/8
affected [2]   65/22
65/23
affiliation [4]   6/5
64/6 69/3 69/9
afford [2]   21/13
77/22
afternoon [5]   2/8
2/16 2/17 2/20 62/5
again [21]   7/18
14/20 15/4 17/8
24/16 24/20 30/17
31/25 33/7 34/21
50/7 50/25 52/24
54/5 55/25 56/19
57/11 58/24 59/3
60/13 64/19
against [11]   24/3
25/10 33/24 34/3
36/3 51/25 52/2
52/8 53/9 70/15
73/15
age [19]   27/21
28/16 29/3 29/8
30/11 32/16 32/20
34/19 34/24 36/11
36/15 54/19 54/24
66/6 71/10 72/24
73/19 73/20 73/25
agencies [2]   76/20
76/23
Agent [1]   2/12
agents [1]   64/17
aggravating [1]
4/25
agitated [1]   41/3
agitating [1]   26/4
agitator [2]   37/16
41/4
agitators [2]   30/23
37/15
ago [2]   47/23 69/25
agree [6]   10/21
11/23 12/6 12/22
19/2 72/4
agreed [7]   10/17
11/18 13/25 15/11
20/9 31/7 42/18
agreement [16]   4/15
4/16 10/17 11/17
11/19 12/22 12/23
12/24 15/11 15/25
16/3 16/4 20/9 31/8
37/9 42/5
agrees [1]   7/17
ahead [1]   12/14
aiding [1]   2/23
aiming [1]   58/8
air [2]   24/1 59/18
alcohol [5]   46/14
47/16 49/14 58/12
62/24
Alexandria [1]   58/1
alienating [1]   46/5
alleged [1]   6/25
allegiance [1]

69/12
allow [1]   18/23
allowed [2]   41/23
50/6
allowing [2]   30/14
39/13
almost [3]   51/18
52/4 54/4
along [4]   5/7 18/22
26/6 41/9
although [11]   13/19
16/6 17/10 21/4
30/10 42/13 44/9
54/20 69/16 70/7
72/25
always [5]   46/6
50/20 50/21 57/17
62/18
amenable [1]   56/21
amends [1]   63/10
AMERICA [2]   1/3 2/3
American [4]   48/9
68/19 69/5 73/6
Americans [1]   69/11
among [1]   21/21
amongst [1]   47/17
amount [5]   20/10
47/1 59/9 75/5
75/14
amply [1]   18/23
analogous [1]   17/1
analogy [1]   65/17
analysis [1]   17/10
antagonistic [1]
7/11
anxious [3]   4/13
58/2 68/20
apologize [7]   6/3
12/16 15/4 22/15
22/18 63/8 64/22
appeal [5]   77/10
77/13 77/14 77/22
77/23
appear [1]   76/9
appearance [1]
76/18
APPEARANCES [1]
1/12
appeared [1]   48/8
appears [1]   32/1
applicable [5]   4/23
12/6 19/13 25/14
77/12
application [3]
14/16 16/8 18/4
applied [4]   13/14
13/23 14/12 15/12
applies [9]   10/7
12/19 16/13 17/19
19/8 19/11 20/2
57/18 57/19
apply [9]   11/2 11/7
11/15 11/17 13/3
14/13 15/3 16/7
19/5
appreciate [3]
30/13 33/7 34/21
approach [1]   2/6
appropriate [11]
9/5 10/25 29/7

32/20 33/11 33/14
34/24 44/7 45/18
58/2 76/20
appropriately [1]
17/22
approval [2]   70/6
76/7
approved [1]   76/21
approving [1]   75/24
approximately [5]
14/24 23/2 27/20
38/5 41/14
arched [1]   41/13
Architect [1]   20/10
38/10 75/5 75/12
area [1]   76/14
argue [2]   14/2
16/17
argued [2]   13/19
13/24
argues [2]   11/14
11/16
argument [3]   55/24
68/16 71/11
Arizona [1]   66/14
arm [1]   59/18
arms [1]   22/25
around [7]   23/17
30/6 31/4 46/11
47/15 47/16 67/18
arrest [1]   63/18
ashamed [1]   62/13
aside [2]   68/24
69/2
aspects [1]   9/15
assault [13]   34/9
41/23 48/6 52/23
59/5 67/14 67/16
67/17 67/18 69/18
69/19 69/20 70/7
assaulted [3]   26/6
41/5 60/24
assaulting [2]   3/1
45/10
assaultive [1]
45/11
assertion [1]   6/13
assessed [1]   66/20
assessment [4]
20/11 20/23 45/21
74/13
assistance [2]   9/19
77/20
Assistant [1]   2/11
associating [2]
46/4 48/25
association [1]
7/14
astounded [1]   67/19
astray [1]   49/9
attack [11]   25/4
26/15 34/1 36/24
40/17 40/21 45/10
48/11 52/23 69/23
70/1
attacked [2]   70/1
70/5
attacking [7]   26/6
68/6 68/9 68/10
68/10 68/11 68/14

attacks [3]   26/5
26/7 26/9
attempt [2]   33/15
75/21
attendant [1]   18/20
attended [3]   8/10
8/23 31/18
attention [2]   45/21
75/13
Attorney [1]   2/11
Attorney's [2]   1/14
76/5
authorities [1]
12/1
authorize [1]   76/3
authorizing [1]
75/4
available [3]   21/23
72/3 77/19
Avenue [3]   1/14
1/24 77/5
avoid [4]   21/20
25/19 40/23 72/13
aware [1]   53/23
away [8]   23/8 30/4
39/8 41/6 45/2
52/13 62/11 64/18
AZ [1]   1/15

**B**

B1B [2]   14/9 19/6
B2 [1]   19/4
back [20]   24/15
29/19 32/15 34/24
50/8 51/23 53/8
58/19 61/3 62/1
62/2 63/14 63/16
63/25 65/8 70/3
71/22 72/18 72/20
73/15
balance [5]   34/12
34/20 73/19 75/8
75/17
balances [1]   43/3
balancing [1]   32/13
BALAREZO [20]   1/16
1/17 2/15 3/24 4/8
5/22 9/14 12/16
12/20 15/8 20/16
31/13 45/22 47/11
65/1 65/9 66/18
77/25 78/25 79/8
banana [1]   25/23
Bankruptcy [1]   1/23
barely [4]   25/21
47/23 71/11 73/25
barrier [3]   23/7
52/10 66/2
base [2]   10/18
10/20
based [6]   4/23
11/11 18/7 20/23
32/1 53/20
baseless [1]   64/7
bases [1]   72/19
basic [1]   74/18
Basically [1]   8/5
basis [1]   5/21
Bates [3]   17/4
55/15 73/1

**B**

batter [1]   36/23
batteries [6]   24/8
42/25 47/21 51/12
56/7 70/19
battery [1]   24/10
battle [4]   26/12
38/16 45/7 59/6
battled [1]   35/16
bear [1]   22/3
beat [1]   39/14
become [1]   40/15
becomes [1]   77/18
beer [10]   23/2 30/6
37/17 46/21 47/1
47/13 47/23 56/7
66/1 70/19
beer that [1]   47/1
beers [8]   46/18
46/22 47/3 47/7
47/14 54/22 63/1
70/24
beforehand [1]   30/6
began [2]   23/1 24/2
begin [2]   12/15
39/14
behalf [4]   2/15
2/18 3/8 12/17
behavior [8]   52/24
57/12 57/16 71/3
71/16 71/18 73/20
73/21
behaviors [1]   62/21
belief [1]   52/12
beliefs [2]   49/3
62/14
believes [2]   49/25
66/11
bench [4]   4/4 4/7
61/19 65/5
benefit [5]   38/8
38/13 40/6 50/7
58/6
benefits [2]   50/24
51/6
best [7]   33/15
33/25 34/18 34/22
38/24 65/16 79/23
better [11]   28/23
35/6 35/6 35/10
35/12 35/13 35/15
35/19 56/17 60/15
71/13
beyond [4]   4/1 27/9
52/11 71/20
big [2]   54/19 58/25
bilingual [1]   63/24
binding [1]   20/6
birthday [1]   27/18
bit [3]   55/2 73/2
73/4
Black's [1]   17/5
blame [2]   62/24
62/25
blaming [1]   37/17
bleeding [1]   25/7
blowing [1]   34/11
blue [1]   24/5
books [1]   67/10

BOP [3]   6/25 8/19
58/23
born [1]   27/19
both [8]   11/23 13/9
25/18 36/9 39/16
40/1 68/2 79/13
bottom [2]   4/13
44/9
Boys [8]   6/5 6/9
7/11 8/10 8/22 8/22
8/23 8/25
brain [1]   27/15
brave [1]   22/10
bravery [2]   38/4
38/23
breach [1]   12/24
break [4]   27/5
61/24 61/25 65/6
breathe [1]   43/14
brief [3]   3/19 4/4
65/17
broadly [1]   17/24
brought [3]   31/12
45/2 64/11
brutal [1]   25/4
brutality [3]   25/25
40/21 45/9
brutalize [1]   39/14
brutally [1]   35/16
building [9]   22/14
23/6 23/8 23/10
23/18 26/18 38/12
52/14 75/13
bullet [1]   60/21
burden [1]   70/22
Bureau [3]   7/6 74/9
78/7
burned [2]   73/11
73/12
burning [1]   39/7
business [2]   63/23
64/12
buy [1]   28/3

**C**

calculated [3]
12/21 15/13 21/2
calculates [1]
10/10
calculation [5]
10/6 13/1 15/14
16/5 19/24
call [3]   43/11 53/1
53/10
called [2]   41/13
59/6
came [1]   40/25
can [33]   4/17 6/2
9/19 15/1 16/2
16/17 22/22 23/2
23/16 24/4 24/23
24/24 29/6 32/23
32/25 42/8 43/23
47/3 47/23 50/14
51/7 52/8 54/5 56/8
57/1 59/7 62/1 62/3
64/22 65/3 66/1
70/19 73/7
candidness [2]
30/14 33/8

cans [1]   30/6
canvas [1]   60/4
capable [2]   29/15
33/6
Capitol [49]   9/1
14/25 18/12 20/10
22/11 22/12 22/14
23/8 23/9 23/18
23/25 24/4 25/2
25/24 26/3 26/14
26/15 26/17 30/16
32/3 32/4 34/1 34/5
34/16 35/11 35/17
38/10 38/11 39/9
39/11 39/16 41/1
41/2 45/3 45/14
45/15 52/3 52/12
52/14 67/10 67/17
68/10 69/20 69/23
70/4 70/16 70/17
75/6 75/12
captain [2]   53/7
53/11
capture [1]   68/7
car [1]   27/23
care [1]   52/21
cared [1]   38/22
carefully [1]   29/17
cares [1]   54/5
caring [1]   36/6
carried [1]   30/4
carrying [2]   46/22
47/13
case [42]   4/23 9/19
10/7 13/12 16/24
19/10 20/19 28/21
32/20 41/25 46/21
47/1 49/10 49/24
50/22 54/2 55/9
55/9 55/12 55/13
55/14 55/14 55/22
56/3 56/9 58/10
59/16 62/6 66/21
66/25 71/7 71/9
71/19 72/5 72/19
72/23 73/1 73/2
73/3 73/4 73/6 77/3
cases [18]   13/5
13/8 13/15 13/20
13/24 17/3 30/3
50/23 55/1 55/8
55/17 55/24 55/25
59/15 66/8 72/8
72/9 72/21
cast [1]   69/4
categorize [1]
18/11
category [2]   12/7
35/23
caught [2]   31/3
31/10
cause [2]   10/22
14/10
caused [3]   11/9
27/8 39/13
causing [2]   10/22
14/9
ceiling [1]   41/14
center [2]   35/18
69/18

Central [1]   1/14
ceremony [1]   40/12
certain [1]   3/1
certainly [10]   8/19
8/25 13/4 28/4 29/6
35/21 39/2 43/7
49/18 53/5
certification [3]
14/23 16/14 27/9
certify [1]   80/4
certifying [1]
18/17
chain [1]   51/25
challenge [1]   77/17
challenging [1]
6/17
chambers [1]   27/1
chance [4]   26/9
30/14 32/15 36/19
change [2]   77/6
77/7
changed [1]   62/20
Chansley [1]   13/12
chant [1]   24/2
chaos [1]   45/5
character [1]   36/14
characteristics [6]
21/18 25/16 27/13
48/19 67/1 71/6
characters [1]   46/5
charged [5]   35/25
36/1 42/11 42/20
44/3
charges [3]   36/3
43/20 76/6
chase [1]   64/13
chat [1]   31/6
cheer [2]   65/18
70/5
cheered [1]   59/17
cheering [1]   68/13
cheerleader [3]
53/11 53/12 65/17
cheerleaders [1]
65/18
chemical [2]   25/1
39/6
chemicals [1]   39/12
Chief [1]   75/12
child [1]   27/22
childhood [1]   64/13
children [3]   67/11
67/11 67/12
children's [2]
67/11 67/12
choice [5]   39/23
44/25 45/6 45/8
45/9
choices [2]   44/25
45/2
choose [3]   29/16
35/18 77/13
chose [3]   36/23
41/7 45/4
circled [1]   24/5
Circuit's [1]   78/22
circumstances [3]
21/17 27/2 30/12
citations [1]   13/13
cited [2]   55/24

**C**

cited... [1]   72/22
citing [1]   41/10
claim [1]   77/19
clarify [2]   20/14
63/4
class [2]   19/21
19/21
classification [4]
6/24 7/8 7/19 8/20
cleaned [1]   38/9
clear [2]   17/9
79/13
Clerk [3]   75/9 77/4
77/7
clicked [1]   48/1
client [2]   49/11
55/5
climb [2]   23/9 66/3
close [4]   16/1 16/6
24/5 45/12
closer [8]   22/14
23/9 26/2 26/2 41/7
45/3 45/5 45/5
closest [1]   24/9
coaching [1]   53/5
collection [1]   75/1
collectively [1]
27/23
college [2]   14/23
38/6
COLUMBIA [2]   1/1
75/11
combat [6]   23/1
41/12 41/21 45/8
56/2 61/2
coming [1]   46/2
Commander [1]   38/20
commander's [1]
38/21
commencement [1]
76/16
commensurate [2]
40/3 61/9
comment [1]   19/2
commentary [1]   16/8
comments [3]   65/13
71/10 72/2
commission [3]
17/18 17/21 17/25
commit [2]   40/8
74/19
commitment [1]
38/18
committed [3]   34/17
48/2 50/25
committing [2]   28/9
40/20
community [7]   38/8
38/13 38/18 63/11
64/23 75/22 79/19
compare [2]   28/21
55/7
compared [1]   32/16
complete [2]   52/24
75/22
completed [1]   75/25
completely [4]   8/8
45/24 51/14 52/18

completion [1]
76/25
complex [1]   18/12
compliance [1]
76/12
complied [1]   63/18
comply [2]   21/9
75/16
compromised [1]
41/24
concerned [1]   7/18
conclude [4]   19/3
19/8 19/11 44/23
concluded [1]   17/22
conclusion [3]   7/23
17/3 19/12
concurrent [3]
74/11 79/13 79/14
condition [1]   53/21
conditions [7]
74/16 74/17 74/19
75/17 76/12 78/13
78/17
conduct [37]   6/10
7/4 7/18 7/21 8/19
9/1 9/6 11/9 21/14
21/22 27/11 30/17
32/24 33/18 36/16
37/14 37/17 39/13
42/16 42/19 44/21
45/1 45/11 45/24
47/20 52/17 54/10
56/7 56/25 59/17
60/12 60/12 60/16
60/25 67/22 72/8
74/18
conference [3]   4/4
4/7 65/5
confers [1]   47/11
confidence [2]
72/12 73/7
conflicting [1]
31/14
conflicts [1]   7/12
confused [1]   31/11
confusion [1]   38/20
Congress [14]   5/5
10/13 16/18 16/20
17/1 17/12 17/21
18/18 18/21 21/6
26/25 27/5 32/12
34/6
Congress' [1]   16/13
connection [1]
77/21
connotation [1]
63/7
consequences [5]
5/8 40/9 57/21
57/25 64/19
consider [14]   3/14
6/19 8/20 12/24
19/9 21/6 21/17
29/5 29/6 44/20
48/19 54/23 57/6
73/22
consideration [6]
32/18 33/13 66/24
67/2 73/18 74/6
considering [4]

4/24 32/12 33/12
55/20
consistent [1]
72/16
conspiracy [1]   36/1
constant [1]   64/20
constantly [1]
63/16
Constitution [2]
1/24 77/5
constitutional [2]
27/3 27/6
constraints [1]
16/22
consume [1]   46/18
consumed [4]   46/24
47/1 47/4 47/7
contents [4]   24/11
24/21 43/25 45/12
context [2]   17/9
18/13
continue [3]   33/15
64/13 64/14
continued [3]   23/5
25/7 63/21
continuum [3]   34/15
34/19 43/5
contributed [1]
33/2
contributing [3]
33/6 63/20 71/23
contribution [1]
79/17
control [1]   63/17
controlled [2]
74/21 74/22
conversation [1]
61/19
conversations [1]
50/14
convicted [1]   64/8
conviction [4]
57/17 67/7 77/17
77/21
convince [2]   33/15
34/23
convinced [1]   70/24
cooking [1]   63/23
cool [1]   46/7
cooperate [2]   37/8
74/25
cooperation [1]
27/7
coordinating [1]
53/8
coordination [1]
9/4
corresponding [1]
10/11
cortex [2]   27/15
28/11
cost [2]   77/22
77/24
costs [1]   18/20
coughing [1]   70/3
counsel [8]   2/4
2/10 5/1 22/6 49/10
51/18 65/3 77/20
count [12]   2/21
2/25 10/11 10/12

11/21 19/20 19/21
19/24 20/3 20/12
20/23 38/6
counted [1]   41/19
counting [1]   70/13
country [10]   27/10
36/19 67/20 68/11
68/12 68/13 68/14
69/2 69/12 69/13
counts [4]   74/10
74/12 79/6 79/13
couple [3]   47/22
52/13 62/1
courage [1]   38/4
course [4]   20/5
33/10 44/20 72/9
court [81]
Court's [5]   4/3
19/12 22/8 30/13
56/22
courtroom [7]   2/4
28/14 29/8 48/14
61/25 66/15 66/15
courtrooms [1]
36/18
courts [2]   1/23
72/13
cover [3]   4/7 17/25
65/5
covered [1]   39/12
CPA [1]   75/13
cr [1]   1/4
create [1]   64/12
created [2]   63/19
70/9
credit [5]   36/8
36/14 37/6 76/6
76/7
Creek [6]   41/10
42/8 42/9 42/11
42/13 56/3
crime [8]   25/9 25/9
25/11 28/9 30/19
48/2 67/6 74/20
crimes [10]   21/15
34/17 35/8 35/24
35/25 36/16 40/3
42/20 45/19 50/25
criminal [13]   1/3
2/2 4/24 12/6 12/7
21/14 28/1 28/20
30/18 35/21 35/22
36/2 45/1
criteria [1]   20/14
crossed [1]   48/2
crowd [24]   8/3 24/2
28/25 30/5 30/22
30/23 34/3 37/15
46/15 47/17 52/10
52/18 53/2 53/6
53/12 53/22 53/24
62/12 62/25 68/5
70/5 70/15 73/13
73/15
crowded [1]   46/11
crowds [1]   33/24
crush [1]   51/23
crushed [1]   23/20
culpable [1]   59/4
Cumberland [2]   78/2

**C**

Cumberland... [1]
78/9
curious [2]   8/1
62/17
currently [1]   77/18
custody [2]   37/12
74/9
cut [1]   33/17

**D**

D.C [7]   40/25 50/7
66/14 75/14 76/13
77/5 78/21
damage [6]   14/24
18/11 18/12 27/8
27/10 69/15
danger [3]   60/21
62/16 64/16
dangerous [7]   3/2
42/10 43/8 43/12
43/15 44/21 69/20
dangerously [1]
45/11
date [3]   14/24
47/21 80/10
day [45]   7/4 18/12
20/21 23/19 24/7
26/1 26/3 26/25
29/23 33/18 34/9
34/10 34/11 34/17
38/6 38/15 38/24
49/21 52/17 52/24
55/3 55/22 57/2
57/25 59/12 62/15
62/19 62/21 62/23
63/1 63/5 67/23
67/25 68/1 68/25
71/1 71/14 71/14
72/6 73/11 73/21
73/23 79/20 79/20
79/21
days [5]   74/23 76/8
76/16 77/6 77/14
DC [3]   1/5 1/18
1/25
deadly [4]   42/10
43/8 43/12 43/15
deal [1]   25/9
dealing [1]   30/2
debriefs [1]   42/4
decades [1]   27/10
December [1]   8/24
decided [7]   17/19
18/1 24/8 27/23
50/15 50/15 61/20
decision [1]   78/22
decisions [3]   56/11
62/10 72/15
declare [1]   27/4
deemed [1]   29/7
deems [1]   33/11
deeply [5]   34/6
34/6 52/14 52/14
70/20
defend [1]   26/8
defendant [39]   1/7
1/16 2/4 2/5 3/7
19/19 21/15 21/19

25/13 25/16 26/1
26/14 26/23 27/8
27/13 27/14 37/21
38/25 39/5 40/2
40/10 41/3 42/8
42/9 43/19 43/21
43/24 44/1 44/2
44/15 45/18 47/11
58/6 65/19 65/20
65/22 66/13 73/3
78/10
defendant's [6]   3/8
11/9 26/5 26/7
26/24 76/24
defendants [4]
21/21 30/3 43/19
53/19
defending [1]   45/16
defense [11]   5/22
11/21 12/4 12/10
22/6 22/7 28/10
28/17 32/14 72/6
78/19
defense's [5]   14/21
15/4 15/5 70/22
71/11
defenses [1]   41/24
defied [1]   37/22
defies [1]   14/6
defined [6]   59/9
64/2 64/2 69/8
69/10 77/16
defines [1]   14/16
definitely [2]   53/1
65/21
definition [1]
17/13
deflecting [1]
37/19
degree [2]   61/1
61/7
degrees [1]   59/5
delay [1]   27/9
delayed [2]   14/24
18/17
deliberate [2]   45/6
45/9
demands [1]   25/12
democracy [13]
25/10 27/7 34/10
35/18 36/24 40/18
40/21 45/16 67/17
67/20 68/10 69/3
70/18
democratic [1]   73/8
demonstrate [2]
38/1 51/1
demonstrated [5]
38/2 38/8 38/13
38/17 57/11
demonstrates [2]
49/8 56/24
demonstrating [1]
37/18
deny [1]   9/9
department [4]   13/8
13/10 13/25 14/4
departs [1]   77/12
departure [1]   28/18
deployed [1]   25/1

deprived [1]   26/16
derived [1]   58/7
descended [1]   25/24
describe [1]   36/5
described [6]   25/3
26/10 37/25 38/20
39/6 48/16
describes [1]   26/11
describing [1]   67/6
description [1]
59/16
desires [1]   69/2
desperate [1]   68/22
Despite [2]   38/20
63/12
detail [1]   17/16
deter [1]   40/14
determination [2]
18/7 30/18
determine [5]   4/20
4/22 16/5 75/20
76/17
determined [2]
74/25 75/6
deterred [1]   40/20
deterrence [4]
21/14 25/18 40/2
66/9
detrimental [1]
57/8
developing [1]
71/12
development [2]
28/11 28/11
Dictionary [2]
16/16 17/5
difference [4]   28/8
41/11 41/16 47/4
differences [5]
54/18 60/10 60/11
72/17 72/19
different [4]   60/25
62/7 72/9 72/24
difficult [2]   13/4
71/8
dignity [2]   36/7
36/11
dinner [1]   63/23
directed [1]   75/1
direction [2]   23/3
71/7
directly [7]   24/12
24/22 35/16 41/20
43/13 45/13 56/19
disagreeing [1]
32/9
disagreement [1]
4/17
disagreements [1]
4/17
disbursement [1]
75/11
discharge [1]   51/12
discharged [1]   48/5
discuss [2]   20/18
27/13
discussed [1]   4/9
discussion [2]
16/25 79/11
discussions [1]

32/1
dismay [1]   25/23
dismiss [1]   79/6
disparities [4]
21/20 25/19 59/2
72/14
disparity [4]   40/24
54/17 55/24 59/13
distinction [2]
41/8 41/15
distinguished [1]
42/9
distorted [1]   46/15
district [10]   1/1
1/1 1/11 1/23 75/10
75/10 76/13 76/15
76/22 77/4
disturbed [1]   70/13
disturbing [5]   34/6
42/16 67/4 70/20
Dix [2]   78/3 78/9
DNA [1]   75/1
documents [1]   3/13
Donald [1]   49/4
done [3]   13/1 29/20
49/7
door [2]   26/20 60/6
doors [1]   23/24
doubt [1]   57/4
down [17]   8/7 28/5
39/13 43/24 46/3
46/5 46/8 46/9
46/13 48/3 48/25
55/22 56/5 62/10
62/21 64/17 70/8
downtown [3]   8/2
8/6 8/6
downward [7]   20/25
55/15 55/16 57/2
73/2 74/1 74/2
dozen [1]   52/13
drank [1]   47/14
draw [2]   41/7 41/7
dreams [2]   64/10
64/13
drifting [1]   62/11
drink [3]   46/23
63/1 70/24
drinking [6]   30/10
32/21 49/1 50/10
54/21 58/21
drive [1]   27/23
dropped [1]   60/1
drug [6]   58/12
58/15 58/17 74/23
74/24 78/12
drugs [1]   62/24
drunk [4]   28/18
28/21 46/14 58/25
drunkenness [2]
29/4 34/20
due [2]   13/17 62/12
dumb [1]   29/17
Dunn [1]   25/6
during [4]   3/1 8/25
56/22 57/12
duty [4]   27/4 27/6
28/2 38/24

**E**

earlier [2]   22/5
70/12
easily [1]   36/12
easy [1]   71/8
EDUARDO [2]   1/16
2/14
education [2]   36/22
78/12
Edwards [1]   2/11
effort [1]   41/20
egregious [1]   36/16
egregiously [1]
45/10
eight [5]   10/24
14/4 14/13 14/15
19/7
eight-level [4]
10/24 14/4 14/13
14/15
eight-point [1]
19/7
either [2]   16/18
58/6
elected [2]   27/4
31/10
election [6]   16/14
16/23 18/17 46/3
49/5 68/18
electoral [2]   14/23
38/6
electronically [1]
4/4
eligible [2]   19/20
20/5
Ellipse [4]   31/9
32/3 46/10 46/14
else [13]   5/3 9/14
20/13 24/7 61/22
64/25 65/9 65/12
70/10 78/16 78/19
79/4 79/8
emotions [1]   30/5
employers [1]   72/2
employment [1]
36/22
emptying [1]   43/25
encourage [2]   35/13
45/8
encouraged [2]
22/13 41/4
encouraging [3]
24/1 30/25 31/1
end [5]   38/16 39/23
44/9 44/10 44/18
ends [3]   36/3 55/4
55/5
endured [1]   26/1
enforcement [13]
18/22 23/24 25/10
33/21 33/25 34/3
42/23 51/20 52/21
52/22 67/14 67/16
69/22
engage [7]   32/5
32/13 35/7 41/2
41/12 45/6 67/22
engaged [7]   6/8
30/17 36/16 56/2

56/25 60/15 61/1
engaging [2]   29/9
65/23
enhancement [28]
10/25 11/2 11/7
11/15 11/16 11/18
12/3 12/5 12/19
13/3 13/6 13/11
13/15 14/5 14/6
14/12 14/13 14/14
14/15 15/3 15/11
16/7 17/24 19/5
19/6 19/7 19/8
19/11
enormous [1]   18/22
enough [14]   9/22
9/25 17/24 27/23
27/24 27/25 28/2
28/2 28/3 28/4 28/5
36/18 43/17 68/7
ensued [1]   38/4
ensure [2]   21/8
40/19
enter [3]   41/11
41/15 46/10
entered [2]   37/8
77/17
entering [2]   42/5
77/20
enters [1]   77/14
entire [3]   17/17
18/18 18/21
entirely [4]   9/6
17/9 39/3 54/22
entirety [1]   43/22
entitled [2]   11/23
80/5
entrance [2]   24/4
41/13
entrepreneurial [1]
64/10
equally [3]   25/12
51/19 70/13
especially [2]   7/3
13/5
essentially [5]
14/15 36/19 41/13
41/15 41/21
establish [1]   74/17
ethic [1]   38/17
even [12]   6/10 7/17
26/14 33/12 35/19
39/14 41/22 52/19
52/20 54/22 54/23
55/20
event [4]   27/2 57/5
67/4 67/23
events [10]   8/2
8/10 25/21 48/9
64/19 67/9 67/25
73/9 73/10 73/22
eventually [2]   37/5
60/20
everyone [9]   28/14
30/25 31/1 32/8
36/7 36/10 50/20
61/24 62/2
everyone's [1]   52/6
evidence [7]   6/7
6/7 9/2 11/12 18/8

49/11 50/11
evidently [1]   68/21
exact [1]   43/20
exactly [1]   70/23
example [1]   70/9
examples [1]   38/24
except [1]   51/3
exception [1]   13/15
excess [1]   14/25
exchanges [1]   9/3
excusable [1]   33/19
excuse [4]   28/19
50/5 53/22 71/15
excuses [1]   58/24
execute [1]   76/22
exemplary [5]   32/25
37/11 71/18 73/20
74/1
exercise [1]   70/25
exercising [1]   71/4
exhibit [3]   22/23
39/10 44/2
Exhibit 13 [1]   44/2
Exhibit 6 [1]   22/23
exhibits [7]   3/9
3/17 4/3 22/4 22/5
22/8 41/17
exist [1]   4/21
expect [2]   25/22
71/13
expectations [1]
74/18
expected [1]   56/23
expenditure [5]
11/13 14/18 14/22
18/9 18/14
experience [2]
56/12 64/14
expertise [1]   15/14
explanation [1]
71/15
explorative [1]
62/17
express [1]   36/25
extensively [1]
58/7
extent [1]   16/1
extinguisher [30]
24/12 24/22 24/23
24/25 25/1 35/16
39/7 39/19 41/20
42/25 43/9 43/24
43/25 45/12 47/24
48/3 51/13 51/19
52/5 56/8 60/1 60/2
60/18 60/19 61/3
65/22 66/5 69/24
70/8 73/12
extinguishers [1]
39/5
extra [1]   14/9
extraordinarily [2]
35/8 67/4
extraordinary [2]
18/21 27/2
extremely [1]   72/11
eyes [3]   39/7 40/11
73/11

**F**

face [3]   43/13 56/4
64/17
facing [1]   48/14
fact [8]   7/5 10/4
17/21 18/16 51/5
54/24 58/24 71/24
72/1
factor [2]   32/17
72/1
factors [10]   4/25
5/5 20/19 21/6
21/25 29/4 32/12
48/18 55/13 66/21
facts [2]   10/3
66/20
factual [8]   5/14
5/18 5/20 5/23 5/25
6/12 6/17 9/15
failing [1]   62/12
fair [8]   5/4 16/17
16/19 17/23 43/11
43/17 53/4 62/23
Fairlamb [1]   13/12
fairly [2]   19/23
21/4
falling [2]   18/13
62/10
falls [2]   17/12
34/19
false [6]   11/12
11/12 18/8 18/8
29/1 30/5
familial [1]   51/6
family [11]   35/1
46/6 51/6 54/3 54/7
62/11 63/10 64/4
64/23 79/19 79/23
Fanone [2]   25/6
38/20
far [1]   32/25
fashion [2]   5/4
43/15
fatigued [1]   25/7
favor [4]   69/3
71/19 71/24 72/1
favorable [1]   49/11
FBI [2]   2/11 29/9
feared [1]   52/9
fearful [1]   40/17
featured [1]   6/20
federal [4]   57/17
64/17 74/20 78/11
feed [1]   69/1
feel [5]   9/4 42/24
63/9 68/1 79/16
feels [4]   49/16
50/3 52/20 66/6
feet [3]   41/14
41/18 52/13
fell [1]   17/22
felon [1]   64/8
felony [5]   11/10
18/6 19/21 19/22
67/7
felt [1]   62/15
fence [1]   51/25
few [1]   65/13
field [2]   65/18
65/20

## F

fight [1]   39/22
fighting [4]   26/13
26/20 33/21 33/23
figure [1]   34/18
figures [1]   43/4
file [2]   77/14
77/23
final [4]   5/3 5/10
6/4 36/4
finally [2]   44/23
66/11
financial [5]   76/2
76/3 76/4 77/3 77/8
find [2]   13/23
63/14
finding [3]   18/24
18/25 64/7
findings [1]   10/4
finds [2]   31/22
77/1
fine [6]   3/21 20/7
20/8 20/22 77/2
77/2
fire [28]   24/11
24/21 24/23 24/25
25/1 35/15 39/5
39/6 39/19 41/20
42/25 43/9 43/23
43/25 45/12 47/24
48/3 51/13 51/19
52/4 56/8 60/1 60/2
60/18 60/19 65/22
66/5 73/12
fired [3]   61/3 70/8
70/10
firing [2]   69/24
73/12
first [7]   4/19
10/10 15/24 39/1
50/1 62/16 69/11
fits [2]   17/9 43/4
five [3]   19/20 55/6
61/6
fix [1]   63/16
flagpole [1]   59/19
flags [1]   63/4
flee [1]   27/1
floor [1]   26/18
folks [1]   28/22
follow [4]   46/15
49/3 49/4 57/17
followed [3]   2/5
2/6 53/22
followers [1]   46/3
following [6]   46/1
46/1 56/22 74/16
75/11 75/16
foot [1]   60/23
For the Defendant [1]
1/16
forced [1]   27/1
Ford [1]   75/13
foregoing [1]   80/4
forever [2]   62/20
64/15
form [1]   71/5
formed [1]   27/16
formulate [1]   63/14

Fort [2]   78/2 78/9
forth [8]   5/14 5/24
20/24 21/7 38/19
51/23 53/9 66/17
fortunately [1]
39/1
forward [1]   79/22
fought [1]   38/15
found [5]   21/21
60/22 60/23 62/18
63/19
foundations [2]
48/11 57/9
founded [2]   67/20
67/21
four [3]   4/12 40/12
51/10
four-year [1]   40/12
frame [1]   24/20
frankly [5]   30/9
52/4 60/15 69/2
69/7
free [1]   50/7
freedom [1]   54/15
Friedrich [3]   17/2
55/10 55/10
friend [1]   63/24
friends [6]   35/1
54/6 62/11 63/10
64/4 79/19
fringes [1]   46/11
front [8]   7/25
55/10 55/15 55/17
60/3 62/18 69/18
73/1
frontal [1]   28/11
full [4]   23/2 24/19
44/2 77/8
fully [3]   9/18
27/16 48/5
functioning [1]
17/6
further [7]   3/24
4/2 57/22 65/12
66/18 74/11 79/9
Furthermore [2]
14/3 30/21
future [2]   21/15
63/20

## G

gained [1]   63/17
gang [1]   7/1
gassed [1]   51/21
gathered [1]   71/9
gave [2]   46/22 50/6
GED [1]   63/24
general [2]   25/18
40/2
generally [2]   21/25
40/5
generosity [1]
38/17
gets [2]   6/25 58/19
ghastly [4]   34/17
35/8 43/8 45/11
given [3]   15/23
17/21 37/6
giving [3]   35/4
48/23 70/3

glad [1]   31/11
gloomy [1]   62/23
glowing [1]   33/2
goals [1]   63/14
God [2]   63/14 64/21
goes [1]   27/8
Gonell [2]   25/6
26/11
good [19]   2/8 2/8
2/14 2/16 2/17
28/15 36/14 36/20
36/21 37/25 40/6
50/19 51/6 51/6
54/4 55/4 62/5 63/2
79/17
governed [1]   27/7
government [68]
1/13 2/5 3/7 3/9
3/12 3/15 5/1 5/13
6/7 6/18 6/20 6/22
7/17 7/22 8/18 9/2
11/15 11/19 12/2
12/8 12/23 13/2
14/3 14/19 14/22
15/2 15/10 21/24
22/4 25/13 26/11
30/21 31/2 31/22
33/13 34/13 35/18
36/8 36/13 37/1
37/9 37/12 41/9
42/18 43/18 44/17
44/22 45/17 47/22
48/4 48/10 48/12
48/15 50/22 51/17
55/24 56/14 57/8
57/9 59/6 63/6 66/6
66/11 68/2 78/4
78/13 79/2 79/5
Government's [12]
8/14 12/25 14/14
14/20 19/2 22/23
25/5 34/23 35/4
42/1 42/6 44/7
governmental [2]
11/13 18/10
granted [1]   79/7
gravity [3]   27/11
37/23 40/3
great [5]   25/24
33/9 35/1 47/1 64/9
greater [6]   21/9
42/7 43/10 56/15
59/12 61/2
Gregory [1]   2/18
grip [1]   49/14
ground [4]   42/15
42/16 43/1 43/2
grounds [5]   22/13
22/24 28/18 34/16
35/11
group [1]   60/24
grouping [1]   19/25
growing [1]   26/3
guaranteed [1]   17/8
guard [1]   39/13
guarding [4]   24/22
25/2 45/14 70/4
guess [6]   7/21 19/1
32/22 42/22 53/10
55/19

guide [1]   64/14
guideline [2]   44/8
44/17
guidelines [42]
4/23 5/18 10/7
10/13 11/6 12/9
12/11 12/20 12/22
16/5 16/10 17/15
17/17 19/13 19/17
19/24 20/1 20/2
20/4 20/8 21/1
21/16 21/19 25/14
28/19 32/19 36/4
44/10 44/11 44/11
44/14 44/15 44/19
55/11 55/12 56/15
66/12 66/16 66/22
72/4 74/7 77/13
guilt [1]   62/16
guilty [10]   2/21
10/12 11/3 12/1
21/22 37/5 37/7
37/7 57/13 77/20
gun [1]   28/4

## H

habits [1]   63/17
hand [17]   23/1 23/1
24/1 26/13 26/13
38/18 41/12 41/12
41/21 41/21 50/22
56/2 56/2 59/7 59/7
61/2 61/2
hand-to-hand [7]
23/1 26/13 41/12
41/21 56/2 59/7
61/2
handful [1]   52/2
hanging [2]   49/13
62/11
happen [1]   7/25
happened [8]   8/7
34/9 34/11 51/1
51/7 54/1 57/4 68/1
happening [1]   46/9
happy [3]   6/18
12/13 61/23
hard [6]   33/2 37/25
50/9 50/19 54/25
79/18
harder [4]   26/8
29/20 40/15 40/15
harm's [1]   62/22
hate [2]   15/9 57/11
he consume [1]
46/18
hear [28]   4/25 5/1
5/1 5/2 5/3 6/18
7/21 12/13 15/7
31/12 32/14 46/12
50/2 56/18 58/3
61/15 61/16 61/17
61/22 61/23 62/1
62/2 65/14 66/7
68/5 68/21 68/23
70/5
heard [3]   15/16
21/24 68/4
hearing [7]   4/19
33/11 49/15 52/9

**H**

hearing... [3] 55/19 76/10 76/10
heart [1] 50/3
heartaches [1] 63/12
heave [15] 24/2 33/24 34/2 34/2 41/19 51/22 51/25 52/1 52/10 53/7 65/23 70/13 70/14 70/14 73/15
heave-ho [15] 24/2 33/24 34/2 34/2 41/19 51/22 51/25 52/1 52/10 53/7 65/23 70/13 70/14 70/14 73/15
heeded [1] 48/23
held [1] 36/15
helmet [1] 39/11
help [2] 26/17 26/22
helping [2] 50/21 63/24
Here's [1] 24/20
hereby [1] 74/9
hesitate [1] 53/1
hid [1] 38/3
high [5] 44/10 44/18 46/14 53/21 58/25
higher [5] 20/1 30/12 55/1 55/2 59/8
highly [1] 29/17
himself [16] 23/15 27/14 41/7 41/8 42/3 45/3 46/6 46/24 50/2 51/11 51/14 52/20 53/13 59/22 69/8 71/21
hindsight [1] 64/6
history [17] 4/24 12/6 12/7 21/18 35/21 35/23 36/3 46/8 48/9 48/19 66/25 67/4 67/6 67/10 67/12 67/13 67/24
ho [15] 24/2 33/24 34/2 34/2 41/19 51/22 51/25 52/1 52/10 53/7 65/23 70/13 70/14 70/14 73/15
Hodges [1] 25/6
Hodgkins [6] 13/12 13/21 13/23 14/11 26/24 40/11
hold [2] 25/8 28/2
holding [2] 60/3 60/4
home [2] 34/16 50/9
honor [85]
Honor's [1] 3/20
HONORABLE [1] 1/10
HOOK [3] 1/22 80/3 80/10

hope [4] 29/18 69/10 71/12 79/21
horrific [2] 34/8 48/10
horrified [3] 41/6 48/12 48/15
horror [1] 25/24
hotel [1] 27/24
hour [1] 27/9
hours [8] 14/24 18/18 24/10 38/3 38/15 39/23 75/22 76/1
house [2] 63/18 75/13
housed [1] 23/6
hovered [1] 46/11
huge [2] 60/11 70/14
hugely [1] 8/11
humanity [1] 52/1
hundred [1] 75/22
hundreds [4] 25/25 25/25 38/13 38/14
hungry [1] 69/1
Hunter [1] 78/22
hurled [1] 23/2
hurt [1] 39/1
hyperbole [1] 67/24

**I**

idea [3] 23/12 39/20 46/22
identify [1] 2/7
ideologies [1] 64/3
idiotic [1] 62/19
images [2] 8/21 64/15
imaginable [1] 25/21
imagine [2] 39/15 52/9
immeasurably [1] 38/14
immediately [3] 37/7 50/8 77/3
impact [1] 57/21
impeding [1] 3/1
important [8] 4/14 30/11 48/20 64/4 64/8 66/12 69/9 72/11
importantly [1] 54/14
impose [6] 4/18 5/7 19/16 55/3 62/3 74/3
imposed [9] 10/13 21/11 21/19 66/8 66/9 74/17 77/10 77/18 78/23
imposes [1] 21/8
imposing [1] 40/22
imposition [2] 27/12 77/2
impressed [1] 71/24
impressionable [3] 28/24 30/4 36/12
imprisonment [3] 10/16 20/21 77/11

improper [2] 11/9 18/5
inaccurate [1] 9/13
inappropriate [1] 7/6
inauguration [1] 38/12
incarcerate [1] 7/10
incarcerated [3] 54/12 78/8 78/10
incarcerating [2] 56/13 57/22
incarceration [6] 45/19 63/12 63/15 74/4 76/8 79/12
inch [2] 26/13 26/13
inch-by-inch [1] 26/13
inclined [1] 61/21
include [8] 12/3 16/24 17/19 18/1 21/10 74/19 76/21 78/6
included [4] 2/24 4/1 6/11 46/19
included a [1] 46/19
includes [2] 11/17 18/5
including [3] 11/18 52/13 66/22
inconsistent [3] 13/7 14/7 14/8
increase [2] 7/19 11/5
increased [1] 26/8
increasingly [2] 26/3 45/3
incur [1] 76/6
indeed [2] 31/23 43/8
independent [2] 16/4 71/1
indicate [4] 50/19 57/16 59/3 60/21
indicated [9] 3/18 48/4 50/4 50/22 53/16 56/3 56/21 71/17 72/4
indicates [3] 6/6 10/20 47/13
indication [1] 6/5
indictment [5] 2/22 2/25 11/10 18/7 79/6
individual [4] 56/11 57/6 60/14 61/2
individuals [9] 49/1 50/24 53/2 55/25 56/5 59/3 59/8 61/1 62/1
indulgence [1] 4/3
indulgences [1] 62/13
Industries' [1] 78/11
inebriated [3]

53/21 54/20 62/21
ineffective [1] 77/19
inflamed [1] 52/11
inflammatory [1] 29/1
inflicted [1] 39/15
influenced [1] 49/15
information [7] 7/9 20/24 42/4 76/3 76/4 76/5 77/18
inhibitions [1] 71/2
initially [1] 46/9
injured [1] 25/7
injuring [1] 48/3
injury [2] 10/22 14/10
inserted [1] 60/16
inside [8] 23/23 26/15 26/17 26/18 26/22 39/16 45/15 52/13
insignificant [1] 70/9
inspirational [1] 38/23
instance [1] 14/11
instances [1] 14/2
instead [3] 41/6 45/4 45/5
instilled [2] 35/2 48/21
institutions [1] 69/13
instructions [1] 56/22
instrument [1] 44/21
integrity [1] 17/6
intended [1] 23/7
intention [1] 12/1
intentions [2] 62/25 63/9
interaction [2] 54/25 71/25
interest [2] 75/7 75/8
interested [4] 30/7 31/12 31/17 55/19
interference [3] 11/4 12/4 14/17 18/3 18/4 18/15 18/24 19/3
International [1] 16/15
interpreted [1] 63/8
interviewed [1] 39/6
into [17] 7/16 23/24 24/8 26/18 27/20 32/18 33/12 35/14 36/2 40/25 41/21 42/5 44/1 45/13 59/19 60/17 73/17
intoxicated [8] 66/1 66/2 66/3 66/5

**I**

intoxicated... [4]
70/22 70/23 70/25
71/14
intoxication [4]
65/25 71/3 73/20
74/1
invasion [1]  26/13
investigation [3]
11/10 18/6 76/20
invite [1]  62/2
involved [5]  7/2
10/22 32/17 55/25
69/17
involving [4]  17/17
17/20 59/16 72/8
ironic [1]  68/7
irrelevant [5]  7/23
8/12 8/19 9/7 9/12
is that [1]  7/24
isolation [1]  26/5
issue [7]  5/17 7/15
10/8 13/21 15/17
19/7 59/14
issues [2]  58/14
58/22

**J**

JACQUELINE [2]  1/13
2/9
jail [5]  32/10
32/11 32/12 50/7
51/9
janitorial [1]  38/9
January [37]  6/9
8/23 22/10 25/11
25/21 27/16 27/25
30/16 35/7 35/8
35/10 37/4 37/22
38/1 38/2 38/12
40/21 40/25 44/24
45/24 46/7 48/8
48/9 48/18 48/24
50/4 50/16 51/1
51/15 54/10 57/1
57/5 57/16 58/25
62/23 67/10 79/20
January 20th [1]
38/12
January 5th [1]
27/25
JEFF [3]  1/22 80/3
80/10
job [6]  13/5 35/17
49/10 50/9 54/12
64/9
jobs [2]  57/18
70/16
join [2]  45/8 53/24
joining [1]  29/9
joint [1]  47/14
judge [11]  1/11
17/2 17/3 52/7 55/9
55/10 55/15 55/17
66/14 66/15 73/1
judges [1]  72/16
judgment [11]  28/12
28/15 34/18 46/15
71/1 71/5 71/12

71/13 73/19 74/8
77/15
judgments [1]  34/14
judicial [2]  11/11
18/7
Judiciary [1]  72/12
July [1]  5/12
July 6th [1]  5/12
jury [1]  28/2
justice [15]  10/24
11/4 14/17 16/10
16/13 16/17 17/1
17/18 17/20 17/24
18/5 18/15 19/4
28/1 30/18
justification [1]
11/8

**K**

Kathy [1]  75/13
keep [4]  23/7 26/21
37/12 64/18
Kenneth [1]  48/21
kicked [4]  42/15
43/2 56/4 65/20
kicking [1]  43/6
kill [1]  43/14
kind [2]  7/1 9/4
knew [7]  28/23 35/6
35/6 35/10 35/12
35/13 35/15
knives [1]  53/19
knocked [1]  42/14
knocking [1]  43/1
knowing [1]  31/17
known [2]  28/12
60/15
knows [1]  34/13
Kyle [1]  38/20

**L**

lack [3]  13/6 39/2
73/19
lacks [1]  11/8
ladder [2]  23/9
66/3
Lamberth [1]  55/17
landed [1]  59/25
language [1]  16/25
Languerand [2]
55/14 72/25
large [1]  34/15
largely [1]  42/2
last [2]  5/6 31/6
later [3]  24/20
29/19 43/25
launched [1]  70/6
law [30]  1/17 17/5
18/22 21/12 23/23
25/10 25/17 27/5
29/8 33/21 33/24
34/3 37/21 37/22
37/24 40/1 42/23
51/3 51/20 52/21
52/22 52/25 54/25
56/24 57/10 57/14
67/14 67/16 69/21
71/25
lawmakers [2]  23/6
38/3

lawyer [1]  9/19
lay [1]  28/5
laying [1]  29/12
lays [2]  10/6 12/20
lead [3]  7/11 11/5
35/14
leader [3]  53/1
53/5 69/16
leadership [1]
38/22
leading [4]  34/2
51/23 52/2 52/18
learned [4]  25/25
51/9 56/18 56/20
least [9]  23/25
29/5 35/14 42/14
47/14 53/2 54/13
64/18 74/24
leaves [1]  18/2
leaving [2]  45/6
50/7
led [2]  49/9 56/25
left [1]  53/25
legs [1]  60/5
lend [1]  38/18
lending [1]  50/21
less [9]  16/7 28/24
28/24 28/25 40/13
40/18 42/20 42/24
75/18
lesser [1]  2/24
lesson [2]  51/9
56/18
letter [1]  58/5
letters [2]  3/8
50/18
level [31]  7/19
10/18 10/21 10/24
11/5 11/7 11/20
11/22 11/24 11/25
12/2 12/5 12/9
12/11 12/19 13/3
13/6 13/11 13/14
14/4 14/5 14/12
14/13 14/14 14/15
15/3 17/16 19/12
71/4 74/3 74/3
levels [3]  10/11
44/5 74/2
lever [1]  66/5
liability [1]  28/20
lie [3]  68/19 68/21
69/1
lies [8]  46/1 46/12
49/3 49/4 49/15
68/17 68/18 68/24
life [19]  8/4 28/5
29/13 29/19 38/23
51/2 52/25 56/12
59/9 62/9 62/20
63/10 63/16 64/4
64/15 64/21 67/8
71/22 79/22
light [5]  5/4 49/8
49/10 66/21 73/25
likely [3]  9/10
28/25 28/25
likes [3]  13/5
25/22 35/9
limited [2]  7/14

16/21
line [6]  4/13 25/8
29/13 34/4 48/2
62/18
lines [2]  41/9 76/6
link [1]  51/25
liquor [1]  47/16
listened [1]  68/1
literally [1]  24/3
little [3]  55/2
73/2 73/4
live [1]  73/8
lives [7]  25/11
33/22 33/23 34/4
52/9 62/22 64/16
lives' [1]  62/16
local [2]  28/2
74/20
logic [1]  14/6
long [5]  32/11
36/18 41/14 58/8
60/4
longer [3]  69/8
73/7 77/11
look [7]  8/1 29/19
43/18 52/22 68/8
72/18 72/18
looked [1]  3/10
looking [3]  59/14
59/16 71/22
looks [2]  16/15
72/14
losing [1]  54/14
lost [3]  54/12
54/13 64/8
lot [4]  28/23 34/14
72/7 73/3
louder [1]  37/2
love [4]  63/19 64/5
69/2 69/3
low [1]  30/24
lower [14]  23/16
23/17 23/20 24/6
24/12 24/24 25/3
26/15 26/20 31/1
39/9 41/11 45/13
69/21
lowest [1]  55/8

**M**

mace [1]  53/19
magnitude [2]  25/12
73/22
majority [2]  55/23
69/5
makes [3]  40/18
47/4 72/23
making [5]  8/18
34/14 58/24 62/10
64/18
Mall [1]  46/14
man [5]  27/15 44/24
50/19 56/10 58/4
mandatory [3]  20/11
74/16 74/19
many [17]  25/6 28/3
29/7 30/6 30/15
37/7 40/12 46/18
46/22 46/23 46/24
47/3 47/6 65/23

**M**

many... [3]   65/23 66/6 72/16
marijuana [7]   37/17 46/14 46/17 47/7 50/11 58/17 58/21
marijuana he [1] 47/7
mass [2]   52/1 52/11
massive [1]   34/3
material [1]   5/19
materials [4]   3/13 5/14 5/23 28/10
matter [3]   5/11 29/15 80/5
matters [1]   73/17
MATTHEW [16]   1/6 2/3 2/15 2/20 45/23 48/7 48/17 48/17 50/8 50/16 50/17 54/4 54/8 54/10 57/14 74/8
mature [1]   56/10
maximum [4]   10/13 10/15 20/7 77/11
may [22]   1/5 4/21 6/24 7/8 7/10 7/16 7/19 8/12 13/18 19/15 29/7 32/18 32/19 33/23 34/20 60/10 61/5 70/21 71/14 75/8 76/4 77/22
May 26th [1]   13/18
maybe [5]   41/22 43/14 53/7 55/6 61/24
me a [1]   47/8
mean [9]   33/17 33/17 39/22 49/7 49/18 50/12 51/22 52/6 53/4
meaning [1]   16/9
means [3]   12/8 16/16 16/17
meant [3]   48/11 63/5 63/25
medicine [1]   79/15
medieval [5]   24/10 26/12 38/16 45/7 59/6
member [5]   7/1 33/6 53/8 63/20 71/23
members [7]   22/10 26/25 34/5 38/10 52/12 52/13 54/3
memo [9]   22/24 26/10 27/14 35/2 35/21 38/19 38/25 39/10 42/1
memoranda [4]   3/6 31/15 59/15 72/21
memorandum [13]   3/6 3/7 3/17 4/2 11/14 11/16 12/20 13/10 13/14 25/5 53/16 60/17 61/13
men [1]   45/15
mentality [1]   53/24

mentioned [4]   6/20 22/4 40/24 48/24
mercy [1]   64/23
merely [1]   53/17
merit [1]   59/8
merits [1]   72/10
mess [1]   38/9
message [3]   40/4 40/4 40/6
messages [1]   9/3
met [2]   27/12 47/22
mete [1]   16/16
methods [1]   75/21
meting [1]   16/19
metropolitan [2]   22/11 76/14
Michelle [1]   48/21
microphone [1]   9/20
middle [1]   55/12
midnight [1]   18/19
midrange [2]   44/16 44/19
might [2]   7/9 16/11
mild [1]   40/8
military [1]   28/5
MILLER [119]
Miller's [29]   6/5 7/13 10/16 27/11 29/3 32/24 35/20 37/8 37/22 39/12 42/7 45/18 49/24 51/2 54/24 56/7 57/6 59/8 60/12 60/25 61/8 67/8 68/16 71/10 71/18 72/24 73/14 73/19 73/25
million [1]   14/25
millions [2]   67/19 67/19
mind [12]   28/21 30/1 30/11 30/12 34/10 43/3 52/4 61/9 64/9 64/19 71/9 73/18
mine [1]   62/7
minimize [4]   37/14 37/16 56/6 61/4
minutes [3]   23/25 59/9 59/10
miracle [3]   40/13 40/14 40/15
misguided [1]   62/9
misled [1]   68/17
misspeak [1]   12/17
misstating [1]   15/4
mistake [1]   64/18
mistakes [1]   64/3
mitigating [1]   4/24
mitigation [1] 55/20
mob [11]   26/21 27/5 38/15 43/2 51/23 53/23 57/6 57/7 67/22 68/8 68/9
mob's [1]   27/2
models [1]   36/20
moment [7]   8/8 34/24 38/23 47/9 68/14 69/25 78/11

moments [1]   24/23
momentum [1]   62/24
Montgomery [2]   16/24 17/11
month [8]   27/12 39/25 40/22 43/2 44/18 55/18 55/22 75/19
months [36]   12/10 12/12 19/14 20/21 21/3 25/15 31/23 32/7 32/7 32/7 33/14 42/2 43/20 44/4 44/7 44/8 44/12 44/16 45/19 45/25 51/10 55/14 55/6 55/11 55/13 55/16 55/16 56/13 57/2 60/7 63/21 72/5 74/4 74/10 74/11 75/23
more [19]   21/25 26/3 29/15 30/3 30/4 30/11 38/2 40/15 40/16 42/14 42/24 54/14 56/1 56/12 58/16 59/4 60/16 61/7 70/15
morning [3]   2/14 18/20 38/6
Moses [1]   2/18
Moses-Gregory [1] 2/18
MOSS [1]   1/10
most [8]   28/13 30/3 38/23 45/10 48/20 49/10 56/10 64/3
mother's [1]   64/17
motion [1]   79/7
motivated [1]   64/10
move [2]   45/5 79/22
moved [3]   28/25 28/25 71/10
moves [1]   79/5
moving [1]   69/7
MPD [3]   38/20 39/17 59/20
Mr. [144]
Mr. Balarezo [16] 3/24 4/8 5/22 9/14 12/16 12/20 15/8 20/16 31/13 45/22 65/1 65/9 66/18 77/25 78/25 79/8
Mr. Miller [90]
Mr. Miller's [27] 6/5 7/13 10/16 27/11 29/3 32/24 35/20 37/8 39/12 42/7 49/24 51/2 54/24 56/7 57/6 59/8 60/12 60/25 61/8 67/8 68/16 71/10 71/18 72/24 73/14 73/19 73/25
Mr. Palmer [5] 43/23 44/4 48/5 59/16 59/20
Mr. Palmer's [1] 59/17

Mr. Rubenacker [2] 13/16 13/16
Mr. Thompson [3] 42/1 42/3 42/4
Ms. [4]   5/13 12/14 20/13 69/25
Ms. Schesnol [4] 5/13 12/14 20/13 69/25
much [14]   9/10 30/22 31/9 38/22 46/17 47/7 56/1 56/1 56/15 59/4 60/14 60/16 61/2 71/6
multiple [2]   42/4 45/19
must [16]   21/6 21/17 74/19 74/20 74/21 74/22 74/25 75/2 75/17 75/19 75/20 75/22 75/25 76/1 76/6 77/14
myself [9]   52/6 52/8 57/11 62/18 62/25 63/14 64/7 64/11 64/13

**N**

naivety [1]   62/14
Namely [2]   14/9 14/23
narratives [1]   62/7
nation [9]   29/13 34/5 67/6 67/13 67/13 68/15 69/12 69/15 79/21
nature [7]   21/17 25/15 25/20 53/20 66/25 67/3 69/14
near [3]   8/22 8/25 62/18
necessarily [1] 18/12
necessary [3]   21/9 56/15 59/12
need [16]   4/15 4/16 6/16 10/9 18/14 21/10 21/19 21/20 32/17 35/4 36/15 48/23 58/11 64/22 73/17 78/22
needing [1]   39/7
needs [2]   48/19 58/11
nefarious [1]   7/2
nerve [1]   68/12
new [3]   16/15 76/6 77/18
news [1]   46/1
newspaper [2]   49/21 49/23
next [4]   38/6 38/11 40/17 49/21
nexus [1]   18/14
night [4]   8/22 27/25 51/10 63/23
nobody [2]   51/25 62/25
normal [2]   40/13

**N**

normal... [1]   56/11
normally [1]   50/23
North [1]   1/14
note [9]   11/17
14/16 16/8 16/8
18/4 21/1 31/5 44/5
54/4
noted [15]   8/17 9/6
24/18 26/23 27/16
27/18 30/15 31/8
35/17 42/2 43/22
47/12 56/9 58/5
78/24
notes [1]   63/22
notify [1]   77/6
notifying [1]   11/25
notions [1]   67/21
notwithstanding [1]
51/5
November [3]   8/24
27/19 27/20
November 1998 [1]
27/19
number [3]   54/6
55/17 72/24
numbers [1]   30/11
NW [3]   1/17 1/24
77/5

**O**

o'clock [1]   18/19
object [1]   9/15
objection [5]   6/4
13/9 15/20 22/7
78/4
objections [4]   4/21
5/14 5/23 78/23
objective [1]   27/3
objects [1]   41/18
obligation [1]   77/8
obligations [1]
77/3
observe [1]   8/2
observing [1]   38/21
obstruct [2]   10/23
75/21
obstructed [1]
17/12
obstruction [5]
2/22 10/14 10/18
17/20 42/11
occasion [1]   42/14
occasions [1]   30/24
occur [1]   68/15
occurred [6]   33/18
34/10 67/9 67/23
73/11 73/23
occurring [1]   17/11
off [10]   15/24 29/8
33/17 39/8 42/16
45/4 48/1 51/7 65/7
79/11
offense [29]   2/24
10/10 10/18 10/21
10/21 11/3 11/20
11/22 12/2 12/5
12/8 12/10 19/12
20/7 21/11 21/13

21/18 25/15 25/17
25/20 27/11 27/18
36/4 37/20 57/4
66/25 67/3 69/15
77/21
offenses [2]   17/17
17/19
offering [1]   50/13
office [20]   1/14
3/6 5/11 11/7 13/2
15/13 15/16 20/20
21/2 21/5 26/19
28/3 72/5 75/12
75/13 76/5 76/14
76/19 76/21 76/24
office's [1]   10/6
officer [24]   12/21
13/4 38/19 39/17
39/21 42/13 42/14
42/15 42/23 43/7
50/13 56/4 59/21
65/21 65/21 70/1
75/1 75/12 75/23
76/1 76/2 76/4 76/7
76/11
officer's [1]   39/11
officers [46]   3/1
23/24 24/3 24/9
25/2 25/6 25/6
25/10 26/1 26/6
26/8 26/12 26/15
26/16 26/19 33/21
33/25 34/4 38/14
39/4 39/20 41/5
45/14 48/5 51/20
51/24 52/3 52/8
53/9 59/7 60/3 60/5
60/18 60/19 60/22
60/24 65/23 65/24
67/15 67/16 69/22
70/2 70/7 70/11
70/15 73/9
officers' [1]   64/16
official [6]   1/23
2/22 10/14 10/19
42/12 80/3
officials [1]   31/10
often [1]   67/5
old [16]   8/1 27/23
27/24 27/25 28/1
28/2 28/3 28/4 28/5
28/8 28/8 28/9
28/22 44/24 58/4
73/3
older [5]   30/10
56/11 60/14 73/3
73/4
olds [4]   28/12
29/12 66/7 66/10
once [1]   6/25
one [56]   10/8 11/20
11/25 12/7 13/15
13/21 14/16 16/8
16/10 16/11 16/15
16/19 17/3 17/14
17/15 19/2 19/7
19/18 19/20 20/2
24/1 26/7 26/9
28/20 29/18 29/19
30/23 30/24 32/17

34/24 35/23 36/13
39/11 41/19 42/14
43/3 44/25 51/3
51/7 53/1 53/6
59/18 59/20 65/21
66/4 69/6 69/11
69/15 70/14 72/9
72/10 72/14 72/23
72/25 74/23 78/11
one's [1]   28/5
one-level [1]   11/25
one-off [1]   51/7
only [9]   13/16
15/12 37/23 40/8
52/9 52/10 60/17
64/9 68/19
onto [8]   23/15
24/12 24/22 25/24
26/18 34/15 45/13
65/18
open [1]   76/6
opinion [1]   16/24
opportunities [1]
64/9
opportunity [6]
31/6 33/4 36/21
63/13 64/1 71/22
opposed [1]   31/3
opposite [1]   49/22
orally [1]   3/16
order [3]   10/23
75/18 76/22
ordered [2]   74/13
75/4
organization [1]
7/2
organized [1]   69/17
others [25]   22/14
26/4 26/19 26/21
26/25 27/8 32/17
35/3 35/14 38/24
39/14 40/14 40/20
41/3 41/4 41/8 45/8
46/2 48/22 54/5
54/18 61/17 61/18
67/15 69/17
otherwise [3]   54/25
63/8 73/20
ought [1]   11/15
ourselves [1]   69/10
out [29]   10/6 12/20
13/9 13/22 16/16
16/19 32/6 32/23
34/18 34/25 34/25
35/23 36/17 37/10
37/12 41/4 41/25
43/4 49/13 49/20
50/10 53/17 53/25
59/21 61/25 62/11
66/7 79/18 79/18
outfit [1]   63/1
outnumbered [2]
23/20 38/15
outside [6]   25/14
26/20 33/24 39/16
73/14 76/13
outstanding [1]
79/6
over [12]   19/23
22/25 22/25 25/2

30/25 51/10 54/21
58/1 63/15 63/17
66/4 66/4
overall [1]   52/17
overcome [2]   8/7
64/11
overreach [1]   63/7
overwhelming [1]
62/15
own [5]   57/20 62/12
64/12 70/6 72/10

**P**

p.m [5]   1/6 38/5
65/7 65/8 79/24
pack [1]   47/13
page [2]   25/5 26/11
paid [1]   77/8
Palmer [11]   43/19
43/21 43/23 44/1
44/2 44/4 44/9 48/5
55/12 59/16 59/20
Palmer's [3]   44/11
44/15 59/17
parents [2]   35/2
54/6
parents' [1]   64/20
parsing [1]   17/16
part [19]   5/6 6/9
6/10 7/18 7/20 9/5
10/16 17/17 17/17
17/19 17/22 18/1
20/9 46/8 54/1
54/19 57/10 58/25
67/12
partaken [1]   58/20
partial [1]   71/15
participate [2]
45/9 78/10
participated [2]
8/4 47/17
participation [2]
73/14 75/24
particular [10]
20/18 40/5 53/3
54/2 56/6 58/10
58/14 59/10 61/9
66/20
parties [12]   10/17
10/21 11/18 11/23
12/5 12/13 12/18
12/22 13/1 13/25
16/2 17/8
parties' [2]   15/24
16/3
partook [1]   62/19
passed [3]   23/13
47/15 47/16
past [6]   8/11 8/24
57/15 58/16 63/15
63/17
path [5]   46/4 46/5
48/25 62/10 63/17
pay [5]   20/9 74/13
75/7 75/17 77/1
payable [1]   77/3
payments [1]   75/9
peaceful [2]   67/21
68/10
peers [1]   63/23

**P**

Pelosi's [1]   26/19
penalties [1]   75/8
people [37]   7/10
 23/8 24/1 30/16
 30/17 30/19 31/3
 31/24 32/2 34/15
 34/17 35/25 36/18
 36/20 37/3 37/9
 37/15 38/17 40/25
 42/19 46/23 48/3
 49/13 49/19 49/20
 50/21 51/23 52/11
 53/24 54/6 63/6
 67/19 68/20 68/22
 68/25 69/1 70/17
people's [1]   28/15
pepper [3]   53/19
 60/19 60/20
perceived [1]   58/6
perform [1]   37/11
performing [1]   27/6
perhaps [15]   8/11
 16/11 28/23 28/24
 29/4 30/3 30/10
 32/20 34/20 51/13
 54/20 56/10 68/4
 70/12 71/2
period [5]   54/12
 54/21 56/13 70/9
 77/11
periodic [1]   74/24
perjury [2]   11/11
 18/8
permission [3]   3/20
 22/9 77/23
persist [1]   27/10
person [12]   2/9
 10/23 14/10 27/4
 36/6 36/8 36/10
 37/25 48/8 54/4
 56/17 62/18
personal [1]   11/9
Phoenix [2]   1/15
 66/14
phone [2]   8/21 9/3
phones [1]   65/3
photographs [1]
 3/10
phrase [2]   16/9
 17/23
physical [2]   10/22
 14/10
physically [1]
 39/22
picked [2]   48/5
 70/10
picking [2]   43/23
 45/11
picture [1]   46/19
pictures [2]   62/20
 68/8
piece [1]   60/4
place [5]   9/10
 31/20 38/22 45/7
 69/20
placed [2]   4/7 65/5
placement [2]   74/23
 76/9

Plaintiff [1]   1/4
plan [3]   35/23
 63/23 64/12
plank [4]   23/12
 59/24 60/7 60/18
planned [1]   9/5
planning [1]   69/18
plans [2]   33/8
 63/19
play [1]   24/15
played [8]   22/21
 23/4 23/11 23/22
 24/14 24/17 57/9
 68/3
playing [1]   24/20
plea [14]   10/16
 11/17 11/19 12/22
 12/24 15/11 15/25
 16/2 16/4 20/9 31/7
 37/9 42/5 77/20
plead [4]   12/1 37/5
 37/6 44/3
pleaded [3]   2/21
 10/12 11/2
pleas [1]   37/7
please [3]   2/6
 33/16 65/4
pled [3]   43/21 44/2
 57/13
plume [1]   25/1
plus [1]   55/18
podium [2]   2/6 6/2
point [13]   8/18
 13/22 19/7 24/9
 24/11 28/14 35/20
 36/17 53/11 59/18
 62/9 69/9 70/8
pointed [4]   13/9
 34/25 37/10 41/25
points [4]   12/7
 28/10 34/25 35/23
pole [1]   60/23
police [37]   22/11
 23/1 23/3 23/5
 23/19 23/24 24/3
 24/8 24/12 24/22
 24/24 25/2 26/1
 35/12 35/16 36/23
 38/14 39/11 39/13
 41/19 41/23 45/10
 45/14 45/14 45/16
 46/23 47/24 53/9
 56/2 56/4 59/7
 59/25 60/2 60/5
 60/16 60/22 60/24
police's [1]   41/23
policy [1]   21/16
political [4]   64/3
 64/6 69/3 69/9
portion [2]   17/10
 69/19
position [14]   12/25
 13/7 14/14 14/20
 14/21 15/5 15/5
 15/12 34/23 35/5
 42/7 52/7 52/8 64/7
positions [2]   27/14
 70/4
possess [1]   74/21
potentially [1]

55/9
power [2]   67/22
 68/11
practiced [1]   22/15
pre [2]   9/5 37/9
pre-planned [1]   9/5
pre-plea [1]   37/9
precious [1]   62/22
precisely [1]   17/15
prefrontal [1]
 27/15
premature [2]   11/9
 18/5
preparation [1]
 31/7
prepare [2]   53/18
 63/22
prepared [2]   18/11
 27/5
presence [1]   18/22
present [5]   2/4 4/9
 18/6 18/9 49/10
presented [2]   13/21
 68/2
presentence [23]
 3/4 4/20 4/22 5/9
 5/10 5/15 5/24 6/4
 6/6 6/11 6/16 6/24
 8/16 9/9 9/15 9/23
 10/4 10/5 11/6
 20/25 27/17 76/19
 76/23
president [4]   27/4
 29/1 40/11 46/2
presidential [1]
 18/17
press [3]   34/3 66/5
 70/14
pressing [1]   52/2
presume [1]   36/25
pretrial [6]   32/24
 33/4 37/11 37/13
 50/5 71/18
pretty [2]   42/16
 51/20
prevent [2]   26/13
 27/5
preventing [1]   71/4
previously [2]   22/6
 40/19
principles [1]
 67/20
prior [5]   35/21
 37/8 42/5 45/25
 76/10
prison [3]   48/14
 58/8 78/11
prisons [4]   7/6
 74/9 77/25 78/7
probably [5]   28/13
 43/11 54/13 60/21
 71/9
probation [34]   2/6
 2/18 3/5 5/11 10/6
 11/7 12/21 13/2
 13/4 13/8 13/10
 13/25 14/4 15/13
 15/16 15/16 19/20
 20/5 20/20 21/2
 21/5 72/5 75/1

75/23 76/1 76/2
 76/4 76/7 76/11
 76/14 76/19 76/21
 76/24 78/16
problem [1]   58/23
problematic [1]
 31/23
proceed [2]   4/12
 22/9
proceeding [6]   2/23
 4/12 10/14 10/19
 18/20 42/12
proceedings [5]
 16/25 17/7 18/16
 79/24 80/5
process [3]   4/14
 53/6 72/13
profession [1]
 29/10
program [4]   75/24
 75/25 78/12 78/12
progress [3]   76/10
 76/15 76/17
prohibited [1]
 75/20
projectiles [1]
 35/12
promises [1]   58/2
promote [3]   21/12
 21/15 37/24
promotes [2]   25/17
 40/1
promoting [1]   37/21
prone [1]   30/4
proper [3]   16/5
 17/6 66/24
property [2]   10/23
 14/11
propose [1]   20/25
protect [15]   21/14
 24/4 25/11 29/13
 33/25 34/4 34/5
 34/5 38/16 39/9
 45/15 69/22 70/16
 70/17 70/18
protected [1]   22/12
protecting [6]
 23/24 35/17 38/22
 52/3 67/15 67/16
protection [1]   63/6
protest [2]   46/8
 53/18
Proud [8]   6/5 6/9
 7/11 8/10 8/22 8/22
 8/23 8/25
prove [1]   70/23
provide [7]   21/12
 25/18 40/1 66/22
 71/15 75/25 76/1
provided [3]   22/5
 26/10 42/4
provision [3]   17/22
 17/25 20/6
provisions [2]
 19/25 74/6
PSR [2]   10/20 58/5
psychological [1]
 39/15
public [10]   21/14
 28/3 32/7 40/5

**P**

public... [6]   68/18
68/19 69/5 72/12
73/6 73/9
pull [1]   9/20
pulled [2]   59/14
59/21
punch [1]   42/13
punched [2]   56/3
65/20
punching [2]   43/1
43/6
punishment [1]
21/13
punitive [1]   58/7
purely [1]   73/8
purpose [3]   57/23
58/9 64/21
purposefully [1]
45/5
purposes [6]   9/11
10/5 17/24 19/4
21/9 21/10
pursuant [7]   13/3
13/11 14/5 14/16
74/5 77/9 78/21
pursue [1]   64/10
push [4]   24/2 31/2
41/19 66/4
pushing [3]   24/3
51/23 73/15
put [13]   20/19
34/12 43/13 48/3
52/6 52/7 62/16
62/22 64/16 68/24
69/2 70/7 71/22
puts [1]   43/24
putting [4]   24/1
32/23 34/4 64/22

**Q**

qualities [1]   38/2
quickly [1]   19/23
quite [6]   17/14
28/17 30/9 60/14
69/2 69/7
quote [5]   25/4
26/12 26/24 27/15
36/6
quoted [1]   40/11
quotes [1]   25/5

**R**

racial [1]   63/7
raging [1]   24/10
railing [1]   59/20
raise [3]   61/23
79/4 79/8
raised [2]   19/7
52/21
raising [2]   34/7
59/18
rallies [1]   8/24
rally [9]   31/9
31/16 31/18 31/20
31/21 31/25 32/3
46/9 46/10
RANDOLPH [1]   1/10
range [13]   10/7

12/9 12/11 20/2
21/2 21/3 21/20
44/11 45/13 55/18
55/22 72/4 77/13
rate [1]   75/18
re [1]   63/15
re-incarceration [1]
63/15
reach [1]   7/22
reached [1]   17/2
reaction [1]   30/7
read [9]   16/11
17/14 17/15 17/23
49/21 67/11 67/11
67/12 72/20
reading [1]   16/10
ready [1]   38/12
Reagan [1]   40/11
real [1]   37/18
realize [3]   28/18
63/13 64/2
realizes [2]   49/9
49/12
really [10]   16/7
29/18 32/11 48/14
49/16 49/24 51/22
58/15 58/17 66/13
reason [8]   6/23 7/3
7/23 10/25 25/14
43/9 50/15 57/1
reasoning [1]   19/5
reasons [7]   15/1
19/10 32/19 45/17
59/11 61/12 66/16
recall [3]   47/21
47/24 47/25
recalled [1]   47/23
receipt [1]   76/17
received [4]   3/4
5/10 51/4 77/19
recent [1]   63/15
recommend [7]   14/1
14/4 20/8 78/1 78/8
78/9 78/17
recommendation [9]
3/5 3/16 5/11 11/11
13/7 20/23 44/7
44/22 78/7
recommended [7]
13/10 14/1 19/17
20/20 61/13 72/6
78/1
recommending [1]
21/5
recommends [1]
56/14
reconvene [1]   38/5
record [12]   2/7
2/10 11/8 20/20
65/7 65/8 66/23
67/8 74/1 78/24
79/11 80/5
records [2]   21/21
72/18
reduced [1]   71/2
reduction [2]   11/24
11/25
reeducate [1]   64/12
reentry [1]   76/10
reestablish [1]

64/21
reexamine [1]   63/13
reference [1]   24/19
referred [1]   29/14
refers [1]   17/5
reflect [1]   21/11
reflects [2]   25/15
37/23
Reform [1]   74/5
refrain [1]   74/21
regard [8]   25/20
37/20 42/8 62/7
65/17 65/20 65/25
66/24
regarding [2]   46/3
67/2
regards [1]   69/8
regret [1]   37/1
regrettable [1]
29/17
regular [1]   52/25
rehabilitate [1]
58/10
rehabilitation [2]
21/16 58/11
rekindled [1]   63/18
relationships [1]
63/18
relatively [1]
32/16
release [18]   19/16
19/18 20/22 32/25
33/4 37/11 45/20
50/5 50/6 56/23
57/12 64/12 71/18
74/12 76/3 76/8
76/12 76/19
relevance [1]   7/15
relevant [6]   6/10
8/11 8/18 30/8
44/20 66/21
rely [3]   15/13
15/19 66/13
remarkable [1]
72/16
remarks [1]   66/23
reminded [1]   57/25
reminder [1]   64/20
reminds [1]   62/22
remorse [3]   37/1
37/19 73/21
removed [1]   6/23
Renee [1]   2/18
rent [1]   27/24
repeat [4]   51/8
54/10 57/11 57/16
repeatedly [1]
36/23
report [26]   3/5
4/20 4/22 5/9 5/10
5/15 5/24 6/4 6/6
6/11 6/16 6/24 8/16
9/9 9/15 9/23 10/4
10/6 11/6 20/25
27/17 76/11 76/15
76/17 76/20 76/24
Reporter [3]   1/22
1/23 80/3
representations [2]
15/24 16/3

representing [1]
2/9
represents [1]   68/7
republic [1]   25/23
repudiate [1]   51/15
repudiates [1]
45/24
repugnant [1]   33/20
reputation [1]
54/14
request [5]   3/13
9/9 77/23 78/14
78/17
requested [1]   76/2
require [1]   68/18
required [5]   5/8
18/23 37/10 45/20
76/18
requirement [1]
14/9
requires [1]   27/7
residence [1]   76/22
resisting [1]   3/1
resolve [3]   4/17
4/21 10/9
resources [4]   11/13
14/19 14/22 18/10
respect [38]   4/21
5/17 5/18 5/20 5/23
6/18 8/15 10/12
11/1 16/18 19/6
19/24 20/3 20/14
21/12 21/25 22/1
25/17 28/10 35/4
36/7 36/11 37/21
37/22 37/24 40/1
47/20 48/18 48/22
52/22 54/16 56/24
57/3 57/10 59/2
59/13 67/24 72/3
respective [1]   27/1
respond [3]   29/25
30/14 32/23
responders [1]
62/16
response [2]   15/20
39/23
responsibilities [1]
63/20
responsibility [8]
11/24 16/4 29/23
37/5 37/18 37/19
44/6 44/14
responsible [2]
29/24 36/15
rest [2]   63/9 67/8
restitution [8]
20/10 20/22 45/20
75/2 75/4 75/5 75/9
75/18
restricted [3]
22/13 22/24 35/11
resulted [1]   11/3
results [2]   16/14
16/22
return [1]   76/23
review [2]   3/25
9/22
reviewed [4]   3/4
3/9 3/18 4/20

**R**

reviews [1]    33/2
rhetoric [8]    29/1
30/5 31/3 31/19
31/20 31/23 32/6
46/12
right [19]    9/8
11/20 11/21 12/2
12/4 12/8 12/10
15/7 15/10 15/15
15/21 44/11 45/22
53/14 61/5 63/17
64/20 77/10 77/17
rights [3]    17/8
63/6 64/8
rinse [1]    39/8
riot [2]    38/3 59/25
rioters [6]    23/20
26/6 26/17 38/9
41/23 59/19
rioters' [1]    26/9
rise [1]    71/3
risked [1]    25/11
road [1]    51/14
role [2]    16/20
36/20
room [3]    1/24 27/24
75/14
rough [3]    79/20
79/20 79/21
rubber [1]    60/21
Rubenacker [3]
13/12 13/16 13/16
rules [2]    71/20
71/21
running [2]    22/3
70/3
RYAN [3]    1/6 2/3
2/20

**S**

Sadly [1]    62/19
sake [1]    32/22
same [12]    17/2 17/4
17/16 19/5 26/4
30/17 41/5 43/20
51/16 51/18 72/7
73/7
sat [1]    18/18
satisfied [1]    9/18
saw [10]    33/20
33/23 34/1 34/2
40/21 45/4 46/21
48/13 53/3 64/16
saying [8]    7/7
22/25 29/22 29/25
37/15 49/4 49/12
49/22
scaffolding [1]
60/4
scenes [1]    52/17
SCHESNOL [6]    1/13
2/9 5/13 12/14
20/13 69/25
school [2]    29/9
57/19
second [5]    4/22
30/25 39/2 48/20
60/24

seconds [1]    43/24
section [17]    2/24
3/2 5/6 10/15 10/17
10/19 11/5 19/15
19/17 19/19 20/4
21/7 21/25 74/6
74/14 77/9 77/16
sections [1]    75/3
secure [1]    40/18
security [1]    7/8
seeing [2]    48/13
62/20
seem [1]    71/3
Senate [1]    26/18
send [2]    40/4 40/4
sends [1]    62/21
sense [4]    16/16
16/21 62/15 69/16
sentence [49]    4/18
5/4 5/7 10/14 20/20
21/8 21/11 21/13
21/19 21/20 25/12
25/15 25/17 27/12
33/10 37/23 39/25
40/14 40/22 40/23
42/7 43/3 43/10
44/8 44/18 45/18
55/7 55/8 55/11
56/14 57/2 58/8
58/9 59/8 59/11
61/8 61/13 62/3
66/9 66/12 66/16
66/24 72/6 75/4
76/22 77/10 77/12
77/17 78/23
sentenced [10]
13/17 13/17 40/3
41/9 42/1 43/20
44/4 60/7 74/9
74/11
sentences [6]    21/22
55/1 55/8 55/21
66/8 72/3
sentencing [65]
1/10 2/20 3/5 3/6
3/7 3/16 3/17 4/2
4/11 5/10 6/19 7/15
9/11 10/5 11/14
11/16 12/20 13/10
13/13 17/18 17/21
17/25 20/19 21/10
22/1 22/23 25/5
25/19 26/10 26/23
27/14 29/5 30/9
31/7 31/14 35/2
35/20 38/19 38/25
39/10 40/10 40/24
42/1 46/20 52/7
53/16 54/17 56/16
57/12 59/2 59/15
60/17 61/13 66/22
67/5 71/8 72/12
72/13 72/15 72/17
72/21 74/5 74/7
77/13 77/21
sentencings [2]
49/18 49/19
separate [3]    4/7
65/5 70/7
separately [1]

10/10
Sergeant [1]    26/11
series [2]    44/25
44/25
serious [4]    25/12
35/8 40/8 57/5
seriousness [4]
21/11 25/16 37/20
57/3
serve [8]    28/2
38/16 56/16 58/9
66/9 74/11 79/18
79/19
served [2]    37/12
55/5
serves [1]    50/25
service [3]    28/5
38/25 75/22
serving [1]    57/23
session [1]    18/22
set [8]    5/14 5/24
20/24 21/7 38/19
47/25 53/17 66/17
Seventh [1]    1/17
several [5]    8/21
18/17 27/9 59/15
72/21
several-hour [1]
27/9
severe [1]    57/21
shall [6]    74/15
75/9 75/16 76/19
76/23 77/6
shape [1]    64/14
share [2]    58/3 76/4
shattering [1]
68/15
Sherrill [1]    75/13
shield [1]    23/5
shields [3]    59/25
60/2 60/6
shivers [1]    62/21
shook [1]    57/8
shooting [1]    42/24
short [2]    25/4
33/19
shortcomings [1]
62/14
shortsighted [1]
64/7
shot [3]    24/21
60/20 60/23
shouting [2]    68/5
68/13
shoved [3]    59/19
60/5 60/6
shoving [1]    53/8
show [3]    33/5 39/12
54/7
showed [2]    38/24
71/21
showing [3]    9/4
24/21 48/16
shows [1]    39/11
sic [1]    5/12
sickened [1]    68/1
side [1]    52/1
Sidebar [2]    4/7
65/5
sidelines [1]    65/19

sides [1]    26/7
significant [3]
54/25 71/25 72/2
similar [5]    21/21
21/22 55/9 55/21
72/8
similarly [2]    13/8
43/18
simply [2]    19/25
68/24
sincere [1]    49/19
single [1]    70/1
singular [3]    67/3
67/23 69/15
sit [1]    22/12
sits [1]    51/10
sitting [3]    16/20
18/21 51/9
situated [2]    13/8
43/18
situation [5]    15/10
38/21 52/20 56/13
64/11
six [2]    14/24 27/20
skin [2]    39/7 73/11
skipped [1]    19/23
slight [1]    60/10
small [1]    57/10
smoke [1]    46/17
smoked [1]    47/14
smoking [2]    49/2
50/11
sober [1]    28/23
society [8]    27/22
33/6 58/7 63/21
64/21 71/23 73/8
79/17
solely [1]    20/24
solution [1]    58/23
somebody [5]    29/15
29/21 30/2 71/21
79/17
someone [5]    33/5
36/6 42/24 68/19
70/10
someone's [1]    43/13
somewhat [3]    34/20
71/14 74/2
somewhere [1]    7/10
son [1]    48/20
sorry [2]    78/10
79/10
sort [3]    7/5 16/2
49/7
sought [1]    41/4
sound [1]    22/15
space [1]    69/22
speak [1]    37/2
Speaker [1]    26/19
spear [1]    59/24
special [6]    2/12
20/11 20/22 45/21
74/13 75/16
specific [3]    25/18
40/2 52/17
specifically [3]
41/10 47/5 47/25
specified [2]    5/5
32/13
speeding [1]    51/3

**S**

spend [1]   63/9
spent [1]   72/7
spewed [1]   46/13
spine [1]   62/22
spoke [2]   39/17
48/15
spoken [1]   34/9
spray [2]   35/15
53/19
sprayed [6]   39/5
41/20 59/25 60/18
60/20 60/20
spraying [1]   45/12
spur [1]   8/8
square [1]   23/17
staff [3]   23/6 38/3
38/9
stain [1]   67/13
stand [2]   7/25 62/8
standard [1]   74/16
standing [1]   22/24
stands [2]   50/17
68/12
start [4]   3/12 5/9
12/14 67/2
started [4]   4/5
49/2 49/3 49/4
starting [1]   2/5
starts [1]   53/24
state [4]   27/7
53/21 54/20 74/20
stated [3]   10/4
33/13 40/10
statement [1]   69/7
statements [5]
21/17 30/5 31/10
31/15 31/16
states [21]   1/1 1/3
1/11 2/3 2/10 2/11
18/18 26/25 28/3
29/2 34/1 52/12
67/17 68/6 68/9
75/10 76/5 76/14
76/21 77/4 78/22
states' [1]   63/5
status [1]   76/12
statute [5]   5/5
16/11 17/15 56/16
75/3
statutory [4]   10/13
17/25 27/3 77/11
stayed [2]   50/9
50/10
step [6]   4/19 4/22
4/25 5/3 5/6 61/25
steps [2]   4/12
22/11
still [13]   3/10
21/4 24/20 33/14
36/23 38/4 46/12
51/13 54/20 55/11
59/20 60/3 71/12
stipulate [1]   16/2
stirring [1]   53/2
stolen [2]   46/3
49/5
stone [1]   28/22
stood [2]   36/19

61/3
stop [2]   26/17 27/3
stopped [4]   45/1
50/10 50/10 58/21
stray [1]   49/2
streaming [1]   64/17
Street [1]   1/17
strength [1]   39/22
stress [1]   38/21
stricken [1]   6/16
strike [6]   8/15 9/9
30/8 32/14 32/16
73/18
strikes [2]   6/15
8/10
stripped [1]   64/1
striving [1]   63/10
strong [1]   69/13
struck [1]   69/6
stuck [1]   51/21
studies [1]   53/23
study [1]   63/24
stupidest [1]   29/20
subject [1]   16/22
subjected [1]   26/12
submission [1]
15/18
submit [6]   15/12
29/7 74/22 75/19
76/11 76/15
submits [9]   14/3
25/13 30/21 31/2
36/9 36/13 37/1
37/12 45/17
submitted [5]   3/8
3/9 3/11 39/10
50/18
subsequently [1]
48/4
substance [4]   74/21
74/22 75/19 75/20
substantial [12]
11/3 11/13 12/3
14/17 14/18 14/22
16/22 18/3 18/4
18/9 18/25 21/4
subsumed [1]   14/15
succeed [2]   26/9
40/7
success [1]   63/20
successful [1]
79/22
suffer [1]   40/8
suffered [1]   54/11
sufficient [2]   21/8
59/12
suggest [5]   9/5
32/18 33/17 42/19
53/5
suggested [1]   31/16
suggesting [3]   34/7
44/6 44/10
Suite [2]   1/14 1/17
summarize [1]   10/8
summarizing [1]
76/11
superseding [2]
2/22 2/25
supervise [1]   75/24
supervised [7]

19/16 19/18 20/21
45/20 50/5 74/12
76/13
supervision [8]
74/15 74/17 74/18
74/23 75/17 75/23
76/9 76/16
support [7]   35/1
35/5 49/12 51/6
54/7 54/8 59/19
supported [1]   50/20
supporters [1]   36/5
supports [2]   17/11
18/24
suppose [1]   43/12
sure [12]   4/15 7/22
18/10 30/13 31/22
35/15 38/11 47/8
54/9 58/19 60/11
70/24
surely [1]   62/6
surging [1]   73/14
susceptible [1]
32/8
suspect [1]   33/22
swayed [1]   62/13
swept [2]   8/3 30/22
symbol [1]   63/5
system [5]   28/1
30/18 48/12 54/8
57/8

**T**

table [1]   2/10
talk [1]   9/25
talking [4]   31/19
31/20 39/21 55/21
talks [1]   67/5
tamper [1]   75/21
Tang [1]   2/12
tangential [1]   7/14
tarnished [1]   40/16
taught [2]   35/5
35/19
teach [1]   36/21
teachings [1]   48/24
team [3]   53/7 53/12
69/11
tears [1]   64/16
technology [1]   22/3
telegraphed [1]
54/19
television [2]
49/15 49/16
telling [1]   49/25
tender [2]   36/11
36/14
tens [3]   31/24 32/2
40/24
term [8]   11/19
15/25 16/13 19/16
19/18 74/3 74/10
79/12
termination [3]
11/10 18/6 76/25
terms [3]   36/3
63/19 74/11
Terrace [1]   23/16
23/18 23/21 24/6
24/13 24/25 25/3

26/16 26/20 31/1
41/11 45/13 69/21
terrible [1]   65/21
terribly [2]   62/9
66/12
terrified [1]   73/13
test [2]   63/24
74/23
tested [1]   22/19
testimony [2]   11/12
18/8
testing [2]   75/19
75/21
tests [1]   74/24
thereafter [1]
74/24
therefore [5]   6/9
19/11 61/8 75/7
77/2
thick [2]   26/2 45/7
thinking [2]   30/9
72/8
third [3]   4/25
16/15 25/22
Thompson [5]   41/10
41/25 42/1 42/3
42/4
Thompson's [1]   42/8
though [7]   21/1
26/14 29/15 35/19
59/22 68/13 79/16
thought [9]   15/24
31/13 31/25 33/22
46/7 61/9 63/2 64/2
69/4
thoughts [2]   55/19
64/15
thousands [6]   25/23
31/24 32/2 32/4
40/24 41/1
threatened [1]
42/24
threatening [2]
10/22 14/10
three [26]   2/25
11/5 11/7 12/19
13/3 13/6 13/11
13/14 14/5 14/12
14/14 15/3 19/16
19/18 19/21 19/24
24/2 41/19 44/5
45/19 53/6 63/21
66/4 70/14 74/10
74/12
three-level [11]
11/5 11/7 12/19
13/3 13/6 13/11
13/14 14/5 14/12
14/14 15/3
threshold [2]   24/6
41/18
threw [7]   41/18
46/23 59/24 60/2
60/17 60/19 70/10
Throughout [1]
63/21
throw [4]   24/8
35/12 51/12 66/1
throwing [7]   42/25
44/1 47/21 47/23

**T**

throwing... **[3]**
48/6 70/18 70/19
**Thursday [1]** 13/17
ticket **[1]** 51/3
timely **[1]** 11/25
times **[1]** 61/6
today **[20]** 3/14
3/25 4/12 4/18 7/16
8/1 10/5 22/12 25/9
36/25 48/13 49/17
50/3 50/17 62/8
64/23 68/3 71/13
79/4 79/21
today's **[1]** 4/19
together **[1]** 71/22
told **[4]** 47/22
58/16 68/17 68/25
tomorrow **[1]** 73/7
took **[5]** 31/20 39/8
64/17 68/22 69/20
top **[1]** 59/25
total **[5]** 11/20
12/2 12/4 12/10
19/12
totally **[1]** 8/19
tough **[2]** 73/18
79/15
tourist **[3]** 8/5 8/6
46/16
towards **[2]** 9/20
46/9
track **[1]** 63/25
traditional **[2]**
35/3 48/22
tragic **[1]** 64/11
traits **[1]** 36/14
transcript **[2]** 1/10
80/4
transfer **[1]** 67/21
transition **[1]**
68/11
transparency **[2]**
32/23 34/22
transparent **[2]**
30/1 51/17
trauma **[1]** 39/15
traumatized **[1]**
73/10
treat **[1]** 30/19
treated **[1]** 27/25
treating **[2]** 35/3
48/22
treatment **[6]** 16/17
16/19 58/12 58/19
76/23 76/25
treats **[2]** 36/7
36/10
tribunal **[1]** 17/7
tried **[1]** 42/15
tries **[1]** 41/7
trouble **[6]** 50/10
51/3 52/23 57/14
57/18 57/19
troubling **[5]** 51/19
51/20 51/22 52/4
52/15
Troy **[1]** 2/11
true **[4]** 28/7 67/9

73/21 80/4
truly **[2]** 62/17
63/8
**Trump [2]** 46/2 49/4
trumped **[1]** 69/4
truth **[2]** 28/9
29/14
try **[3]** 37/16 52/6
52/7
trying **[13]** 24/3
29/16 34/11 37/14
39/2 43/3 45/14
51/17 53/12 69/22
70/16 70/16 70/17
tunnel **[30]** 23/21
23/23 24/6 24/8
24/10 24/13 24/22
24/25 25/3 26/16
26/20 33/21 39/4
39/9 39/17 39/18
41/6 41/11 41/13
41/15 41/21 44/1
45/13 51/21 51/22
51/24 59/19 59/21
69/21 73/10
turned **[4]** 37/3
42/3 45/2 45/4
turning **[3]** 10/12
41/6 71/6
**TV [1]** 49/3
**TVs [1]** 25/23
**Twenty [1]** 28/1
28/4
**Twenty-two [2]** 28/1
28/4
twice **[3]** 22/16
22/19 35/15
two **[24]** 2/21 10/12
11/21 11/24 19/21
20/3 20/21 23/25
24/2 28/1 28/4
30/24 38/11 41/19
53/6 58/14 58/22
66/4 70/14 74/2
74/10 74/12 74/24
77/25
two-level **[1]** 11/24
type **[5]** 36/8 38/16
40/20 55/20 67/22
types **[2]** 21/22
72/3

**U**

**U.S [4]** 1/14 1/23
67/4 67/24
**U.S.C [13]** 2/23 3/2
5/6 10/15 10/19
19/15 19/19 21/7
74/6 74/14 75/3
77/9 77/16
ultimately **[3]**
37/14 37/24 41/20
unable **[1]** 77/22
unanimously **[1]**
54/4
unavailable **[1]**
77/18
uncalled **[1]** 52/18
uncertainty **[1]**
16/12

under **[16]** 4/7
10/17 11/5 15/3
19/15 19/17 19/19
20/1 20/4 27/2
28/19 30/12 44/19
56/15 56/15 65/5
underneath **[2]** 60/6
60/6
understands **[2]**
57/20 57/24
undoubtedly **[2]**
71/2 73/13
unduly **[1]** 49/14
Unfortunately **[1]**
46/13
UNITED **[20]** 1/1 1/3
1/11 2/3 2/10 2/11
18/18 26/25 29/2
34/1 52/12 67/17
68/6 68/9 75/10
76/5 76/14 76/21
77/4 78/22
unlawful **[1]** 74/22
unlawfully **[1]**
74/20
unleashed **[2]** 24/11
24/24
unleashing **[2]**
24/21 65/22
unnecessary **[4]**
11/12 14/18 14/22
18/9
unnerved **[1]** 73/13
unparalleled **[1]**
48/9
unprecedented **[1]**
25/21
unsavory **[1]** 46/4
untrue **[1]** 68/22
unwarranted **[5]**
21/20 25/19 40/23
54/17 72/13
up **[32]** 7/25 8/3
19/16 22/3 23/9
23/13 24/1 24/15
30/22 31/1 31/3
31/10 31/12 36/3
38/9 42/16 43/23
44/17 44/23 45/11
48/5 52/2 53/2 55/4
55/5 59/18 63/15
66/3 70/4 70/10
70/15 78/7
upbringing **[1]** 40/7
upon **[6]** 11/11 18/7
64/11 64/12 76/16
76/24
upward **[1]** 77/12
urges **[1]** 72/7
USA **[4]** 68/5 68/6
68/13 68/13
use **[5]** 39/8 42/10
43/8 66/2 74/22
used **[8]** 23/7 23/8
23/13 41/22 43/14
48/6 58/17 75/20
using **[4]** 3/2 3/20
34/18 44/21
usual **[1]** 63/12
utterly **[4]** 7/23

8/12 9/12 34/10

**V**

valuable **[2]** 7/9
33/3
values **[4]** 35/3
35/6 36/21 48/22
variance **[5]** 19/10
20/25 21/1 21/4
32/19
varied **[2]** 55/15
55/16
various **[5]** 3/8
19/10 31/14 49/1
62/6
vary **[5]** 25/14 57/2
73/1 74/1 74/2
vastly **[1]** 23/19
verdict **[2]** 11/11
18/7
verification **[1]**
75/25
victim **[1]** 75/11
victims **[1]** 73/5
video **[11]** 22/15
22/21 23/4 23/11
23/22 24/14 24/17
24/19 43/23 53/3
70/2
video that **[1]** 53/3
videos **[7]** 3/10
33/20 43/22 48/12
48/16 62/20 68/2
view **[4]** 7/7 8/14
16/6 17/11
viewed **[1]** 67/18
viewpoints **[1]** 62/6
views **[2]** 8/5 49/7
violation **[4]** 2/23
3/2 10/15 10/19
violence **[7]** 25/9
32/5 35/14 40/8
41/2 41/4 59/18
violent **[3]** 26/3
45/3 60/16
vote **[4]** 28/4 38/7
69/4 69/5
votes **[1]** 14/23

**W**

waives **[2]** 75/7
77/2
wall **[2]** 22/25
30/24
wandered **[1]** 34/15
wants **[2]** 15/16
36/7
warehousing **[1]**
57/23
warranted **[1]** 43/10
washes **[1]** 25/2
Washington **[8]** 1/5
1/18 1/25 40/25
66/14 75/14 76/13
77/5
watched **[7]** 24/19
25/23 25/24 33/20
41/5 43/22 70/2
watching **[2]** 49/15
59/20

**W**

water [1]   39/8
waving [1]   22/25
way [30]   8/7 16/11
 16/18 17/2 17/15
 19/25 26/2 27/8
 31/3 33/3 33/18
 33/19 40/17 49/8
 51/11 51/16 53/17
 53/22 55/1 55/25
 56/6 56/6 56/17
 57/7 59/1 59/10
 62/23 63/2 63/14
 73/16
ways [3]   7/11 36/9
 59/4
weak [1]   62/8
weapon [7]   3/2
 42/10 43/9 43/12
 43/12 43/15 43/16
weapons [2]   41/22
 57/20
wear [1]   63/1
Webster's [1]   16/15
week [1]   31/7
weeks [4]   27/20
 31/21 38/11 47/23
weigh [1]   34/20
weighed [1]   72/10
weighs [5]   62/17
 71/7 71/19 71/24
 72/1
weight [1]   9/11
welcome [3]   2/13
 3/21 65/15
well-written [1]
 58/5
west [14]   23/16
 23/17 23/20 24/6
 24/12 24/25 25/3
 26/16 26/20 31/1
 39/9 41/11 45/13
 69/21
what's [2]   8/14
 10/8
wheezing [1]   70/3
Whereas [1]   29/20
while it [1]   44/8
who's [1]   68/19
whole [2]   57/7 57/7
whose [1]   27/15
wild [1]   63/1
willing [5]   38/17
 65/14 68/19 68/21
 68/23
Wilson [3]   13/12
 43/19 43/19
wish [2]   79/16
 79/23
within [10]   17/12
 17/22 18/13 45/25
 74/23 75/23 76/8
 76/16 77/6 77/14
without [9]   12/5
 24/20 40/13 41/15
 57/23 58/24 63/7
 76/7 77/23
woman [2]   45/15
 63/19

wonder [2]   28/20
 29/3
wonderful [1]   36/10
wondering [2]   7/21
 51/10
wooden [1]   60/17
word [2]   52/19 68/6
words [5]   17/16
 29/17 37/2 50/3
 50/12
wore [2]   23/19 63/4
work [6]   20/1 33/1
 38/5 38/17 45/15
 79/18
worked [3]   33/1
 38/11 50/9
worker [1]   50/20
workers [1]   39/16
working [5]   26/2
 33/3 37/25 55/1
 63/16
world [3]   25/22
 40/12 67/18
worries [1]   22/17
worse [6]   41/22
 52/21 55/14 56/1
 61/6 61/8
wrap [1]   44/23
wrapped [1]   60/4
writing [1]   63/22
written [3]   54/3
 58/5 75/25
wrong [6]   34/16
 48/25 49/13 62/10
 62/10 62/12
wrote [1]   58/4

**Y**

yards [2]   23/3 66/1
year [18]   8/1 28/8
 28/8 28/9 28/12
 28/22 29/12 40/12
 44/24 55/3 55/22
 58/4 58/16 59/11
 63/15 66/7 66/10
 72/6
years [9]   10/16
 19/16 19/18 19/20
 20/21 28/16 45/19
 66/6 73/3
yellow [1]   23/17
young [6]   27/15
 29/3 32/16 36/12
 56/10 73/19
younger [2]   30/2
 30/15